Electronically Filed
8/3/2015 5:41:54 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

## IV.
## Facts

On or about February, 2008, the governing board of Pharr San Juan Alamo Independent School District (hereinafter, "Plaintiff" or "the District") authorized a preliminary investigation and assessment into the feasibility of upgrading and/or renovating existing structures at the District's Memorial Middle School campus in Pharr, Texas.   One of the buildings considered for renovations and/or upgrades was a three-story main building, constructed in 1915 or 1918 with subsequent remodeling and/or additions in 1976 and 1986.    Other buildings considered for renovation included a building used for textbook storage and a building used as a band hall, both originally constructed sometime in the 1940's.

On or about February 22, 2008, a Houston-based firm of consulting engineers, Terracon, published its report of an on-site property condition assessment and inspection of the buildings considered for renovations/upgrades.  Terracon's assessment was based upon visual inspection of the property, some construction drawings relating to alteration and remodeling projects, as well as interviews with the District's construction manager, Mr. Ray Sanchez and Mr. Eli Ochoa, P.E., A.I.A., an engineer working for Defendant ERO International, L.L.P., an architectural firm (hereinafter, "Defendant" or "ERO").  The Terracon report concluded that the buildings were in "fair to poor condition" and recommended that a detailed investigation of the foundation and structural framing be conducted by a qualified structural engineer to ascertain the viability of future renovations of the buildings.  The Terracon report further noted that during inspection they discovered water ponding in the basement floor.

On or about March 3, 2008, Defendant ERO completed its own inspection of the existing structures at Memorial Middle School.   ERO's report of its inspection noted various problems with the existing structures and the site, including large amounts of standing water and

3

Electronically Filed
8/3/2015 5:41:54 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

needed repairs or upgrades to the roofing system and exterior walls.  The report ultimately recommended that the District should replace the campus rather than proceed with renovations and upgrades, and cautioned that major transformations, such as an evisceration of interior components for structural repairs to the foundation, sub-flooring and walls would be necessary if the District proceeded with renovations.

Nevertheless, on the basis of subsequent representations from Defendant ERO that it would be safe, feasible and economically practicable to proceed, the governing board of the District authorized the renovation/upgrade project ("the Project"), to be completed in two phases. Phase I would be the upgrade/renovation and adaptive reuse of the three story main building ("Main Building") and Phase II would be the upgrade/renovation and adaptive reuse of the band hall (Stambaugh Building) and a building use for textbook storage ("textbook storage building").

Defendant Texas Descon, L.P. through its general partner Descon 4S, L.L.C. (collectively, the "Descon Defendants") executed a contract as the General Contractor on the Project on or about May 4, 2010.   Defendant ERO executed a contract as the Architect on the Project, on or about May 26, 2010.   Defendant ERO entered into a contract with Defendant Frank Lam & Associates, Inc. to provide consulting services and to provide recommendations for the structural systems for the Project's renovations, additions, and new construction.

Phase I of the Project entailed demolition of certain outer columns and support structures in order to construct improvements to the Main Building.  Specifically, these improvements would be structures that linked newer building wings to the Main Building.  During the course of the demolition of the outer support structures, portions of the main school building not designated for demolition, including large parts of the east wall and second story floor, collapsed.  As a result of the east wall collapse, portions of the west wall and support columns in

4

Electronically Filed
8/3/2015 5:41:54 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

the basement suffered structural damage necessitating significant repairs.

Regarding Phase II of the Project, it was discovered in the course of construction of additions and renovations to the textbook storage building and band hall that the walls and support systems would have to be entirely demolished and rebuilt for stability purposes, essentially requiring that the buildings be re-constructed from the foundation up.

Post-delivery of the Phase I Project to Plaintiff, the basement floor exhibited infiltration of water requiring changes to the initial specifications and a major overhaul to the flooring.

Following the collapse, Plaintiff filed a formal property damage claim on Defendant Chubb Corporation ("Chubb"), Plaintiff's insurance carrier, under policy number 35822323. Defendant Chubb hired Defendant Rimkus Consulting Group, Inc. ("Rimkus") to investigate the collapse and damage to the Memorial Middle School campus, pursuant to its own investigation of Plaintiff's property damage claim.  On January 21, 2011, Defendant Rimkus produced its "Report of Findings," and a supplemental letter on March 8, 2011, detailing the results of its investigation.  Based upon the representations and conclusions in Defendant Rimkus' Report of Findings and supplemental letter, Defendant Chubb made its payment on Plaintiff's claim.

## V.
## Breach of Contract by Descon Defendants and Defendant ERO

Plaintiff realleges and incorporates each material allegation contained in Paragraphs I through IV of this Petition as if fully set forth herein.   The Descon Defendants and Defendant ERO breached their respective construction project contracts with Plaintiff by failing to perform the work as contemplated, or performing the work in a sub-standard manner that caused damage to Plaintiff's property.  The respective contracts were supported by consideration, were never repudiated by any party to them, and all conditions precedent to their enforcement have occurred. Plaintiff incurred damages from the respective breaches of contract by having to incur expenses

Electronically Filed
8/3/2015 5:41:54 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

to repair, redesign, and replace the damaged buildings.   For these damages, Plaintiff seeks redress from this Court.

## VI.
### Negligence of Descon Defendants, Defendant ERO and Defendant Frank Lam & Associates

Plaintiff realleges and incorporates each material allegation contained in Paragraphs I through V of this Petition as if fully set forth herein.

### a. Negligence of the Descon Defendants

The Descon Defendants were negligent in the following ways: planning and/or execution of the demolition portion of Phase I of the Project, resulting in the toppling of large portions of the east wall and second story floor and subsidiary damage to the west wall and basement support columns, and failing to follow the specifications and product installation conditions for the basement floor. This negligence on the part of the Descon Defendants included, but was not limited to, failure to adequately inspect and test the structures and site beforehand and failure to use appropriate demolition means and methods.

### b. Negligence of Defendant ERO

Defendant ERO was negligent in one or more of the following ways: failing to undertake a more thorough investigation and determination of the structural integrity and conditions of the facilities; failure to advise Plaintiff during the design phases of Project of ERO's lack of sufficient information to design and specify the Project; and advising Plaintiff to proceed with bidding the Projects in spite of insufficient plans and specifications. Negligence on the part of Defendant ERO included, but was not limited to, failure to adequately inspect and test the structures, failure to require and review a submittal for proper demolition means and methods,

Electronically Filed
8/3/2015 5:41:54 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

and failure to design improvements/additions to the existing structures which would have been appropriate and feasible.

ERO's negligence in its advice to Plaintiff and its negligent design, combined with Descon's negligence, resulted in the toppling of large portions of the east wall and second story floor of the main classroom building, along with subsidiary damage to the west wall and basement support columns, moisture infiltration to the basement floor and the additional cost of completion of the textbook storage facility and band hall.

c. *Negligence of Defendant Frank Lam & Associates, Inc.*

Defendant Frank Lam & Associates, Inc. was negligent in the preparation of its structural engineering report and evaluation of existing structures at the Project site, commissioned by Defendant ERO in order to determine issues related to the renovation of existing buildings and to provide recommendations for the structural systems for the Project's renovations, additions, and new construction.  The report was based upon cursory observations and Defendant failed to perform any exploratory testing to determine structural conditions.  Defendant Frank Lam & Associates, Inc. was further negligent in not preparing instructional demolition plans and being present on the site every day that demolition operations were underway, to guard against careless actions of the contractor and assure that braces were installed against the wall and at the floors to protect property and personnel and guard against improper contractor procedures.

Defendants collectively owed a duty of care to plan and perform the demolition in a manner that would not result in the destruction of the District's property that was not scheduled for demolition, and to recommend and design additions and renovations that were appropriate for existing structures at the Memorial Middle School campus.  Defendants, jointly and severally, breached this duty, proximately causing damages to Plaintiff.

7

Electronically Filed
8/3/2015 5:41:54 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

Plaintiff has suffered injury in that costs to clean up, redesign, and rebuild the structures were incurred. For these damages, Plaintiff seeks redress from this Court. The Certificate of Merit of Bradford Russell, AIA, Architect, detailing the specific acts of negligence of Defendant ERO, was attached as Exhibit "A" to Plaintiff's Original Petition filed on May 14, 2014 and is incorporated here for all purposes. The Certificate of Merit of Thomas June Melton, III; P.E., detailing the specific acts of negligence of Defendant Frank Lam & Associates, Inc. is attached herein as Exhibit "B."

## VII.
### Negligence and Negligent Misrepresentation of Defendant Rimkus and Defendant Chubb

Plaintiff realleges and incorporates each material allegation contained in Paragraphs I through VI of this Petition as if fully set forth herein. Defendant Rimkus was negligent in the preparation of its report, insofar as it arbitrarily excluded from consideration the vast portion of most of the remaining portion of the damaged Main Building excluding the collapsed portions, including cracked columns in the basement. These omissions resulted in the gross underpayment of Plaintiff's property damage claim by Defendant Chubb. These acts and omissions also constituted common law misrepresentation. In this respect, Defendant Rimkus provided false information to Plaintiff in the course of Defendant's business, which Defendant failed to exercise reasonable care or competence in obtaining and communicating, and Plaintiff justifiably relied on, the information, with damages to Plaintiff proximately resulting from said reliance. Plaintiff was forced to expend large sums of money to pay for repairs to areas, including support columns, that were excluded from consideration in Defendant Rimkus' report. Defendant Chubb committed negligent misrepresentation in adopting the misleading and incomplete Rimkus report, and limiting its payment of Plaintiff's claim based upon Rimkus' misleading conclusions.

Electronically Filed
8/3/2015 5:41:54 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

Defendants Rimkus and Chubb collectively owed a duty of care to Defendants, to properly investigate Plaintiff's claim in order to provide a candid and fair estimate of the actual, covered damages that Plaintiff sustained. Defendants, jointly and severally, breached this duty, proximately causing damages to Plaintiff. The Certificate of Merit of Thomas June Melton, III, P.E., detailing the specific acts of negligence of Defendant Rimkus is attached herein as Exhibit "C."

## VIII.
## Violations of Texas Insurance Code by Defendant Chubb

Plaintiff realleges and incorporates each material allegation contained in Paragraphs I through VII of this Petition as if fully set out herein. Defendant Chubb committed the following acts and omissions relative to Plaintiff's claim and the Policy:

Defendant Chubb failed to effectuate a prompt, fair, and equitable settlement of a claim with respect to which liability has become reasonably clear, in violation of Texas Insurance Code section 541.060(a)(2)(A).

Defendant Chubb failed to adopt and implement reasonable standards for prompt investigation of claims arising under its Policy.

Defendant Chubb failed to provide promptly a reasonable explanation, in relation to the facts or relevant law, for the denial of a claim, in violation of Texas Insurance Code section 541.060(a)(3).

Defendant Chubb refused to pay a claim without conducting a reasonable investigation with respect to the claim, in violation of Texas Insurance Code, section 541.060(a)(7).

Plaintiff paid all relevant premiums and complied with applicable claim-reporting procedures as to Chubb Corporation policy number 35822323. All conditions precedent for recovery by Plaintiff have occurred.

9

Electronically Filed
8/3/2015 5:41:54 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

Defendant Chubb knowingly committed the foregoing acts, with actual knowledge of the falsity, unfairness, or deception of the foregoing acts and practices, in violation of Texas Insurance Code section 541.002(1).

## IX.
## Violation of Duty of Good Faith and Fair Dealing

Plaintiff realleges and incorporates each material allegation contained in Paragraphs I through VIII of this Petition as if fully set out herein.   Defendant Chubb, as Plaintiff's insurer, had a duty to deal fairly and in good faith with Plaintiff in the processing of the property damage claim.   Defendant Chubb breached this duty of good faith and fair dealing by refusing to properly investigate and effectively denying benefits under the Policy that should have been paid.   Defendant Chubb knew or should have known that there was no reasonable basis for denying or limiting the benefits.   As a result of Defendant Chubb's breach of these legal duties, Plaintiff has suffered damages within the jurisdictional limits of this Court.

## X.
## Bad Faith Punitive Damages

Plaintiff realleges and incorporates every material allegation in Paragraphs I through IX of this Petition as if fully set forth herein.   Defendant Chubb acted fraudulently and with malice (as that term is legally defined) in its investigation and handling of Plaintiff's claim for damages. Defendant's conduct, when viewed objectively from its standpoint at the time of the occurrence involved an extreme degree of risk to Plaintiff, considering the probability and magnitude of potential harm to Plaintiff.   Further, Defendant had actual subjective awareness of the risk involved, but proceeded with conscious indifference to the rights, safety, or welfare of Plaintiff.

Electronically Filed
8/3/2015 5:41:54 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

## XI.
## Negligent Misrepresentation of Defendant ERO

Plaintiff realleges and incorporates each material allegation contained in Paragraphs I through VII of this Petition as if fully set forth herein.  Plaintiff brings this action for common law misrepresentation against Defendant ERO.   Defendant ERO provided false information to Plaintiff in the course of Defendant's business.   ERO failed to exercise reasonable care or competence in obtaining and communicating, and Plaintiff justifiably relied on, the information, with damages to Plaintiff proximately resulting from said reliance.  Specifically, Defendant ERO represented to Plaintiff that the improvements in the form of renovations and additions that ERO recommended and designed would be appropriate for the existing structures at the Memorial Middle School campus, and could be feasibly completed as planned without foreseeable damage to existing structures, and without necessitating demolition and rebuilding of portions of structures not designated for demolition/rebuilding.

Plaintiff justifiably relied upon the representations of ERO in making its decision to approve the improvements, based upon ERO's professional credentials, and thereby suffered damages when it was discovered that the improvements recommended and designed by Defendant ERO were not appropriate for the existing structures and could not be completed without excess destruction and rebuilding far beyond what was originally contemplated.  As a result of Defendant ERO's negligent misrepresentation, Plaintiff has proximately suffered damages within the jurisdictional limits of this Court.

## XII.
## Gross Negligence of Defendant ERO

Plaintiff realleges and incorporates each material allegation contained in Paragraphs I through VIII of this Petition as if fully set forth herein.  Plaintiff further alleges that the acts and

Electronically Filed
8/3/2015 5:41:54 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

omissions of Defendant ERO constituted gross negligence, in that these acts or omissions, when viewed objectively from ERO's standpoint at the time of the occurrence, involved an extreme degree of risk considering the probability and magnitude of potential harm to others, which ERO had actual subjective awareness of the degree of risk involved, but proceeded with conscious indifference to the rights, safety, and welfare of others.   Pleading more specifically, Defendant ERO recommended and designed improvements in the form of renovations and additions to existing structures at the District's Memorial Middle School campus when it had actual, subjective knowledge that no renovations or additions should be contemplated because of inherent problems with the structures, yet nevertheless proceeded to recommend and design these improvements with a conscious disregard of the possibility of catastrophic accidents causing extreme property damage and/or potential injury and loss of life.

## XIII.
## Limitations/Repose

Plaintiff, being a school district, alleges that none of the causes of action pled herein are barred by limitations by operation of Tex. Civ. Prac. & Rem. Code, § 16.061.

Further, Plaintiff alleges that the Statute of Repose found in Tex. Civ. Prac. & Rem. Code § 16.008 does not bar its claim against Defendant ERO, who designed or planned the improvements on the Project, as Plaintiff has filed suit within ten years of the beginning of the operation of the equipment at the Project site.

Further, Plaintiff alleges that the Statute of Repose found in Tex. Civ. Prac. & Rem. Code § 16.009 does not bar its claim against the Descon Defendants, who constructed or repaired improvements in the course of the Project, as Plaintiff filed suit within ten years of the substantial completion of the improvements (i.e., renovations and additions to the buildings in question).

Electronically Filed
8/3/2015 5:41:54 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

## XIV.
## Resulting Legal Damages

Plaintiff is entitled to the actual damages proximately resulting from the Defendants' actions and omissions. Plaintiff has sustained damages in excess of the minimal jurisdictional limits of this Court resulting from the Defendant's acts and/or omissions. Plaintiff is also entitled to recover exemplary damages pursuant to Chapter 41 of the Texas Civil Practice & Remedies Code for the actions of Defendant ERO which constitute gross negligence.

## XV.
## JURY DEMAND

Plaintiff demands a trial by jury. A jury fee has been tendered.

## XVI.
## PRAYER

WHEREFORE, Plaintiff requests that the Defendants be cited to appear and answer, and that on final hearing, Plaintiff recover from Defendants, jointly and severally:

1. Damages against Defendants in an amount exceeding the minimum jurisdictional limits of this Court, plus accrued interest from the date on which the claim accrued to the date of judgment;

2. Exemplary damages;

3. Attorney's fees in a reasonable sum as the Court may award;

4. Costs of suit, and pre and post judgment interest;

5. In the event of an appeal to the court of appeals, additional reasonable attorney's fee; in the event of granting of writ to the Supreme Court, additional reasonable attorney's fees.

6. Such other and further relief to which Plaintiff may be justly entitled at law or in equity.

Electronically Filed
8/3/2015 5:41:54 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

Respectfully Submitted,

THE J. RAMIREZ LAW FIRM
Attorneys at Law
Ebony Park, Suite B
700 North Veterans Boulevard
San Juan, Texas 78589
(956) 502-5424
(956) 502-5007


By: _____
    JESUS RAMIREZ
    SBN 16501950
    Email: ramirezbook@gmail.com
    Attorney for Plaintiff
    ROBERT SCHELL
    SBN 24007992
    Email: robert_schell@hotmail.com
    ATTORNEYS FOR
    PHARR SAN JUAN ALAMO I.S.D.

14

Electronically Filed
8/3/2015 5:41:54 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

## CERTIFICATE OF SERVICE

I, JESUS RAMIREZ, certify that on the 3rd day of August, 2015, a true and correct copy of the foregoing, **Plaintiff's Second Amended Original Petition** was served on the following counsel of record:

*Via Certified Mail,*
*Return Receipt Requested No. 7015 0640 0006 9943 8385*
*And Email: sedwards@hudgins-law.com*
Spencer Edwards
THE HUDGINS LAW FIRM
A PROFESSIONAL CORPORATION
24 Greenway Plaza, Suite 2000
Houston, Texas 77046

*Via Certified Mail,*
*Return Receipt Requested No. 7015 0640 0006 9943 8392*
*And Email: dbenjamin@benlawsa.com*
David P. Benjamin
BENJAMIN, VANA, MARTINEZ & BIGGS, LLP
2161 NW Military Highway, Suite 111
San Antonio, Texas 78213

*Via Certified Mail,*
*Return Receipt Requested No.  7015 0640 0006 9943 8408*
*And Email: mbc@aaplaw.com*
Matthew B. Cano
ALLENSWORTH AND PORTER, L.L.P.
100 Congress Avenue, Suite 700
Austin, Texas 78701

*Via Certified Mail,*
*Return Receipt Requested No. 7015 0640 0006 9943 8415*
*and Email: dmedack@heardmedackpc.com*
David W. Medack
James P. Davis
HEARD & MEDACK, L.P.
9494 South Freeway, Suite 700
Houston, Texas 77075

JESUS RAMIREZ

15

EXHIBIT "B"

PLAINTIFF'S SECOND AMENDED ORIGINAL PETITION

CAUSE NO. C-5149-14-H

| | | |
|---|---|---|
| PHARR  SAN JUAN ALAMO | § | IN THE DISTRICT  COURT |
| INDEPENDENT  SCHOOL  DISTRICT | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| vs. | § | 389th JUDICIAL  DISTRICT |
| | § | |
| TEXAS DESCON, L.P., DESCON 4S, | § | |
| L.L.C. and ERO INTERNATIONAL, | § | |
| L.L.P. d/b/a ERO ARCHITECTS | § | |
| *Defendants* | § | HIDALGO  COUNTY, TEXAS |


### AFFIDAVIT OF THOMAS JUNE MELTON, III, P.E.

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Thomas June Melton, III, P.E., who being by me duly sworn on oath deposed and said:

1. "My name is Thomas June Melton, III. I am over the age of twenty-one (21) years, I have never been convicted of a felony, and I am competent to make this affidavit. I have personal knowledge of the matters contained in this affidavit, and they are true and correct.

2. This affidavit is submitted pursuant to the requirements of TEXAS CIVIL PRACTICE AND REMEDIES CODE § 150.002, with respect to the engineering services provided by Mr. Frank Lam, P.E. and Frank Lam & Associates, Inc. in the preparation of its structural engineering report and evaluation of existing structures, thereby contributing to the partial collapse of improvements at Pharr San Juan Alamo Independent School District's Memorial Middle School in Pharr, Texas (the "Project").

3. I am a licensed professional engineer in the state of Texas, I am competent to testify, and I

am actively engaged in the practice of professional engineering. I am in good standing with the Texas Board of Professional Engineers and I have never been disciplined in Texas or any other state in which I am licensed. A true and correct copy of my resume is attached hereto as Exhibit A, and is incorporated herein by reference for all purposes.

4. Based on my research, experience in the industry, and review of Project Documents, as described herein below, Mr. Frank Lam, P.E. and Frank Lam & Associates, Inc. were engaged in, and were retained on the Project, to evaluate the structural condition of existing structures, prepare a report, and provide such engineering services that would result in the safe construction and performance of improvements at Pharr San Juan Alamo Independent School District's Memorial Middle School in Pharr, Texas (the "Project").

5. As shown in my resume, Exhibit A, I am licensed to practice professional engineering, and have, for the past 45 plus years, been actively engaged in providing professional engineering services for clients similar in nature and geographic location to the Project.

6. Based on my education and professional experience, I have personal knowledge of the acceptable standards for the practice of professional engineering and the plan and design of improvements including renovations and additions to older structures and all professional engineering requirements in connection therewith, in the state of Texas and the greater McAllen area, which was the task to be performed by Mr. Frank Lam, P.E. and Frank Lam & Associates, Inc.

7. I have reviewed numerous documents including specifically the September 30, 2009 and October 18, 2010 reports relating to the Project and Mr. Frank Lam's services in this matter.

8. Based on my education, experience, and a review of the relevant Documents, it is my professional opinion that Mr. Frank Lam, P.E. and Frank Lam & Associates, Inc. is responsible for at least the following act, error, or omission that exists on the Project:

a) Failing to undertake a more thorough investigation and determination of the structural integrity of an existing building for future modification and existing conditions of the facilities. On September 8, 2009, Jesus V. Delgado of ERO sent a "Letter Agreement for Structural Engineering" on the Project. The agreement contained onerous terms requiring Mr. Lam to perform initial engineering services involving conducting a structural evaluation and report for a fee of $10,940.00 which was less than half the $27,200.00 amount budgeted by ERO and much less than the $40,000.00 fee recommended by Terragon, another engineering firm. Nevertheless, Mr. Lam accepted the commission instead of walking away.

b)  The September 30, 2009 report prepared by Mr. Lam was based on cursory observations. The engineering report was to have included an "evaluation of the existing structure and discussion of the issues related to renovations of the existing buildings, and provide recommendations for the structural system of the proposed building additions." However, the report stated "The condition of the structure, the framing system, and the structural evaluation of the existing buildings are based on site observations of the exposed structural members and our past experience on similar buildings."  Lam evidently did not do any exploratory testing, such as having an assistant present to chip or drill into suspected concrete or tile column locations to determine what materials had been used or to determine if the exterior walls were load bearing clay tile, vintage for the era the building was built, or full concrete structural frame with concrete floors and concrete columns as he ultimately evidently assumed.

c)  The Lam report stated: "Based on our site observation, the buildings were constructed of concrete slab, beams and columns as primary structural members. The exterior of the buildings were constructed with masonry and stone....In general, we believe that the existing structures are in good condition for the ninety year old buildings and the proposed building additions should not affect the structural integrity of the buildings."

d)  On September 22, 2010 a structural collapse occurred at the east end of the Main Building at the Project site. The contractor had been demolishing a narrow "link" building attached to the Main Building and adjacent to another building located further east. On October 18, 2010 another Lam-generated report stated: "The concrete slab and beams at the second floor and the roof are partially supported by masonry columns at the building corners and at the entrance corridor and partially supported by exterior load bearing masonry wall which is constructed of brick veneer and clay tiles."  From his observations made after the collapse, Mr. Lam was admitting that his September 30, 2009 report based on his evident assumption that the Main Building had a full concrete structural frame with concrete floors and concrete columns was incorrect and instead, the building was a combination concrete interior column and interior slab frame with the perimeter of the building constructed with load bearing clay tile which is much more fragile during this particular demolition project involving removing a narrow building sandwiched between two existing buildings that are intended to remain in place.

e)  Furthermore, as the project's structural engineer, Mr. Lam was negligent in not preparing instructional demolition plans and being present on the site every day that demolition operations were underway, to guard against careless actions of the contractor and assure that braces were installed against the wall and at the floors to protect property and personnel and guard against improper contractor procedures.

9. These acts, errors, and/or omissions show that Mr. Frank Lam, P.E. and Frank Lam &

Associates, Inc. failed to meet the applicable work product standards of similar design professionals.

10. My investigation is ongoing, and further examination of the Project may lead to a different understanding or to the discovery of additional negligent acts, errors, and/or omissions in the work performed by Mr. Frank Lam, P.E. and Frank Lam & Associates, Inc. As a result, I reserve the right to supplement and/or expand my opinions and conclusions with respect to the performance of Mr. Frank Lam, P.E. and Frank Lam & Associates, Inc

Further affiant sayeth naught.

_____
THOMAS JUNE MELTON, III, P.E.


SUBSCRIBED AND SWORN TO before me by the said _THOMAS JUNE MELTON, III PE_ on this the __3rd__ day of August, 2015, to certify which witness my hand and seal of office.


RILEY JOHNSON
Notary Public, State of Texas
My Commission Expires
JANUARY 28, 2019

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

My Commission Expires:

4/23/2019

STRUCTURAL REPORT FOR

PSJA ISD T-STEM EARLY COLLEGE HIGH SCHOOL – PHASE I
RENOVATIONS AND ADDITIONS

714 E. U.S. Highway 83
Pharr, Texas 78577

Prepared for
ERO Architects

Prepared by
Frank Lam & Associates, Inc.
Registration No. F-2545

September 30, 2009



Frank S. Lam, P. E.

508 W 16th St., Austin, TX 78701      Phone (512)476-2717      Fax (512)476-2714      franklam@franklaminc.com

ERO 023728



**Frank Lam & Associates, Inc.**
**Consulting Engineers**                          Registration No: F-2545

### INTRODUCTION

Frank Lam & Associates, Inc. was contracted with ERO Architects to provide a structural engineering report for the Early College High School Project in PSJA ISD. The engineering report includes evaluation of the existing structure and discussion of the issues related to renovations of the existing buildings, and provides recommendations for the structural system of the proposed building additions.

### SCOPE OF WORK

The scope of work includes a site visit to observe the structural members and any major structural distresses in order for us to evaluate the structural condition of the existing buildings. The site visit was performed on August 27, 2009. Renovation items which affect the structure include proposed opening in the basement concrete wall, demolition of the structures in between the main building and the east and west wings, demolition of the exterior raised walkway at the auditorium annex, demolition of the central entry stairs at the north side of the main building, cutting the existing floor slab for pipe penetrations and new mechanical chase openings, proposed openings in the exterior masonry walls at the main building and the auditorium annex. Proposed building additions include the mechanical room and the elevator shaft at the basement, the first and second floor structures between the main building and the east and west wings, and the first and second floor structure along the south side of the main building.

### REVIEW OF EXISTING STRUCTURAL DOCUMENTS

There was no structural drawing of the main building, east and west wings, and the auditorium annex available for review. The condition of the structure, the framing system, and the structural evaluation of the existing buildings are based on site observation of the exposed structural members and our past experience on similar buildings.

### EVALUATION OF EXISTING STRUCTURE

The existing structure is consisted of the Main Building, the East and West Wings and the Auditorium Annex. The Main Building was built around 1915 while the other structures were added on around 1926. The Main Building has a basement, first, and second floors. The East and West Wings have a first floor and second floor but at different floor elevations from the Main Building. The Auditorium Annex has a small basement and first floor. Based on our site observation, the buildings were constructed of concrete slab, beams and columns as primary structural members. The exterior of the buildings were constructed with masonry and stone.

Our site observation revealed cracks in the concrete columns and walls. We also observed cracks in masonry and stone exterior wall and in the north entrance arch structure. At this time, we believe these distresses are not affecting the structural integrity of the building. We recommend structural repair of the damaged concrete columns and re-pointing the masonry cracked mortar joints and replacement of the cracked masonry and stone. There was also evidence of water penetration in the basement walls which require new waterproofing at the exterior face of the walls.   EXCAVATE GROUND WALLS

*No test*

*508 W. 16ᵗʰ St., Austin, TX 78701      phone (512) 476-2717      fax (512) 476-2714      frank@franklaminc.com*

**ERO 023729**

No tests

Page 2 of 2
PSJA ISD

In general, we believe that the existing structures are in good condition for the ninety year old buildings and the proposed building additions should not affect the structural integrity of the buildings.

## RENOVATIONS TO THE EXISTING STRUCTURE

1. Proposed opening in the basement concrete wall:
   Proposed opening in the basement concrete wall for the mechanical room and elevator addition at the south side of the main building is acceptable but might require installation of new steel header.

2. Demolition of the structures in between the main building and the east and west wings:
   Demolition of the floor and roof structures in between the main building and the east and west wings is acceptable. We recommend that the foundation be removed to allow the placement of the new concrete foundation for the proposed addition. The existing central corridor can remain.

3. Demolition of the exterior raised walkway at the auditorium annex and the central entry stairs at the north side of the main building:
   Demolition of the exterior raised walkway at the auditorium annex and the central entry stairs at the north side of the main building is acceptable.

4. Cutting the existing floor slab for pipe penetrations and new mechanical chase openings:
   Cutting the existing floor slab for pipe penetrations and new mechanical chase openings is acceptable but might require additional steel reinforcement at the openings if the size of the openings are larger than 12"x12". Cutting should be limited to the slab portion only.

5. Proposed openings in the exterior masonry walls at the main building and the auditorium annex:
   Proposed openings in the exterior masonry walls at the main building and the auditorium annex are acceptable but might require installation of new steel header.

## PROPOSED NEW ADDITIONS
### FLOOR AND ROOF STRUCTURE:

The roof structure of the new additions shall be metal deck on structural steel joists supported by steel beams and columns. The floor structure shall be concrete topping on metal deck on structural steel joists supported by steel beams and columns. Expansion joint shall be installed between the new and existing structures. Elevator shaft walls shall be reinforced concrete masonry walls.

### FOUNDATION SYSTEM:

Foundation system shall be slab on grade and shallow foundation. Three feet of the existing clay soil shall be removed and replaced with compacted select fill prior to the construction of the foundation. New 12" thick reinforced concrete basement walls shall be constructed at the mechanical room and elevator addition. New foundation grade beams shall be connected to the existing foundation in the vertical direction to reduce vertical differential movement.

ERO 023730

 **Frank Lam & Associates, Inc.**
**Consulting Engineers**

Registration No: F-2545

**Report**

Date:   October 18, 2010

To:     Mr. Eli Ochoa, P. E.
        ERO Architects

Re:     Structural Investigation of
        Partial Collapse of the Main Building
        PJSA ISD T-Stem Early College High School
        714 E. U.S. Highway 83, Pharr, Texas
        FLA 2010.47

**Introduction:**
At your request, we performed two field trips to the above referenced project. The first one was performed on 9-22-2010 and the second one was performed on 10-8-2010. The purpose of the field trips was to observe the condition of the partially collapsed building and to gather data for an engineering report. The second field trip also involved a meeting with the representatives from the School, ERO Architects, and the Contractor. At the meeting, Frank Lam & Associates was requested by the School to prepare an engineering report to document the findings of the observation and investigation.

**Documents reviewed:**
Demolition Drawings and Notes prepared by ERO Architects dated 2-24-10.

**Descriptions of original structures:**
The school buildings are consisted of the Main Building in the middle, the East and West Wings, and the East and West Links which are connected to the Main Building and the two Wings. The Main Building has a basement, first floor near ground level, and second floor and is constructed of reinforced concrete slab and beams and columns and exterior load bearing masonry walls. The two wings and the links have a first floor at ground level and a second floor and are constructed of reinforced concrete slab and beams and columns. See plans on attached drawings SD1 to SD3. The area that the collapse occurred is at the west side of the Main Building. The concrete slab and beams at the second floor and the roof are partially supported by masonry columns at the building corners and at the entrance corridor and partially supported by exterior load bearing masonry wall, which is constructed of brick veneer and clay tiles. There are two large openings in the masonry wall and the concrete beams would act as headers across the openings. The opening at the south side was later filled with unreinforced concrete masonry units. The later addition of the Wings and the Links attached to the Main Building without an expansion joint. The Links are supported by cast in place concrete

columns and beams poured against and plastered around the existing masonry columns. The masonry columns are part of the load bearing walls supporting the floor and roof of the Main Building. See wall section on attached drawing SD4.

Portion of the proposed demolition involves the removal of the Link structure between the Wings and the Main Building. These include the concrete slab of the second floor and the roof, concrete columns against the Wing and the Main Building, and the two levels of tie beams between the columns. The limit of demolition stops at the face of the exterior walls of the Main Building and the Wings.

**Site Observation:**

West Side of Main Building:
The West Link structure was almost completely demolished except the concrete columns and tie beams attached to the Main Building. See Photos 18, 19, and 20. In general, the masonry walls of the Main Building appear to be in satisfactory condition except at the two hollow masonry columns located at the stair. The masonry columns are sitting on top of concrete columns which are terminated near the floor level. Structural cracks are observed above the concrete columns. See Photos 21 and 22. These cracks and the hollow masonry columns must be addressed prior to future work on the building.

East side of Main Building:
The East Link structure was completely demolished with the exception of some rebar spanning between the buildings. During the demolition of the link, an approximately 12 ft by 60 ft long section of the west side of Main Building was also damaged and collapsed. See plans on drawings SD2 and SD3 and Photos 1 to 17. The collapsed members include the concrete beams and slab at the second floor and roof, load bearing clay tile and brick veneer walls, exterior masonry columns, and concrete masonry unit infill at the wall opening. Part of the second floor and roof slab is still hanging by the rebar and the two wing walls at the north and south of the building are still remaining but have suffered severe damages and separation. The floor and roof beams had rotated and pulled out from the masonry walls, leaving a pocket in the walls. See Photos 2, 11, and 17. It appears that the collapse stops at the first interior beam along Grid 15. See plans on drawing SD2 and SD3.

**Probable cause of collapse and sequence of events:**
It is evident that the collapse of the second floor and roof slab and beams are result of structural failure of the columns and load bearing walls. The initial cause of failure of the vertical members is not as apparent and could be a combination of several factors. The sequence of events starts with the north concrete column supporting the East Link structure being forced to displace outward during the process of demolition. The lack of expansion joint between this concrete column and the masonry column supporting the Main Building allowed the two columns to bond together. The outward movement of the concrete column creates a lateral force on the masonry column. The hollow and unreinforced masonry column is subjected to axial and lateral force and does not take long to buckle and collapse. With the collapse of the first masonry column, the adjacent clay tile and brick wall panel starts to fail and move outward because there is no connection between the wall and the slab. As a result of the failure of the columns and

wall, the slab and concrete beams above are loosing support and start to deflect and rotate. At the same time, the weight of the slab and wall above starts to shift to the other masonry column and overloads the column and wall panel. When the beams loose the center supports, the slab starts to deflect downward under its own weight and suffers both shear and flexural failures. When the second floor beam and slab fails the load bearing wall supporting the roof structure starts to fall, causing failure in the roof slab similar to the floor slab. The structure finally reaches equilibrium when the slab collapsed and detached from the end walls and the beam pulls out from the masonry pockets.

The origin of the force that starts the failure of the north masonry column is related to the demolition means and methods. It could be excessive force from the high impact chipping hammer working on the concrete frame. As mentioned previously, the collapse of the structure is probably due to a combination of several factors: Contractor's means and methods during the demolition and lack of protection of the existing structure, issues related to the original design and construction, and pre-existing conditions. The building was designed primarily as concrete frame structure except clay tile wall was designed as load bearing wall to support the concrete slab and beams at the exterior of the building. Individual columns supporting the exterior concrete beams are made of clay tiles or bricks, forming a box shape vertical structure. There is no concrete or reinforcing inside the columns and there is no connection between the concrete beams and the clay tile columns other than a beam pocket. As a result of the lack of retrain at the top of the column any significant lateral force acting on the column will destabilize the column. The construction method of the concrete columns supporting the Links also contributes to the failure of the building. The new concrete columns were cast against the existing masonry walls and columns without expansion joint and the columns were plastered together and creating a bond between them. This condition does not allow the columns to move independently and allows force transfer between them; and as a result, impact from the chipping hammer hitting the concrete column in the Link could have created distress in the masonry column in the Main Building. Another factor that contributes to the collapse of the structure is the pre-existing conditions of the clay tile walls and masonry columns. Pre-existing conditions include cracks and spallings in the clay tiles and masonry which would have weakened the structure and reduced the load carrying capacity.

In conclusion, it is our opinion that the collapse of the structure is caused by demolition means and methods, and to a lesser degree the pre-existing conditions and the design and construction of the original buildings.

**Recommendations for repair:**
East of the Main Building:
We recommend that the partially collapsed slab be removed to the face of the beams at the first interior grid line 15. See plan on drawing SD2. The remaining clay tile and masonry walls at the north and south of the building shall be removed to the west of grid 15. New steel structure shall be installed to replace the collapsed slab. Install concrete masonry unit (CMU) wall to the inside of existing wall along grid line A and grid line H and between grid lines 13 and 15 and turn the corners to the masonry columns at B-13

and G-13.

West of the Main Building:
Prior to further demolition, the existing load bearing walls shall be strengthened. We recommend the installation of CMU walls similar to the east side. CMU walls shall be installed along the exterior wall at grid line 5 and turn the corners to grid line 8 along grids A and H. The wall shall terminate at masonry columns B-8 and G-8.



Frank S. Lam, P. E.
Frank Lam & Associates, Inc.

Attachments:   Drawings SD1 to SD4 in 11x17
               Photos sheets A1 to A6.

508 W.18th St, Austin, TX 78701     phone:(512)476-2717     fax:(512)476-2714     franklam@franklaminc.com



ATTACHMENT B- DRAWINGS



ATTACHMENT B- DRAWINGS

SECOND FLOOR PARTIAL
DEMOLITION PLAN

SD2





ATTACHMENT B- DRAWINGS

1 WALL SECTION @ MAIN BLDG & LINKS-ORIGINAL CONDITION
SCALE 3/16" = 1'-0"

SD4

KAM



September 8, 2009

Frank Lam
Frank Lam & Associates, Inc.
508 West 16th Street
Austin, Texas 78701

RE:     Letter Agreement for Structural Engineering on the
        PSJA ISD Early College High School project

Dear Mr. Lam:

We have received your proposals for Structural Engineering on the PSJA Early College
High School. (Attachments to this Agreement for reference only.)

        1) Structural Evaluation and Report of Existing Facility for $10,940.00
        2) Structural Engineering and Construction Documents for Renovation &
           Additions to the Main Building - Phase I for $26,360.00

The total combined fixed fee is **$37,300.00**. This combined amount will be the agreed
upon total upon which to invoice. Invoicing shall be on a percentage of total work
completed.

| | |
|---|---|
| Schematic Design | 20% |
| Design Development | 20% |
| Construction Documents | 35% |
| Bidding & Negotiation | 5% |
| Construction Administration | 20% |

ERO Architects will remit payment to you once we receive payment from the Owner.

Sincerely,

Jesus V. Delgado, AIA, RID
Partner, ERO Architects

CC:     Eli Ochoa, P.E., AIA, Chief Executive Officer
        Susan Daniels, ERO Project Manager/Director of Operations



## ACCEPTANCE SIGNATURES

| Structural Engineer | Architect |
|---|---|
| Frank Lam & Assoc., Inc. | ERO Architects |
| By: | By: |
| Signature | Signature |
| Frank Lam, P.E. | Jesus V. Delgado, AIA |
| Name Typed | Name Typed |
| President | Partner |
| Title | Title |
| Date:  9-8-09 | Date:  09-08-09 |

EXHIBIT "C"

**PLAINTIFF'S SECOND AMENDED ORIGINAL PETITION**

CAUSE NO. C-5149-14-H

| | | |
|---|---|---|
| PHARR  SAN JUAN ALAMO | § | IN THE DISTRICT  COURT |
| INDEPENDENT  SCHOOL  DISTRICT | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| VS. | § | 389th JUDICIAL  DISTRICT |
| | § | |
| TEXAS DESCON, L.P., DESCON 4S, | § | |
| L.L.C. and ERO INTERNATIONAL, | § | |
| L.L.P. d/b/a ERO ARCHITECTS | § | |
| *Defendants* | § | HIDALGO  COUNTY, TEXAS |

### AFFIDAVIT OF THOMAS JUNE MELTON, III P.E.

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Thomas June Melton, III P.E., who being by me duly sworn on oath deposed and said:

1. "My name is Thomas June Melton, III. I am over the age of twenty-one (21) years, I have never been convicted of a felony, and I am competent to make this affidavit. I have personal knowledge of the matters contained in this affidavit, and they are true and correct.

2. This affidavit is submitted pursuant to the requirements of TEXAS CIVIL PRACTICE AND REMEDIES CODE § 150.002, with respect to the engineering services provided by Mr. Bruce L. Morris, P.E. and Rimkus Consulting Group, Inc. in the assessment of damage subsequent to the partial collapse of improvements at Pharr San Juan Alamo Independent School District's Memorial Middle School in Pharr, Texas (the "Project").

3. I am a licensed professional engineer in the state of Texas, I am competent to testify, and I am actively engaged in the practice of professional engineering. I am in good standing

with the Texas Board of Professional Engineers and I have never been disciplined in Texas or any other state in which I am licensed. A true and correct copy of my resume is attached hereto as Exhibit A, and is incorporated herein by reference for all purposes.

4. Based on my research, experience in the industry, and review of Project Documents, as described herein below, Mr. Bruce L. Morris, PE and Rimkus Consulting Group, Inc. were engaged in, and were retained on the Project, to evaluate the cost and extent of damage subsequent to the partial collapse of improvements at Pharr San Juan Alamo Independent School District's Memorial Middle School in Pharr, Texas (the "Project").

5. As shown in my resume, Exhibit A, I am licensed to practice professional engineering, and have, for the past 45 plus years, been actively engaged in providing professional engineering services for clients similar in nature and geographic location to the Project.

6. Based on my education and professional experience, I have personal knowledge of the acceptable standards for the practice of professional engineering and the plan and design and costing of improvements including renovations and additions to older structures and all professional engineering requirements in connection therewith, in the state of Texas and the greater McAllen area, which was the task to be performed by Mr. Bruce L. Morris, PE and Rimkus Consulting Group, Inc.

7. I have reviewed the January 21, 2011 report and March 8, 2011 supplemental letter relating to the Project and Mr. Bruce L. Morris' services in this matter.

8. Based on my education, experience, and a review of the relevant Documents, it is my professional opinion that Mr. Bruce L. Morris, P.E. and Rimkus Consulting Group, Inc. are responsible for at least the following act, error, or omission that exists on the Project:

   a) On January 18, 2011, Mr. Bruce I. Morris, PE of Rimkus Consulting Group, Inc., conducted an on-site inspection of the damage that had resulted from the September 22, 2010 structural collapse of the east end of the Main Building at the PSJA ISD school. Morris wrote: "...Rimkus was retained by Chubb Insurance Company to determine the limits of intended (demolition) work to be performed by the contractor and to determine the extent of damage to the building outside of those limits as a result of work being performed by the contractor.

   b) The limits of intended demolition work involved the east "link" separating the east end of the Main Building from the East classroom building. Mr. Morris arbitrarily established the portion of the building west of those "link" limits to comprise the second floor and

roof area between the east end of the Main Building to column line 1 -- portions of the Main Building that had actually collapsed.

c) Mr. Morris arbitrarily excluded the vast portion of most of the remaining portion of the damaged Main Building for no proper scientific engineering reason. Subsequently, damage was discovered in areas outside of the limits established by Morris. For example, the basement columns were found to be so weakened by the thrusting action of the forces generated throughout the building as a result of the collapse, that ultimately the columns had to be reinforced. In addition, damage was discovered at the brick roof parapet and the parapet had to be repaired. Damage to these areas would have been open and obvious to Mr. Morris had he conducted a proper assessment of the limits of damage.

d) In my opinion, Mr. Morris' actions were misleading and negligent, causing the PSJA ISD to expend money on change orders that Chubb otherwise would have been required to pay.

e) Mr. Morris addressed the west end of the building stating (page 5): "Inspection of the west end of the main building indicated the concrete columns at the sides of the west exit ended near the level of the first floor, with masonry columns extending above that level. We observed cracking in the masonry columns on both sides of the exit above the first-floor level. Concrete columns had been installed at the exterior of the main building for the walkway... (and) there was evidence of movement of the brick veneer on the first floor at the northern portion of the west wall of the main building."

f) A photograph provided by project engineer Frank Lam (Exhibit B) clearly shows that the joints of the building frame at what is believed to be west end intersection of the referenced masonry column at both the first and second floor concrete slab had partially failed as a result of the lateral force exerted, from east to west, horizontally through the second floor slab system as a result of the collapse of the link attached to the east end of the building, against the east end of the Main Building. Thus the entire area between the east and west end of the Main Building was actually damaged to varying extent by the collapse and not just to the limited area with the arbitrary limits established by Mr. Morris in his January 18, 2011 report.

g) On March 8, 2011, Mr. Morris provided a supplemental letter on behalf of Rimkus and Chubb, responding to whether the work contained within a cost Estimate was within the scope of damage determined to be a result of the limits established by Rimkus. The Estimate was based on a faulty limit of damage determination provided by Mr. Morris.

9. These acts, errors, and/or omissions show that Mr. Bruce L. Morris, P.E. and Rimkus

Consulting Group, Inc. failed to meet the applicable work product standards of similar design professionals.

10. My investigation is ongoing, and further examination of the Project may lead to a different understanding or to the discovery of additional negligent acts, errors, and/or omissions in the work performed by Mr. Bruce L. Morris, P.E. and Rimkus Consulting Group, Inc. As a result, I reserve the right to supplement and/or expand my opinions and conclusions with respect to the performance of Mr. Bruce L. Morris, P.E. and Rimkus Consulting Group, Inc.

Further affiant sayeth naught.


THOMAS JUNE MELTON, III, P.E.


SUBSCRIBED AND SWORN TO before me by the said _Thomas June Melton, III, PE_ on this the 3rd day of August, 2015, to certify which witness my hand and seal of office.


NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

RILEY JOHNSON
Notary Public, State of Texas
My Commission Expires
JANUARY 23, 2019

My Commission Expires:

1/23/2019

**AMSTAR ENGINEERING, INC.**
**Structural/Civil Consultants**
**707 River Road**
**Austin, Texas 78734**
**(512) 263-3661**
**Fax (512) 607-6641**

**Registered Professional Engineers**

| | | |
|---|---|---|
| Texas | Oklahoma | Arizona |
| Louisiana | Georgia | Colorado |
| Mississippi | Utah | North Carolina |
| Kentucky | Alabama | Arkansas |

Texas Firm F-1975

THOMAS JUNE MELTON, III.
Licensed Professional Engineer
October 19, 2013

STATES OF REGISTRATION:
Texas
Georgia
Mississippi
Oklahoma
Arizona
Colorado
Utah
Louisiana
North Carolina
Kentucky
Alabama
Arkansas

STATE DISCIPLINES
Structural Engineering
Civil Engineering
Architectural Engineering – Structural, Civil, Building Design, HVAC, Plumbing Engineering

FEDERAL CERTIFICATION
Department of Defense Nuclear Fallout Shelter Analyst 511-1609-68

EDUCATION:
New Mexico Military Institute   9/58-5/60   HS Diploma 5/60
University of Texas, Austin   9/60-1/65   BS ArE 1/65
University of Texas, Austin   1/65-8/66   MS ArE 8/66

EMPLOYMENT HISTORY:

10/88 to present - President, Amstar Engineering, Inc.; Austin, Texas. CEO of architectural/structural/civil engineering design firm engaged in commercial, industrial and residential building and site design, general consulting, inspections, and forensic analysis and determinations for owners, architects, engineers, contractors and property managers.

8/85 - 10/88 - Travis Associates, Consulting Engineers, Austin, Texas; Structural and civil engineering project design engineer. Projects included structural design of office buildings, apartments, sewage treatment plants and courthouse modifications. Structural investigative and repair analysis included apartments, houses, office buildings and government facility. Civil engineering design included roads, drainage, wastewater collection and disposal facilities for various developments.

9/84 - 8/85 – Capital Erectors, Austin, Texas; Vice president and CEO of newly-formed steel erection company. Duties included structural analysis of complex steel erection procedures,

1

general administration, contract negotiation, personnel control, field coordination, inspection and safety evaluations.

11/82 - 3/84 - DalMac Development Company, Dallas, Texas; Vice President and CEO of DalMac Residential Development Corporation in charge of acquiring developable land for apartment and condominium projects in the Dallas area. Responsibilities included general administration, contract negotiation, civil engineering analysis of proposed land acquisitions, and structural engineering evaluation of existing apartments and condominiums proposed for acquisition.

9/75 - 9/84 - President; T. J. Melton, III & Associates, Inc., Midland, Texas, a civil/structural build/design firm. Structural engineering projects included Westgate Business Park (offices and warehouses), medical facilities, oilfield structures, insurance offices, retail centers, hotels, schools, churches and large residences. Civil engineering projects included Westgate Acres roads, utilities and drainage, and a large water-recreation park. Company closed in 1984 due to overall decline in oil- related Texas economy. Worked full time from 9/75 to 11/82; part- time from 11/82 to 3/84, and full time from 3/84 to 9/84.

9/73 - 9/75 - Project engineer; Bryant-Curington, Consulting Engineers; Austin, TX; Project design engineer for expansion to Davis Water Treatment Plant; preliminary studies of Onion Creek Sewage Treatment Plant; and various subdivision road, bridge and drainage projects. Responsibilities included structural design of clarifiers, filtration, chemical buildings and laboratories, and associated civil design of road access, parking and drainage facilities.

5/70 - 9/73 - Greeven & Stoeltje, Consulting Engineers; Austin, TX; Project structural design engineer for various projects including elementary schools at Braker Lane, Rundburg Lane and Austin High School; Water Resources State Office Building, Travis County Courthouse Annex and Parking Garage, University of Texas Regents Building, various University of Texas buildings, smaller office and retail buildings, and University of Texas of the Permian Basin. Responsibilities included full charge design, coordination of drafting and some project inspection. Developed computer software for building analysis. Buildings varied in size from single story to twelve-story structures.

9/68 - 5/70 - Structural Engineer; Eugene Wukasch & Associates; Austin, TX; Design engineer in charge of working drawing preparation, coordination between various design professionals, field inspection and client negotiation for various buildings, including retail facilities, apartments, churches, mobile homes, mobile schools and various projects for the Corps of Engineers. Military projects included aircraft hangars and offices, commissary expansion and WAC barracks at Ft. Sam Houston and Brooks AFB.

10/67 - 9/68 - Associate Engineer; Fluor Corporation, Houston, TX; Project engineer in charge of structural design of petrochemical facilities, including buildings, pipe support structures and foundations, and civil design of drainage, pavement and wastewater collection and disposal. Responsibilities included directing a team of engineers involved in specialized design of steel and concrete tower structures for wind and earthquake loadings. Clients included Texaco and Petrotex Petroleum Company. Most projects exceeded $5 million in construction value.

8/66 - 10/67 - Structural Designer; Brown & Root, Inc., Houston, TX. Design engineer of domestic, foreign and offshore facilities including docks, warehouses, petroleum facilities, drilling platforms, and government buildings. Much of the design work performed during this period encompassed numerous smaller components of larger structures, such as specialized design of concrete retaining walls, column and composite beam design, buckling and fatigue analysis of structures subjected to impact from floating vessels and ice flows, and specialized steel connection design. Most projects were undertaken in a team-effort atmosphere. Clients included Geigy Chemical Company and Nakoosa Edwards Company.

2

1/65 - 8/66 - Student; University of Texas; Austin, TX;  Working toward Master of Science degree in Architectural Engineering.  Worked as a teaching assistant in the Department of Drafting.

6/63 - 9/63 - Structural Draftsman; Preston M. Geren, Architect-Engineer; Ft. Worth, TX; Duties included structural drafting and minor engineering calculations.  Projects included various office buildings and high schools.  Structural experience included elementary steel connection and base plate design, concrete footings; concrete slab on grade; suspended concrete channel floor systems; and masonry load bearing wall analysis.  Other duties included coordination between structural and architectural departments and checking of shop drawings for various projects.

6/61 - 8/61 - Rodman; Texas Highway Department; Midland, TX; Surveyor duties, including quantity takeoffs and measurements; soil tests; surveyor calculations and duties.

9/60 - 1/65 - Student; University of Texas; Austin, TX;  Working toward Bachelor of Science degree in Architectural Engineering.

### PROFESSIONAL MEMBERSHIPS:

American Institute of Steel Construction
American Concrete Institute - Previous
National Council of Engineering Examiners
Texas Society of Professional Engineers
National Society of Professional Engineers
American Society of Civil Engineers

Past Memberships:
Chairman - Building Code Review Committee - Midland
Chairman - Planning & Zoning Committee - Midland
Planning & Zoning Commission - Midland
Utility Windowpane Advisory Committee - Midland

### PUBLICATIONS:
Melton - "Structures Video Seminar" 1988 thru 1997.
Melton - "When the Bough Breaks: Building Failures and the Structural
   Engineering Expert" – 1989; workbook revised 1996.
Melton – "Failures of In-Service MPC Parallel Chord Wood Floor Truss Components
   Reveal Deficiencies in ANSI/TPI Standards - 2000
Melton - "ADA-A/E Title III Design Video Seminar", 1994.

THOMAS JUNE MELTON, III PARTIAL PROJECT LISTING
INCLUDING AMSTAR ENGINEERING PROJECTS
(Significant projects listed only)

The following partial listing reflects the types of projects
for which Thomas June Melton, III has provided engineering
services:

FOR AMSTAR ENGINEERING:

A-1 Fire & Security Foundation / Drainage Evaluation – Waco
A-1 Rental Store - Austin
Academy Surplus Foundation/Tiltwall/Framing - Austin
6903 Agave Cv. Plumbing/Structural – Austin
Aircraft Scaffolding - San Antonio
Airport Marriott Mezzanine - Austin
Alamo Business Center/City Park Buried Utilities Investigations - San Antonio
American Freight Drainage Analysis / Drainage Utilities - Schertz, TX
824 Angel Light – Lake Travis
Applehead Cove Repairs - Horseshoe Bay, TX
Applied Materials - Austin
Architectural Metals (Thresholds) Copyright Dispute - Houston
14731 Arrowhead – Lake Travis, TX
Austin/Bergstrom Airport Pedestrian Bridges - Austin
32 Autumn Oaks Dr. Roof Framing/Water Damage/Repair – Hills of Lakeway
AVAI Boat Dock - Austin
Baby Acapulco Restaurant Addn. - Austin
Balcones Club Apartments Investigation - Austin
Bank United - Austin
Beaumont Federal Correctional Complex - Beaumont, Tx
#11 Beecher St. Structural Repairs - Austin
Bell Towers Drainage/Parking - Austin
2315 W. Ben White Medical Facility Evaluation - Austin
4311 Bennedict Flood Damage/Drainage Investigation - Austin
Best Western Hotel Stucco / Water Intrusion - Austin
12432 Beverly Village Ct. #6 Wind Bracing / Framing Repairs - Austin
Bingle Road Shopping Center Investigation - Houston
5325 Texas Bluebell Window Leakage/Site Drainage - Spicewood, TX
Boeing Building 3238L - Austin
Bois-Du-Lac Condominiums - Dallas
505 Bolivar Framing / Connectors / Flood Plane – Bellaire, TX
7804 Brightman Lane Structural/Truss/Water Penetration – Austin
4805 Brook Creek Cove Foundation Investigation - Austin
Brookstone Apartments Third Floor Walkway Removal – Austin
Bridge Partial Collapse Inv. - Hwy 518, Shreveport, LA
603 Bull Creek Stabilization – Austin
1441 Bull Horn Loop Foundation/Drainage – Round Rock
Bullock, Sandra, 2801 River Hills Road Multi-Damage Investigation - Austin
4600 Bunny Run Structure – Austin
7304 Burnet Rd Fire Damage Investigation - Austin
Butterfield I & II Investigation - San Angelo
1109 C&D 15 1/2 St. Structural / Foundation / Drainage - Houston
Camino Real Apartments Canopy/Structure/Hazards – Austin

4

4300 Canoas Roof Framing - Austin
2400 Canoas Drive Structure - Austin
240 Canterbury Truss/Beam Deficiencies – Dripping Springs, TX
221 Canyon Trail Swimming Pool Analysis – Austin
CAP Water Treatment Plant - Tucson, AZ
Capital Metro Bus Parking/Retaining Walls/Flood Study - Austin
Capital Metro Maintenance Building Drainage/Structural Addition - Austin
Cardinal Hills Unit 7 Wastewater Study - Travis County
Casa Grande Hwy. Flood Relief & Bridge Rail - Phoenix, AZ
3408 Cascadara Drainage/Structural - Austin
Cathelena's Restaurant Structural/Septic - Cedar Park
220 Cedar Hurst Lane Chair Lift Analysis – Lake Travis
11094 Cedar Park Drainage/Structural - San Antonio
Cedar Park Community/Recreational Center Stairs and Rails – Cedar Park
2725 Cedar Springs Framing/Foundation/Drainage/Moisture Investigation – Round Rock
2714 Cedar Springs Framing/Foundation/Drainage/Moisture Investigation – Round Rock
Centercourt Drainage – Austin
Centex Retaining Wall Collapse Inv. Rivermist/Waller Ranch - San Antonio
Chainsaw Massacre Movie Set Structural Analysis – Austin
8400 Chalk Knoll Foundation/Pool Investigation – Austin
8904 Chalk Knoll Drive Fireplace/Chimney/Water Intrusion Inspection – Austin
25938 Chapman Falls Foundation / Drainage Inv. - Richmond, TX
Chase Apartments Roof / Structural / Moisture Assessment - Austin
City-County Jail - Oklahoma City, OK
City National Bank - Austin
City Park Recreation Building - San Marcos
9403 Clearrock Additions - Austin
Cole Baptist Church Roof Truss Failure/Injury – Duncanville
College House CoOp Rehab - Austin
College Park Shopping Center - Killeen
Colorado Building Improvements - Austin
Commadore Riverboat Hull Repairs - Austin
111 Congress Sign - Austin
Congress Ave. Mini Storage Fire Damage Investigation – Austin
Continental Construction Casino Delay Damages Evaluation – Alabama
Convenience Store Canopy - Fredricksburg
2208 Conway Cove Framing Assessment – Pflugerville
Copperas Cove Jr. High Connections - Copperas Cove
225 Corinthian Swimming Pool/Septic System Investigation - Lakeway
Cornett Roof Truss Failure/Injury – Austin
Corridor Park 5 - Cort Furniture - Austin
2150 Cottonwood Creek Foundation/Pool Assessment - Austin
Coulver Rd. Septic Systems - Austin
617 Coventry Residential Design - Austin
Crane Manbasket - Austin
2905 Creeks Edge Parkway Masonry Repairs - Austin
911 Cross Wind Investigation - Austin
Crossland Economy Studio - Austin
Cypress Semiconductor Improvements - Austin
DART City Place - Dallas
DART Improvements - Dallas
Days Inn - Diamond Bar, CA
Dean Witter Sign - Austin
9212 Decker Lane Site Damage Assessment – Austin
Deeb Wood Truss Defect Investigation - WV
Delatte Mobile Home Moisture Intrusion/Structural/Ventilation/Plumbing - Louisiana

Denver Pavilions Shopping Center - Denver, CO
Department of Economic Security West - Phoenix, AZ
Dittmar Lumber Warehouse - San Antonio
Doss Road Wastewater System - Travis County
12506 Dover Drive, Montgomery, TX (Chapman)
Downtown Triparty Bridge - San Antonio
Duska Swimming Pool - Austin
Dutchman's Market Freezer Building Investigation - Fredericksburg
Duval County Courthouse Water Intrusion/Superstructure/Civil – San Diego, TX
421 East 6th ADA Issue - Austin
805 East 32nd St. Medical Offices Foundation/Plumbing - Austin
#13 Ehrlich Pool/Retaining Wall Repairs - Austin
Educare Housing - Austin
Eisley Library Door Accident – Lincoln, NE
El Monterrey Apartment Foundation Investigation - Austin
Engineering ethics opinion letter (confidential)
Encycle Texas Plant Dismantle Investigation - Corpus Christi
2408 Enfield Waterproofing and Drainage Investigation - Austin
Entertainment & Sports Arena - Raleigh, N.C.
Escala Apartments - Retaining Wall Failure / Drainage - Austin
Esther's Follies Expansion - Austin
12210 Fairhaven Foundation / Drainage Inv. - Montgomery, TX
Far West Skyline Condomium Rehab - Austin
101 Fawn Meadow Repairs – Austin
101 Fawn Hollow Bracing, Windows, Foundation Issues – Dripping Springs, TX
FDNS Medical Building Thermal Barrier / Vinyl Materials Investigation - New Braunfels
FDNS Medical Building Thermal Barrier / Vinyl Materials Investigation - Seguin
101 Firebird Pool/Wall – Austin
121 Firebird St. – Roof repairs – Lakeway, TX
Flamingo Cantina Canopy & Mezzanine - Austin
Fleetwood Subdivision - Memorial Dr.Flood / Water Barrier Drainage Investigation - Houston
Flower Mound High School Lewisville ISD Water Discharge – Flower Mound, TX
Forest Creek Aerial Crossing - Pflugerville
Forest Creek Retaining Wall/Culverts - Pflugerville
Forest Oaks Wastewater Wetwell - Cedar Park
Ft. Bliss Hangar Door Investigation - El Paso
304 W. 4th St - Austin
807 E. 14th St. Condo Building Water Penetration/ Structural - Austin
Foundation/Superstructure Analysis - Primary School - Eagle Lake
Foundation Analysis 11620 Loweswater - Austin
509-521 Franklin Investigation - Waco
2800 French Place Drainage/Structural Investigation - Austin
Fresno Federal Courthouse Structural Assessment – Fresno, CA
Fruit-O-Loom Slip/Fall Investigation - Harlingen, TX
Fulkes Middle School Beam Connections - Round Rock
Gables at Barton Creek Column Repair – Austin
Galleria Oaks Shopping Center Investigation - San Antonio
4205 Gattis School Road Pavement Assessment – Round Rock, TX
11901 Gateway Swimming Pool/Flooding/Drainage - Austin
General Mail Facility - Bryan
General Telephone & Electric - Irving
Georgetown Jet Addition - Georgetown, TX
42 Governors Court Structural/Fire Inspection – Austin
Grace Lutheran Church - Wimberly
Grand Casino - Tunica, MS.
Grand Casino Hotel Structures - Biloxi, MS

6

9714 Grand Oaks Low Speed Car Crash - Structural Damage - Austin
Granite Quarry Plant Warehouse - Austin
Grapevine Market - Austin
Greathouse Elementary Platforms - Midland
Greatland Office Park Improvements - San Antonio
Hackberry Convenience Store Canopy - San Antonio
Habitat Village Investigation - Austin
Harbor Circle Swimming Pool Investigation - Georgetown
Harthan House Apartments (Historic) – Stabilization and Restructure – Austin
Hartman Post House - Lake Travis
Hatch/Carr/Ashcreek Structural Investigation - Austin
Headquarters Bldg - Kirtland AFB
20707 Henry Floor/Roof Decking Investigation – Lago Vista, TX
High Drive Foundation Dispute Resolution - Lago Vista
Highcrest Apartments Drainage / Trusses - San Marcos, TX
Highway 290 W 33ft Billboard - Austin
Hill Country Apartment Fire/Fireplace Damage Investigation - San Marcos, TX
Hill Country Apartment Foundation Investigation - San Marcos, TX
Hilton Hotel Wood Truss Defect Assessment – Oklahoma City, OK
Hoffbrau Restaurant Addition - Austin
Holiday Inn Select Loop 410 Retaining Walls/Porte-Cochere – San Antonio
Holiday Inn Select Canopy Wall – San Antonio, TX
Holloman AFB F117A Maintenance Docks/Hangars - Alamogorda, NM
6212 Holloway Residential Foundation/Superstructure Damage Repair - Austin
Hollywood Video Inspection, 1050 I35 - Georgetown
Horizon/Warner Bros. Sound Stage 3 & 5 Structural - Austin, TX
Horseshoe Casino Parking Garage Stairs - Bosier City, LA
Horseshoe Casino Stair Tower - Bosier City, LA
Hunter Construction Co. Steel Building Fire Investigation – New Braunfels
Hurricane Katrina/Rita Damage Evaluations – MS, LA, TX
12343 Hymeadow Investigation - Austin
5508 Hwy 290 Seismic Evaluation - Austin
Ingleside Fleet Mine Center - Ingleside
Ingleside Village Apartments – Ingleside
International Center for Trade Truss Connections – Eagle Pass, TX
J.C. Penny Wall Collapse - Dallas
Jester Estates Oceanquest Pool Investigation - Austin
Joe's Crab Shack Restaurant Code Violations / Hazard Analysis - Houston
Jonestown Lighthouse – Lake Travis
126 Kittle Lane Foundation / Drainage – Three Rivers, TX
19 Knob Hill Circle Interim Deck Repair – Austin
Knox OSSF Feasibility Study - Austin
Knuckleheads - Austin
Lake Creek Village Shopping Center - Austin
5475 Lakeshore Drive Roof Assessment - Lago Vista
24714 Lakeside Cove Structural Inspection – Austin
Lakeway Church Fellowship Hall - Lakeway
6609 N. Lamar Fire Investigation - Austin
10817 N. Lamar – Roof Structure Repair – Austin
1607 S. Lamar - Austin
Lamar Craton Truss Collapse/ Injury – Alabama
Lanshire Duplex Stair Collapse Investigation - Austin
Lake Austin Riverboat Docking Facility – Austin
Lake Travis Lighthouse - Jonestown, TX
Lake Travis Post Office – Lakeway
4807 Lake Wichita Foundation / Drainage Inv. - Richmond, TX

7

1010 N. Lamar Roof/Wall Restructure – Austin
1420 N. LBJ Dr. Vibration/Energy Investigation - San Marcos
10807 Legends Lane Plumbing Leak Damage – Austin
Lewisville ISD School Construction Deficiency Evaluation – Lewisville
Light Bar Addition – Austin
1487 Little Bear Foundation Evaluation – Hays County, TX
LoLa Convalescent Ctr. Roof Collapse Investigation - Austin
Lockheed Maintenance Facility - Austin
Lockheed Missile Mezzanine – Austin
Log Cabin Structural/Foundation – New Mexico
13915 Lone Rider Trail Trusses - Austin
2401 Longview Phi Kappa Psi Temporary Structure - Austin
Louisiana State Highway Timber Bridge Collapse - LA
11620 Loweswater Drainage/Structural - Austin
Luis Fall / Injury / Roof Framing / Fasteners Issue - Houston
606 W. Lynn Condos Investigation - Austin
McCracken Pool Trusses - Austin
McCreary County USP – Kentucky
202 E. Main Restaurant Fire Damage Repair - Round Rock
Malmin Structural Damage Assessment Flooding/Drainage/Utilities - Austin
Mandalay/Circus Circus ADA Shower Seat/Injury Investigation – MS
Marble Falls Quarry Office Building – Marble Falls, TX
711 Marshall St. Foundation / Frame Investigation - Houston
819 Mariner Structural/Foundation Investigation - Round Rock
703 Marne Ln. Lightning Damage Assessment - Houston
Masonry Column Collapse Investigation - Houston
2518 Mathews Balconies / Boat Dock / Helicopter Pad Inv. - Austin
Maxwell Car Wash - Taylor
Maxwell Wastewater - Austin
Meadowbrook Gardens Apartments Designs/Inspections – Cedar Park
Meadowlakes Shopping Center - Marble Falls
Medical Center Automatic Door Closer Accident - Bentonville, AR
Memorial Baptist Church Trusses - Killeen
Menard BiFold Door Accident Investigation - Janesville, WI
Mezzaluna North - Austin
Micron Devices Seismic - Utah
310 Mitchell Foundation / Plumbing - Weatherford, TX
Mississippi Interstate Bridge Collapse – MS
2004 Mistywood Residential Repairs - Austin
Morrow Roof Member Collapse/Fall – Birmingham, AL
205 W. Morse Moisture/Mold/Storm Windows – Fredericksberg, TX
352 Mostyn Ln. Foundation / Framing Evaluation - San Marcos
Motel 6 Balcony/Stairs Restructure - Amarillo
Motel 6 Balcony/Stairs Restructure – 8010 N. I35 - Austin
Motel 6 Hurricane Ike Damage Evaluation / Reconstruction – Jersey Village, TX
Motel 6 Hurricane Katrina Damage Assessment – Biloxi, MS
Motel 6 N.IH35 Additions - Austin
Motel 6 Walkways/Stairs - Topeka, KS
Motel 6 Structural/Civil Evaluation - Camp Springs, MD
Motel 6 Structural/Civil Evaluation – Cranberry, PA
Motel 6 Structural/Civil Evaluation – Moline, IL
MSI Shop Expansion - Kyle
Mt. Olive Lutheran Church Addn. - Austin
Motorola Building "W" - Austin
Moss C.J.C. - Oklahoma City, OK
Museum of the Southwest Accident / ADA evaluation - Corpus Christi, TX

8

N.A.S. Commissary - Kingsville
Nellis AFB Composite Facility - Las Vegas, NV
New Elitch Gardens Theme Park - Denver, Co.
413 New Ledo Swimming Pool Investigation - Austin
New Lexington Fayette County Detention Center - Lexington, KY
New Territories Shopping Center Investigation - San Antonio
1211 Newton / Austin Motel Retaining Wall Collapse Repair Analysis – Austin
19 Nob Hill Circle Structural Expansion Study – Austin
North High School - Carrolton
North Hills Townhouse Foundation Investigation - Austin
North Lamar/Kramer Lane Warehouses - Austin
North Park Hotel Fire/Fireplace/Truss Repairs - Austin
1210 Nueces - Veneer / Deck / Stair Repairs - Austin
260 Oak Heights Barrier Drain - Wimberly
Oak Knoll Residential Foundations - San Marcos
Oakwood School Trusses - College Station
10807 Oasis Foundation Failure Inv./Negotiation - Houston
4802 Ocean Drive Structural/Ventilation Assessment – Corpus Christi, TX
Oilfield Road Hwy. Intersection Accident / Drainage / Non-Licensed Engineer - LA
Old Lockhart Hwy. Mobil Home Park – Travis County
Olivarez Subdivision/Utilities/Street Collapse Investigation – McAllen
Oltorf Oaks Apartments Chimney Fire Investigation - Austin
One Corporate Center Investigation - Austin
One Liberty Place Improvements - Waco
One Tech Plaza - Austin
Oyster Landing Boat Docks - Austin
Paleface Grocery - Travis County
Palm Valley Retain Stucco / Substrate - Round Rock
Paniagua Truss Collapse/Injury – Phoenix, AZ
12892 Park Art Studio - Austin
Park Central Apartments Stair Fall Inv. - Dallas
6103 Peachtree Hill Ct Drainage / Foundation Damage - Kingwood
2212 Pearl Fire Damage Inspection - Austin
540 Pecan Grove Boat Dock Improvements - Horseshoe Bay
Penbrook Apartments Masonry Veneer Repairs - Austin
Penbrook Club Apartments Building 6 Breezeway Inspections - Austin
J. C. Penny Brick Veneer Wall Collapse - Dallas
Pete Maravich Assembly Center Investigation - Baton Rouge, LA
Point Venture Townhouse Multi Building Structural Assessment – Point Venture, TX
Precision National Structural Investigation - Waco
Public Housing Fall Hazard Investigation - San Antionio
29384 Raintree - Plumbing / Foundation / Superstructure Investigation - Fair Oaks Ranch
Rayco Fire Retardant Investigation - San Antonio
RCBS Hospital HVAC / Contract Issues - Austin
1913 Real Catorce Foundation/2nd Floor Framing Repairs - Austin
Recreation Sports Building/A&M/Window Wall - College Station
Red Robin Restaurant Air Quality/Moisture/Roof/wall Leaks - San Antonio
Regency Manor Apartments Structural Walkway Replacements – San Antonio
Regents School Water Intrusion/Wood Floor Damage Investigation - Austin
8910 Research Parking Lot Investigation - Austin
12034 Research High Speed Vehicle Collision Vibration/Energy Damage Assessment - Austin
Retano Wastewater System - Austin
2816 Revere Townhouses Foundation / Superstructure Inv. - Houston
1913 Rio Catorce TJI Floor Joist Investigation - Austin
River Authority Conveyor - San Antonio
3800 Rivercrest Boat Dock Feasibility Study - Austin

9

2311 Rogge Ln Swimming Pool Leak/Foundation Assessment – Austin
Rone Cellphone 160 Ft. Guyed Tower - Barton Creek, Austin
Round Rock Express Baseball Stands/Rails – Round Rock
Round Rock Express Cables/Structural Designs - Round Rock
Round Rock Express Supports – Round Rock
10713 RR 620 Roof Assessment - Austin
12301 Saber Trail Wind Load Stabilization – Austin
Sam Bass Road Concrete Pavement Analysis - Round Rock, TX
Samsung U. Project I Beam Connections - Austin
San Antonio Housing Authority v. Magi Realty - Litigation 150 + Houses - San Antonio
2200 Scenic Boat Dock Repairs - Austin
16020 Scenic Oaks Trail Flood Analysis – Buda, TX
Schneider Manufactured Home Investigation - La Grange, TX
Secretariat Masonry Arches/Drainage - Hayes Co., TX
Segefield Drainage Study - Austin
6106 Shadow Mountain Structural Repairs – Austin, TX
Sharper Image Mezzanine - Austin
Sheraton Hotel Parking Garage Repairs - Austin
Silver Pine Pool - Austin
Simplex Grinnell Structural Evaluation – Pflugerville, TX
Sir Ivor Cove Swimming Pool Evaluation - Austin, TX
419 E. Sixth St. Second Floor Rehab - Austin
421 E. Sixth St. ADA Investigation - Austin
500 E. Sixth Rehab - Austin
500 E. 6th Fire Escape Restructure – Austin
505 E. 6th Structural Investigation - Austin
515 E. Sixth Roof Framing - Austin
600 E. Sixth Roof & 2nd Floor Framing Evaluation - Austin
723-725 E. Sixth Rehab - Austin
10211 Skyflower Floor Stabilization – Austin
Skylight Accidental Breakage/Fall / Injury - Mission, TX
Skyridge Plaza Structural Inspection - Round Rock, TX
South Grand Prairie High School - Grand Prairie
329 South Guadalupe Water Intrusion - San Marcos
Southlake Shopping Center Stairs - Southlake, TX
Southlake Subdivision Sanitary Sewer Collapse – Southlake, TX
120 South Main Roof Drainage Issue - Victoria
South Texas Art Museum - Structural Barriers / ADA / Injury - Corpus Christi
Southwest Medical Park - Austin
Southwest Texas State University Bridge - San Marcos
Southwestern University Fine Arts Investigation - Georgetown
SpeedFabCrete Tilt Wall Investigation - San Antonio
702 SpringBrook Water/Floor Truss Damage - Leander
St. Paul's Catholic Church Addition - Austin
St. Pete Times Forum Arena Concrete Tolerances Evaluation – Tampa Bay, FL
#18 St. Stephens Pool Investigation - Austin
Stair and Guardrail Designs - Sheppard AFB
St. Stephens School, Quinn Hall Addition - Austin
Stahl Roof Condition Assessment – Austin
Stayton Water Damage - Hardwood Flooring /Plumbing / HVAC Spec. Mediation - Victoria
Steck Vaughn Floor Structure Investigation - Austin
119 Stephens Lane Window Leakage Investigation – Round Rock
Stop and Go Boat Storage Inspection - Austin
Studio 6 Motel Sam Houston Parkway Foundation/Flooding/Plumbing - Houston
Stum Ladder Fall Investigation - Arlington
5353 Sugar Hill Foundation / Swimming Pool / Drainage Investigation - Houston

Summit Apartments Wood Balcony Investigation – San Marcos, TX
Summit at West Rim Foundation - Austin
Sun Oil E/W Pipe Rack - Houston
Sunchase Condos Investigation - Austin
Sunchase Unit 102 - Austin
Sunfish Wastewater System Improvements - Austin
Sunnyvale Condominiums Replacement Stairs – Austin
Superstructure Analysis Riverview Apartments - New Orleans, LA
Superstructure Analysis Shadowlake Apartments - Jefferson Parish
TAMU Recreation Sports Building - College Station
Texas Department of Banking Structural Investigations - Austin
Texas Department of Corrections - Abilene
Texas Department of Corrections Alberti Unit - Abilene
Texas Department of Corrections - Beaumont
Texas Department of Corrections - Beeville
Texas Department of Corrections - El Paso
Texas Department of Corrections - Gatesville
Texas Department of Corrections - Harris Co.
Texas Department of Corrections - Hutchins
Texas Department of Corrections - Liberty Co.
Texas Department of Corrections - Mitchell Co.
Texas Department of Corrections - New Boston
Texas Department of Corrections - Plainview
Texas Department of Corrections - Wichita Falls
Texas Department of Corrections - Karnes County
Texas Department of Corrections Tower - Amarillo
Texas Department of Health Laboratory Stairs/Guardrails - Austin
Texas Land & Cattle Co. Restaurant Fire Investigation – Richardson, TX
Texas Supreme Court Buildings B & C - Austin
Thaxton Road Septic Systems - Travis County
315 W. 35th Apartment Foundation/Plumbing/Superstructure – Austin
2909 Thousand Oaks Truss Evaluation – Austin
27 Tiburon Dr. Groundwater/Drainage/Foundation – Hills of Lakeway
408 Tilbury Construction Deficiencies - Austin
9816 Timber Ridge Pass Septic Investigation – Austin
Timbers Apartments Structural / Drainage/ Plumbing Evaluation - San Marcos, TX
Tolt Water Treatment Plant Design Deficiency Evaluation – Seattle
5812 Tom Wooten Drive Floor Trusses/Water Intrusion/ Bracing - Austin
Tower Carwash Pavement / Building Water Leakage Evaluation - Round Rock
Town Lake Villas Drainage/Water Intrusion/Structural – Austin
TOWTRC Council Training Center Evaluation/Report – Texas
Twenty-First Street CoOp/ Commons Investigation - Austin
Twenty-First Street CoOp Structural Lofts - Austin
U.S. Naval Station - Ingleside
Unity Church Structural Investigation - Austin
University of Houston Athletic Facility - Houston
University of Texas Life/Health Steel Connections - Brownsville
University of Texas Memorial Stadium Additions - Austin
University of Texas Residence Dorm Stairs - Austin
University of Texas Soccer Stadium - Austin
University of Texas Tower/Observation Deck Investigation - Austin
University of Texas West Grandstand - Austin
USP Atwater Code Issues - Austin
230 Vailco Lane - Wall Plumbness / Structural Framing - Austin
230 Vailco – Wall Bracing/Plumbness Issues - Lakeway
Valley View Apartments Water Break / Structural / Condemnation - Georgetown

11

1802 Vance Circle Drainage / Foundation Deficiencies - Austin
Victoria Square Roofing Repair Scope – Austin
Village at Gracy Farms Roof Assessment – Austin
12600 Wallisville Inspection - Houston
3909 Warehouse Row Structural/Remediation - Austin
1803 Warwick Cove Moisture/HVAC/Structural Investigation – Round Rock, TX
Water/ Wastewater No. 19 Walkways and Guards - Travis Co.
Waterfront Condo Boat Docks - Austin
Waterloo Ice House Additions - Austin
Weberg Furniture Store Roof Collapse Investigation - Temple
Wells Fargo Bank ATM/Parking Lot Injury – Pasadena, TX
Wendy's Restaurant Ladder Investigation - San Antonio
1701 West Avenue Structural Investigation - Austin
Westchester Apartments Investigation - San Antonio
Western Currency Tower - Ft. Worth
Westmoreland Bridge Collapse Investigation - Dallas
Wilder Self Storage - Alabama
2606 Wilson St. Apartments - Stair Repairs / Upgrades - Austin
Williamson County Annex - Taylor, TX
Willow Creek Apartments Roof Investigation - Houston
Wimberly Wastewater Holding Tank - Wimberly
2730 Winding Brook Structural/Civil – Austin
6402 Woodhue Foundation/Structural Investigation - Austin
Zone Apartments Swimming Pool/ Building Foundations – San Marcos, TX.


## FOR OTHER FIRMS:

American Founders Office Building - Austin
American Oil Company No. 1 Ultracracker - Texas City
Austex Food Processing Facility - Austin
Austin High School Improvements - Austin
Austin's Colony Wastewater Treatment Plant - Travis County
B&R Instrument Building - Houston
Bain Road Mobile Home Park - Travis County
Banister Lane Flood Control - Austin
Bastrop County Bridge - Bastrop
Baxter Residence - Midland
Bayou Bend Townhouses - Midland
Beal Lakehouse Facilities - Brownwood
Bergstrom AFB Improvements - Austin
Bergstrom AFB Squadron Operations - Austin
Big Spring High School Remodeling - Big Spring
Bluebell Estates Mobile Home Park - Travis County
Bluebell Ridge Mobile Home Park - Travis County
Bluebonnet Mobile Home Park - Travis County
Brackenridge Hospital Expansion - Austin
Braker Lane Elementary School - Austin
Brown Distributing Company Improvements - Austin
Brown Residence - Midland
Brown School Improvements - Austin
Browning Hangar Improvements - Austin
Brushy Creek Bridge - Round Rock
5046 Bull Creek Office Building - Austin
Burleson Residence - Midland
Bus Transit Facility - Austin

12

Butcher Mfg. Foam Panel Testing - Lafayette, LA
Campbell Center - Dallas
Capital of Texas Plaza Storm Structures - Austin
Casbeer Miniwarehouse Park - Midland
Cat Mountain Subdivision - Austin
Cedric's - Midland
Celanese Chemical Company Signage - Houston
Chandler Building - Austin
Charlie's Liquor Store and Warehouse - Austin
Charlton Ranch Facilities - Brewster County
Charter Hospital - Austin
Chevy Chase Center Federal Express - Austin
Church of God of Prophecy - Midland
Church of The Holy Redeemer - Austin
Church of The Rock - Odessa
Clark Residence - Menard
Clearview Office Building - Midland
Clifton Lutheran Sunset Home - Clifton
Cody Cattle Company Restaurant - Midland
Coffey Residence - Austin
Colbert Residence Wastewater - Austin
Collins Residence - Midland
804 Congress Office Building - Austin
Coors Distributor Facilities - Midland
Cornerstone Apartments - Austin
Courtyard Apartments - Midland
CreditBanc Building Far West Blvd. - Austin
Creedmore Meadows Drainage - Austin
Crescent Place - Midland
Cross-Town Sewer Interceptor - Austin
Culver Road Estates Mobile Home Park - Travis County
Dairy Queen/ N. Lamar - Austin
Davenport Residence - Midland
Davis Water Treatment Plant, Phase III - Austin
Deepwater Docking Facilities - Kuwait
Devine Junior High School - Devine
Dobie Junior High School - Austin
Dole Residence - Midland
Downtown Fire Station - Livingston
Driftwood Surveying / ATS Pecan Springs Subdivision Review - Austin
Duncanville Apartments - Duncanville
East Side Park Improvements - Austin
East Texas Pulp & Paper Improvements - Houston
Eighth Street Arms Apartments - Austin
El Chico Restaurant - Midland
Elroy Road Mobile Home Park - Travis County
Emerson Place Masonry Investigation - Midland
Enfield Plaza Foundation Improvements - Austin
Fann Cantilever Crane #1 - Austin
Far West Blvd. Swimming Pool - Austin
Fields Residence - Odessa
First Presbyterian Church - Coleman
Fisher Scientific Laboratories - Atlanta, GA
Ft. Sam Houston Base Facilities - San Antonio
Ft. Sam Houston Commissary Expansion - San Antonio
Forum Shopping Center Improvements - Austin

13

Garden City Hwy. @ FM715 Warehouse - Midland
Gary Job Corps Center - San Marcos
Gattis School Road Conv. Store Improvements - Round Rock
Geigy Chemical Corporation - Louisiana
Gethsemane Lutheran Church Improvements - Austin
Glenwick Apartment Conversion - University Park
GM Steakhouse/Congress Ave. - Austin
Goforth Village Wastewater Plant - Austin
Gooch Residence - Midland
Grandview Warehouse - Odessa
Greenville Ave. Condos/Apartments - Richardson
Griffith Residence - Midland
Grosev Medical Building - Midland
2000 Guadalupe Office Building - Austin
2200 Guadalupe Office Building - Austin
Gulf States Utilities Pump Station - Montgomery County
Hemphill Park Apartments - Austin
Henderson Residence - Midland
Henderson Vessel Foundations - Midland
Henderson Warehouse - Midland
Hickory Farms - Midland
Hillander School Expansion - Midland
Hilton Hotel Improvements - Midland
Hinesly Restaurant - Merkel
Hissom Residence - Midland
Holiday Hill Landfill - Midland
Housing, Water and Wastewater Improvements - Kuwait
Huggins Pumping Unit Service Warehouse - Midland
Hunter Residence - Midland
Idlewilde Village - Midland
Inverness Condominiums - Bastrop
Jefferson Building - Austin
Jollyville Rd. Office Building - Austin
Jonsson Additions - Midland
Kelly AFB Facilities - San Antonio
Kennedy Residence - Midland
La Amistad Restaurant - Midland
La Prada Subdivision - Garland
Lackland AFB Exchange Sales - San Antonio
Lackland AFB Facilities - San Antonio
Lackland AFB Police Operations - San Antonio
Lackland AFB Shop Clothing & Equipment - San Antonio
Laughlin AFB Air Rescue Opns. Bldg - Del Rio
Laughlin AFB Shop Aircraft Bldg - Del Rio
Leander Hills Water and Wastewater - Austin
Leander Post Office - Austin
Lewis Sign Co. Signage - Austin
Lewisville Apartments - Lewisville
Los Patios Restaurant - Midland
McAngus Road Mobile Home Park I & II - Travis County
206 Main Building - Midland
Manchaca Mobile Home Park - Manchaca
Mathews Elementary School - Austin
Metro Building Improvements - Midland
Mewhorter Residence - Midland
Midland High School Improvements - Midland

14

Midland Savings Association - Midland
Missouri Street Restaurant - Midland
Monopod Structure - Cook Inlet, AK
Mustang Meadows Wastewater - Austin
Nakoosa Edwards Paper Plant - Arkansas
Nash Building - Austin
Nieta's Cafe Addition - Midland
North Austin Junior Swimming Pool - Austin
North Blvd. Addn. Office Building - Midland
Northchase II Office Building Improvements - San Antonio
O'Donnell Residence - Midland
Ogden Office Buildings - Austin
Old Southern Ice House - Midland
Oltorf Rd. Office/Warehouse Park - Austin
O'Neill Barbeque - Midland
Pappagallo Expansion - Midland
Parkwood Apartments - Richardson
Permian Electronics Radio Tower - Midland
Petro-Tex Neoprene Plant - Houston
Petroleum Museum Central Power - Midland
Pflugerville High School - Pflugerville
Piney Creek Bridge - Bastrop
Plantation Hills - Midland
Plaza Center No. 15 - Midland
Plaza Office Building "K" - Midland
Plaza Shopping Center Buildings F1 & F3 - Midland
Plaza Shopping Center Signage - Midland
Pollard Residence - Midland
Princeton Business Center - Midland
Public Safety Building Improvements - Midland
Radio Shack - Midland
Ramsey Medical Center - Austin
Ramsland Residence - Midland
Renner Road Subdivision - Dallas
Richardson Apartments - Richardson
Ridgemar Court Investment #1 & #3 Condos - Midland
Rodriquez Restaurant - Midland
Roper Warehouse - Midland
Rowlett Flood Plane Study - Rowlett
Rusk Dental Office - Midland
St. June Subdivision - McKinney
St. Martin's Lutheran Church - Austin
St. Nicholas Episcopal Church Improvements - Midland
St. Paul Evangelical Lutheran Church - Taylor
Sam Houston State Office Building - Austin
San Felipe Neighborhood Facility - Del Rio
Sandra Street Warehouse Improvements - Austin
Scottsdale Addition - Midland
Shenandoah Townhouses - Dallas
Sheppard Memorial Hospital Improvements - Burnet
8118 Shoal Creek Dental Center - Austin
7958 Shoal Creek Medical Office Building - Austin
Shoal Creek Office Building - Austin
Showcase I - Midland
Shull Warehouses - Midland
Six Ranch - Midland County

15

Skillern's Drug Store - Midland
Sledge Residence - Midland
Smith Residence - Midland
Smith Building - Midland
Smithville Landfill - Smithville
South Austin Fire Station - Austin
1006 South Big Spring Addn. - Midland
Spicewood Wastewater Treatment Plant - Austin
Stephenson Warehouse - Midland
Sundae Palace - Austin
Sunshine Camp - Austin
Superior Oil Building Improvements - Midland
Sutton Place Condominiums - Midland
Texaco Offshore Drilling Platforms - Houston
Texas Department of Health and Mental Retardation - Austin
Texas Department of Human Resources - San Antonio
Thaxton-Coulver Mobile Home Park Wastewater Utilities - Travis County
Thomason Townhouses - Midland
Timberline Terrace Office Building - Austin
Town & Country Day Care Facilities - Austin
Travis County Blood Bank - Austin
Travis County Courthouse Annex - Austin
Travis County Courthouse Improvements - Austin
Travis County Courthouse Pedestrian Bridge - Austin
Travis County Parking Garage - Austin
Travis Street Low Income Housing - Midland
Treanor Equipment Co. Improvements - Midland
Tres Amigos Restaurant - Austin
Trinity Lutheran Home - Austin
Trinity Presbyterian Church Additions - Midland
Trinity School Improvements - Midland
Turner Building Improvements - Midland
Twenty-fourth Street Condos - Austin
Union Hall Baptist Church Addn – Liberty Hill, TX
Union Texas Oil Co. Extraction Plant - Geismar, LA
United States Embassy - Guyana
University Lutheran Center - Austin
University of Texas Regents' Office Building - Austin
University of Texas Harry Ransom Center - Austin
University of Texas of the Permian Basin - Odessa
University of Texas Swimming Facility - Austin
Vaughn Building Improvements - Midland
2714 W. Wall Warehouse - Midland
Washington/McGarvey St. Warehouses - Midland
Water Line Utility Improvements - Martindale
Water Tower - Martindale
Water Tower Renovation - Midland
Weatherford Landfill - Buda
Western Sizzler Steakhouse - Midland
Westgate Business Center - Midland
Westgate Acres Section 2 Subdivision/Utilities/Development- Midland
Westgate Miniwarehouse Development - Midland
Westlake High School Improvements - Austin
Westminister Manor Additions - Austin
3000 Westminister Residence - Dallas
Westminster Presbyterian Church Improvements - Austin

16

Wild River Canyon Park - Midland
Wilson Building - Midland
Windmill Hill Apartments - San Antonio
Winston Swimming Pool Facility - Midland
Woodlands Street, Bridge & Drainage Facilities - Woodlands
Yancey Residence - Midland
Y.W.C.A. Improvements - Richardson
Young Vehicle Storage Facility - Midland
Zoller Residence – Midland

17

**AMSTAR ENGINEERING, INC.**
Structural/Civil Consultants
707 River Road
Austin, Texas 78734
(512) 263-3661
Fax (512) 607-6641

Registered Professional Engineers
Texas     Oklahoma     Arizona
Louisiana     Georgia     Colorado
Mississippi     Utah     North Carolina
Kentucky     Alabama     Arkansas
Texas Firm F-1975

THOMAS JUNE MELTON, III.
Licensed Professional Engineer
October 19, 2013

STATES OF REGISTRATION:
  Texas
  Georgia
  Mississippi
  Oklahoma
  Arizona
  Colorado
  Utah
  Louisiana
  North Carolina
  Kentucky
  Alabama
  Arkansas

STATE DISCIPLINES
  Structural Engineering
  Civil Engineering
  Architectural Engineering – Structural, Civil, Building Design, HVAC, Plumbing Engineering

FEDERAL CERTIFICATION
  Department of Defense Nuclear Fallout Shelter Analyst 511-1609-68

EDUCATION:
  New Mexico Military Institute  9/58-5/60   HS Diploma 5/60
  University of Texas, Austin   9/60-1/65   BS ArE 1/65
  University of Texas, Austin   1/65-8/66   MS ArE 8/66

EMPLOYMENT HISTORY:

    10/88 to present - President, Amstar Engineering, Inc.; Austin, Texas. CEO of
architectural/structural/civil engineering design firm engaged in commercial, industrial and
residential building and site design, general consulting, inspections, and forensic analysis and
determinations for owners, architects, engineers, contractors and property managers.

    8/85 - 10/88 - Travis Associates, Consulting Engineers, Austin, Texas; Structural and civil
engineering project design engineer. Projects included structural design of office buildings,
apartments, sewage treatment plants and courthouse modifications. Structural investigative and
repair analysis included apartments, houses, office buildings and government facility. Civil
engineering design included roads, drainage, wastewater collection and disposal facilities for
various developments.

    9/84 - 8/85 - Capital Erectors, Austin, Texas; Vice president and CEO of newly-formed
steel erection company. Duties included structural analysis of complex steel erection procedures,

1