## 12.5 CLAIMS BY THE CONTRACTOR

12.5.1   The Contractor shall make no demand for liquidated damages for delay in any sum in excess of such amount as may be specifically named in this Subcontract, and liquidated damages shall be assessed against this Subcontract only for his negligent acts and his failure to act in accordance with the terms of this Agreement, and in no case for delays or causes arising outside the scope of this Subcontract, or for which other subcontractors are responsible.

12.5.2   Except as may be indicated in this Agreement, the Contractor agrees that no claim for payment for services rendered or materials and equipment furnished by the Contractor to the Subcontractor shall be valid without prior notice to the Subcontractor and unless written notice thereof is given by the Contractor to the Subcontractor not later than the tenth day of the calendar month following that in which the claim originated.

## 12.6 CONTRACTOR'S REMEDIES

12.6.1   If the Subcontractor defaults or neglects to carry out the Work in accordance with this Agreement and fails within two (2) working days after receipt of written notice from the Contractor to commence and continue correction of such default or neglect with diligence and promptness, the Contractor may, after two days following receipt by the Subcontractor of an additional written notice, and without prejudice to any other remedy he may have, make good such deficiencies and may deduct the cost thereof from the payments then or thereafter due the Subcontractor, provided, however, that if such action is based upon faulty workmanship or materials and equipment, the Architect shall first have determined that the workmanship or materials and equipment are not in accordance with the Contract Documents.

12.6.2   Subcontractor agrees to keep the Project and the ground appurtenant thereto, free of liens for or on account of any work done or materials furnished in connection with the Subcontractor's work under this AGREEMENT. In the event that a lien is made or claimed against the Project relating to Subcontractor's scope of work from any of the subcontractor's material suppliers or sub-subcontractors, the Subcontractor will, within five (5) days after written notice from the Owner or TEXAS DESCON, L.P. discharge the lien by any legal process as may be necessary, including the posting of a bond to discharge the lien.  In the event that Subcontractor so fails to discharge any lien and TEXAS DESCON, L.P. opts to intervene to arrange for discharge of said lien, Subcontractor agrees to pay TEXAS DESCON, L.P. 150% of the amount of the lien and to pay TEXAS DESCON, L.P.'s and Owner's reasonable attorneys' fees and costs incurred in connection with said discharge.

12.6.3   If the Subcontractor (i) refuses or fails to supply a sufficient number of properly skilled workers, or materials or equipment of the proper quality and quantity, (ii) fails or refuses to prosecute the Work with promptness and diligence in order to maintain the schedule for the Work established by Contractor (as said schedule may be revised and amended by Contractor from time to time), (iii) fails or refuses to make prompt payment to its workers, subcontractors or suppliers, or is otherwise unable to meet its debts as they mature, (iv) disregards laws, ordinances, rules, regulations or orders of Contractor, Owner or any public authority having jurisdiction over the Work, (v) causes any stoppage of or interference with the Work of Contractor or any other subcontractors or (vi) otherwise breaches any material provision under this Subcontract, and thereafter Subcontractor fails or refuses to cure such default within 48 hours (or such longer period of time as may be granted by Contractor in its sole discretion) after receipt of written notice from Contractor, then Contractor, without prejudice to any other rights or remedies, shall have the right to any or all of the following remedies:

a.   supply such number of workers and quantity and quality of materials, equipment and other facilities as Contractor deems necessary for the completion of the Subcontractor's Work, or any part thereof which the Subcontractor has failed to complete or perform after the aforesaid notice and charge the cost thereof to the Subcontractor, who shall be liable for the payment of the same, including reasonable overhead, profit, court costs and attorneys' and paralegals' fees;

b   provide for the completion of all the Subcontractor's Work by others and charge the costs thereof to the Subcontractor;

c.   withhold payment of any monies due to Subcontractor under this Subcontract or any other agreement between Subcontractor and Contractor pending corrective or curative action to the extent required by and to the satisfaction of Contractor; and

d.   In the event of an emergency affecting the safety of persons or property, Contractor may proceed as above without notice to Subcontractor.

12.6.4   In addition to the above-noted remedies, if Subcontractor fails to cure any default within the above-noted time period, then Contractor may, in lieu, or in addition to the remedies noted above, terminate Subcontractor's employment under this Subcontract by delivering written notice of termination to Subcontractor.  Thereafter, Contractor may take possession of the plant and Work, materials, tools, appliances and equipment of Subcontractor at the building site, and through himself or others, provide labor, equipment and materials to prosecute Subcontractor's Work on such terms and conditions as Contractor may deem appropriate, and Contractor shall deduct the cost thereof, including all charges, expenses, losses, costs, damages and attorneys' and paralegals', fees, incurred by Contractor as a result of Subcontractor's failure to perform, from any money then due or thereafter become due Subcontractor either under this Subcontract or under any other agreement between Subcontractor and Contractor.  The Subcontractor shall be liable for the payment of any amount by which such costs may exceed the unpaid balance of the Subcontract Price.   The Contractor may use any materials, implements, equipment, appliances or tools furnished by or belonging to the Subcontractor to complete the Subcontractor's Work.   The Subcontractor hereby agrees that, upon such termination of its employment, the Subcontractor automatically shall offer an assignment to the Contractor of any oral subcontracts and purchase orders, which the Subcontractor previously entered into, for the Contractor's sole discretionary acceptance.

12.6.5   Notwithstanding anything in this Subcontract to the contrary, any default by Subcontractor under this Subcontract may, at TEXAS DESCON, L.P.'s sole option, be deemed to be a default by Subcontractor under any other agreements between Contractor and Subcontractor, and any default by Subcontractor under any other agreements between Contractor and Subcontractor may, at TEXAS DESCON, L.P.'s sole option, be deemed to be a default by Subcontractor under this Subcontract.  In any event of default, whether under this Agreement or any other agreement between Contractor and Subcontractor, Contractor shall have the right of offset against any sums otherwise due Subcontractor under this Agreement or any other agreement between Contractor and Subcontractor.

12.6.6   TEXAS DESCON, L.P. may terminate this Agreement without cause, in whole or in part at any time upon ten (10) days notice thereof to the Subcontractor.   Any provisions of this Agreement which, by their nature, would survive final acceptance of the work shall remain in full force and effect after the termination to the extent provided in such provisions.  Upon such termination, any obligations to the Subcontractor shall continue as to portions of the work already performed prior to the date of termination.  Upon such termination, TEXAS DESCON, L.P. shall reimburse Subcontractor for any approved but unpaid portions of the work incurred by the Subcontractor, together with any withheld retainage to the date of termination.   However, no such payment will be made to the Subcontractor until TEXAS DESCON, L.P. is paid by the Owner for the said portions of the Subcontractor's work.

## ARTICLE 13
### ARBITRATION

**13.1** All claims, disputes and other matters in question arising out of, or relating to, this Subcontract, or the breach thereof, shall be decided by arbitration, which shall be conducted in the same manner and under the same procedure as provided in the Contract Documents with respect to disputes between the Owner and the Contractor, except that a decision by the Architect shall not be a condition precedent to arbitration. If the Contract Documents do not provide for arbitration or fail to specify the manner and procedure for arbitration, it shall be conducted in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association then obtaining unless the parties mutually agree otherwise.

**13.2** Except by written consent of the person or entity sought to be joined, no arbitration arising out of or relating to the Contract Documents shall include, by consolidation, joinder or in any other manner, any person, or entity not a party to the Agreement under which such arbitration arises, unless it is shown at the time the demand for arbitration is filed that (1) such person or entity is substantially involved in a common question of fact or law, (2) the presence of such person or entity is required if complete relief is to be accorded in the arbitration, (3) the interest or responsibility of such person or entity in the matter is not insubstantial, and (4) such person or entity is not the Architect, his employee or his consultant. This agreement to arbitrate and any other written agreement to arbitrate with an additional person or persons referred to herein shall be specifically enforceable under the prevailing arbitration law.

**13.3** The Contractor shall permit the Subcontractor to be present and to submit evidence in any arbitration proceeding involving his rights

**13.4** The Contractor shall permit the Subcontractor to exercise whatever rights the Contractor may have under the Contract Documents in the choice of arbitrators in any dispute, if the sole cause of the dispute is the Work, materials, equipment, rights or responsibilities of the Subcontractor; or if the dispute involves the Subcontractor and any other subcontractor or subcontractors jointly, the Contractor shall permit them to exercise such rights jointly.

**13.5** The award rendered by the arbitrators shall be final, and judgment may be entered upon it in accordance with applicable law in any court having jurisdiction thereof.

**13.6** This Article shall not be deemed a limitation of any rights or remedies which the Subcontractor may have under any Federal or State mechanics' lien laws or under any applicable labor and material payment bonds unless such rights or remedies are expressly waived by him.

## ARTICLE 14
### TERMINATION

### 14.1  TERMINATION BY THE SUBCONTRACTOR

**14.1.1**  If the Work is stopped for a period of thirty days through no fault of the Subcontractor because the Contractor has not made payments thereon as provided in this Agreement, then the Subcontractor may without prejudice to any other remedy he may have, upon seven additional days' written notice to the Contractor, terminate this Subcontract and recover from the Contractor payment for all Work executed and for any proven loss resulting from the stoppage of the Work, including reasonable overhead, profit and damages.

### 14.2  TERMINATION BY THE CONTRACTOR
### SEE EXHIBIT SEVEN ATTACHED.

**14.2.1**  If the Subcontractor persistently or repeatedly fails or neglects to carry out the Work in accordance with the Contract Documents or otherwise to perform in accordance with this Agreement and fails within seven days after receipt of written notice to commence and continue correction of such default or neglect with diligence and promptness, the Contractor may, after seven days following receipt by the Subcontractor of an additional written notice prejudice to any other remedy he may have, terminate this Subcontract and finish the Work by whatever method he may deem expedient. If the unpaid balance of the Contract Sum exceeds the expense of finishing the Work, such excess shall be paid to the Subcontractor, but if such expense exceeds such unpaid balance, the Subcontractor shall pay the difference to the Contractor.

## ARTICLE 15
### MISCELLANEOUS PROVISIONS

**15.1**  Terms used in this Agreement which are defined in the Conditions of the Contract shall have the meanings designated in those Conditions.

**15.2**  The Contract Documents, which constitute the entire Agreement between the Owner and the Contractor, are listed in Article 1,  and the documents which are applicable to this Subcontract, except for Addenda and Modifications issued after execution of this Subcontract, are enumerated as follows:
*(List below the Agreement, the Conditions of the Contract [General, Supplementary, and other Conditions], the Drawings, the Specifications, and any Addenda and accepted Alternates, showing page or sheet numbers in all cases and dates where applicable. Continue on succeeding pages as required.)*

### SEE EXHIBIT EIGHT ATTACHED

This Agreement entered into as of the day and year first written above.

CONTRACTOR:
**TEXAS DESCON, L.P.**
By DESCON AS, L.L.C., its General Partner

Michael D. Smith, President

Date:_____ 1/24/11

SUBCONTRACTOR:

**VCI Builders**

(Signature)

Date _____ 1/24/11

*EXHIBIT ONE*

3.4

*The subcontractor shall provide delivery dates for materials related to the scope of the work covered under this contract from all applicable suppliers and vendors.   This information is required in a written confirmation format five (5) days after submittal is approved by the architect.  Any deviation from the dates provided by the subcontractor shall require ample notice to the general contractor so that the subcontractor will not be held liable under the provisions of Article Three of this subcontract.*

**VCI Builders**

By

Date   1/24/11

THIS PAGE LEFT INTENTIONALLY BLANK

# CONTINUATION SHEET

## EXHIBIT TWO

Page ____ of _____ Pages

Application and certificate for Payment, containing Contractor's signed Certification is attached. In tabulations below, amounts are stated to the nearest dollar. Use column I on Contracts where variable retainage for line items apply.

APPLICATION NO: ____________

APPLICATION DATE: ____________

PERIOD TO: ____________

SUBCONTRACT NO.: 10-026-02050

***SUBCONTRACTOR: VCI Builders***

***PROJECT: 026 PSJA T-Stem Early College High School Additions and Renovations***

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | (G ÷C) | BALANCE TO FINISH (C - G) | RETAINAGE (5% of G) |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | TOTALS | | | | | | | | |

APPLICATION AND CERTIFICATE FOR PAYMENT

**EXHIBIT THREE**

| TO: | **TEXAS DESCON, L.P.** | | PROJECT: | **026 PSJA T-Stem Early College High School Additions and Renovations** |
| | P.O. Box 3547 | | | **Pharr, Texas** |
| | McAllen, Texas 78502 | | | **APPLICATION NO** |
| | | | | **PERIOD TO:** |
| FROM: | **VCI Builders** | | ARCH: | ERO, International, L.L.P. | **PROJECT #** | **2010-026** |
| (Subcontractor) | P.O. Box 4637 | | | 300 South 8th Street | **CONTRACT NO.:** | **10-026-02050** |
| | Mission, TX 78573 | | | McAllen, TX 78501 | **CONTRACT FOR:** | **Select Demolition** |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS | | Continuation Sheet is Attached | |
|---|---|---|---|---|---|
| Change Orders approved in Previous months by | | | | 1. ORIGINAL CONTRACT SUM | $27,000.00 |
| Approved this Month | | | | 2. NET CHANGE BY CHANGE ORDERS | |
| Number | Date Approved | | | | 3. CONTRACT SUM TO DATE | |
| | | | | | 4. TOTAL COMPLETED AND STORED TO DATE | |
| | | | | | 5. RETAINAGE | |
| | | | | | a. 5% of Completed Work (Col. D + E) | |
| | | | | | b. 5% Stored Material | |
| TOTALS | | | | Total Retainage (Line 5a + 5b or Total in Col. I) | |
| Net Change by Change Orders | | | | 6. TOTAL EARNED LESS RETAINAGE | |
| | | | | 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | |
| | | | | 8. CURRENT PAYMENT DUE | |
| | | | | 9. BALANCE TO FINISH, PLUS RETAINAGE (Line 3 less line 6) | |

The undersigned subcontractor certifies that to the best of the subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Subcontractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and the current payment shown herein is now due

STATE OF: _____   COUNTY OF _____

Subscribed and sworn to before me this _____ day of _____ 20___

**VCI Builders**

Notary Public: _____

By: _____   Date _____

My Commission Expires: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the subcontractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

## EXHIBIT FOUR

It is agreed that TEXAS DESCON, L.P., the General Contractor for the _026 PSJA T-Stem Early College High School Additions and Renovations, Pharr, Texas,_ project shall withhold from _VCI Builders,_ the subcontractor, any insurance premiums deemed necessary should the Sub-Contractor not provide General Liability and/or Worker's Compensation insurance or should said insurance policies expire during the term of the contract as set forth in Article 9, Section 9.2 of said contract for the period of the expiration of said policies.

Acknowledged and agreed to this ___24th___ day of ___January___ ,201_.

**VCI Builders**
Signature: _____
Print Name: ___Jose Luis Arredondo___

*EXHIBIT FIVE*

| ACORD™ CERTIFICATE OF LIABILITY INSURANCE | | | DATE (MM/DD/YYYY)<br>01/19/2007 |
|---|---|---|---|

| PRODUCER                             FAX | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | | |
|---|---|---|---|
| | **INSURERS AFFORDING COVERAGE** | | NAIC # |
| **INSURED**<br><br>Subcontractor's Name, Address, City, St, Zip | INSURER A: An "A-7" rated or better by A.M. Best Co | | |
| | INSURER B: | | |
| | INSURER C: | | |
| | INSURER D: | | |
| | INSURER E: | | |

**COVERAGES**

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| | | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ 1,000,000 |
| | X | COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | CLAIMS MADE [X] OCCUR | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY [ ] PRO-JECT [ ] LOC [ ] | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | ANY AUTO | | | | | |
| | X | ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | SCHEDULED AUTOS | | | | | |
| | X | HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | X | NON-OWNED AUTOS | | | | | |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | ANY AUTO | | | | OTHER THAN       EA ACC<br>AUTO ONLY:        AGG | $ |
| | | | | | | | $ |
| | | **EXCESS/UMBRELLA LIABILITY** | | | | EACH OCCURRENCE | $ |
| | | OCCUR [ ] CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | DEDUCTIBLE | | | | | $ |
| | | RETENTION $ | | | | | $ |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | | | | X WC STATU-TORY LIMITS [ ] OTH-ER | | |
| | | | | | | E.L. EACH ACCIDENT | $ 500,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 500,000 |
| | | OTHER | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**
Texas Descon L.P. is listed as an Additional Named Insured using CG2033-Additional Insured-Owners, Lessees, or Contractors-Automatic Status when required in a Construction Contract Agreement with you, will be named with a Waiver of Subrogation for CGL, Commercial Auto Coverage and Workers Compensation. Subcontractors policy will be deemed as Primary and Non-Contributory with regard to Texas Descon L.P. interests.  Cancellation provisions allow 30 day prenotification to certificateholder.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| <br>Texas Descon L.P.<br>PO Box 3547<br>McAllen, TX 78502 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE |

ACORD 25 (2001/08)                                                    ©ACORD CORPORATION 1988

## EXHIBIT SIX

### 11.11 INDEMNIFICATION

11.11.1  To the fullest extent permitted by law, the Subcontractor shall indemnify and hold harmless the Owner, the Architect and the Contractor and all of their agents and employees from and against all claims, damages, losses and expenses, including but not limited to attorney's fees, arising out of or resulting from the performance of the Subcontractor's Work under this Subcontract, provided that any such claim, damage, loss, or expense is attributable to bodily injury, sickness, disease, or death, or to injury to or destruction of tangible property (other than the Work itself) including the loss of use resulting therefrom, to the extent caused in whole or in part by any negligent act or omission of the Subcontractor or anyone directly or indirectly employed by him or anyone for whose acts he may be liable, regardless of whether it is caused in part by a party indemnified hereunder. Such obligation shall not be construed to negate, or abridge, or otherwise reduce any other right or obligation of indemnity which would otherwise exist as to any party or person described in this Paragraph 11.11.  The indemnity applies to any claims or causes of action arising in tort or contract.  Further, the parties agree that this indemnification obligation meets the requirements of the express negligence doctrine as set forth in the Texas Supreme Court case of Ethyl Corp. v. Daniel Const. Co., 725 S.W. 2d 705 (Tex. 1987) and the conspicuousness doctrine as set forth in Dresser Industries, Inc. v. Page Petroleum, Inc. 853 S.W.2d 505 (Tex. 1993).

11.11.2 In any and all claims against the Owner, the Architect, or the Contractor or any of their agents or employees by any employee of the Subcontractor, anyone directly or indirectly employed by him or anyone for whose acts he may be liable, the indemnification obligation under this Paragraph 11.11 shall not be limited in any way by any limitation on the amount or type of damages, compensation or benefits payable by or for the Subcontractor under workers' or workmen's compensation acts, disability benefit acts or other employee benefit acts.

11.11.3 The obligations of the Subcontractor under this Paragraph 11.11 shall not extend to the liability of the Architect, his agents or employees arising out of (1) the preparation or approval of maps, drawings, opinions, reports, surveys, Change Orders, designs or specifications, or (2) the giving of or the failure to give directions or instructions by the Architect, his agents or employees provided such giving or failure to give is the primary cause of the injury or damage.

## EXHIBIT SEVEN

### 14.2  TERMINATION BY THE CONTRACTOR

**14.2.1**   *If the subcontractor fails or neglects to carry out the work in accordance with the contract documents or otherwise to perform in accordance with this agreement and fails within forty-eight (48) hours after receipt of written notice to commence correction of such default or neglect with diligence and promptness, the contractor may without any additional written notice and without prejudice to any other remedy he may have, terminate the subcontract and finish the work by whatever method he may deem expedient.  If the unpaid balance of the contract sum exceeds the expense of finishing the work, such excess shall be paid to the subcontractor, but if such expense exceeds such unpaid balance, the subcontractor shall pay the difference to the contractor.*

**EXHIBIT EIGHT**
**PROJECT SPECIFICATIONS, PLANS AND ADDENDA**

SPECIFICATIONS:

The Specifications are those contained the Project Manual entitled "PSJA ISD T-Stem Early College High School (Old Memorial Middle School) – Phase I Renovations and Additions, dated March 01, 2010, and are as follows:

**PSJA ISD T-STEM EARLY COLLGE HIGH SCHOOL**
**(Old Memorial Middle School)**
**PHASE I – RENOVATIONS & ADDITIONS**
PROJECT Numbers 09007 – PSJA ISD CSP #09-10-006
Pharr, Texas

**VOLUME I**
**Project Information, Architectural and Structural Divisions**

SECTION 00 0111
TABLE OF CONTENTS

DOCUMENTS DIVISION 0 – INTRODUCTORY INFORMATION, BIDDING REQUIREMENTS, AND CONTRACT REQUIREMENTS
00 0107 – SEALS PAGE
00 0110 – TABLE OF CONTENTS
00 0115 – LIST OF DRAWINGS
PSJA ISD INVITATION TO SUBMIT BID / PROPOSAL AND SPECIAL CONDITIONS
  A. PSJA ISD GENERAL PROVISIONS
    1. Bid Preparation and Submission Procedures
    2. Statement of Inclusion / Applicability
    3. General
    4. Contract Time Period
    5. Addendum
    6. Specifications
    7. Bid Evaluation and Award
    8. Quantities
    9. Packaging
    10. Pricing
    11. Sales Tax
    12. Delivery and Transportation
    13. Quality
    14. Product Inspection, Testing and Defective Items
    15. Samples
    16. Warranties
    17. Withdrawal or Modification of Bid
    18. Substitutions
    19. Deviations from Item Specification or General Terms and Conditions
    20. Contract and Purchase Orders
    21. Invoices, Packing Lists and Payment
    22. Remedies for Non-Performance of Contract, and Termination of Contract
    23. Force Majeure
    24. Non-Collusion Certification
    25. Assignment – Delegation
    26. Certifications regarding Legal, Ethical, and Other Matters
    27. Equal Employment Opportunity (EEO) Disclosures
    28. Venue
    29. Indemnification
    30. Arbitration
    31. Choice of law
    32. Vendor Year 2000 Compliance
    33. Waiver
    34. Interpretation – Parole Evidence
    35. Right to Assurance
    36. Extension / Non-Appropriation Clause
    37. Proposal Requirements
    38. Insurance Requirements
    39. Installation (When applicable)
    40. Inquiries and Interpretations
    41. Evaluation Factors and Criteria
PSJA ISD FORMS

  B. Forms Checklist (All Referenced Forms must be Signed and Submitted with Bid / Proposal or Bid / Proposal will be considered Non-Responsive)
    1. Form A: Notification to Invitation to Bid
    2. Form B: Deviations/Compliance signature Page
    3. Form C: Felony Convictions Disclosure Statement
    4. Form D: Anti-Collusion / Bid Acknowledgement
    5. Form E: Conflict of Interest Questionnaire
    6. Form F: Suspension or Debarment
    7. Form G: Historically Underutilized Business (HUB)
    8. Form H: Texas Family Code Certification
    9. Form I : Dealerships Listing
    10. Form J: Out of State Certifications Page
    11. Form K: No Bid / No Proposal Reply Form
    12. Form L: Instruction to School District Contractors
    13. Form M: Direct Deposit Form
    14. Form N: Vendor Acknowledgement
00 3000 – AVAILABLE PROJECT INFORMATION Geotechnical Investigation Report
00 5200 – AGREEMENT FORM – AIA DOCUMENT A101 – STANDARD FORM OF AGREEMENT BETWEEN OWNER & CONTRACTOR
00 7200 – GENERAL CONDITIONS - AIA A201 – GENERAL CONDITIONS OF CONTRACT FOR CONSTRUCTION
00 8200 – WAGE RATES
DIVISION 1- GENERAL REQUIREMENTS
  NOTE: REFRENCE PROJECT MANUAL VOLUME III FOR TECHNICAL SPECIFICATION INDEX FOR ASBESTOS ABATEMENT SPECIFICATIONS PROVIDED BY ENVIORTEST LTD (PSJA ISD PROVIDED CONSULTANT AND SPECIFICATIONS)
01 1000 – SUMMARY
01 2000 – PRICE AND PAYMENT PROCEDURES
01 2100 – ALLOWANCES
01 2200 – UNIT PRICES
01 2300 – ALTERNATIVES
01 3000 – ADMINISTRATIVE REQUIREMENTS
01 3216 – CONSTRUCTION PROGRESS SCHEDULE
01 4000 – QUALITY REQUIREMENTS
01 5000 – TEMPORARY FACILITIES
01 5713 – TEMPORARY EROSION
01 6000 – PRODUCT REQUIREMENTS
01 7000 – EXECUTION AND CLOSEOUT REQUIREMENTS
01 7419 – CONSTRUCTION WASTE MANAGEMENT AND DISPOSAL
01 7800 – CLOSEOUT SUBMITTALS
DIVISION 2 – SITE CONSTRUCTION BY ARCHITECT

NOTE: REFERENCE PROJECT MANUAL VOLUME II
FOR TECHNICAL SPECIFICATIONS INDEX FOR
CIVIL SPECIFICATION PROVIDED BY (PCE) PEREZ
CONSULTING ENGINEERS, LLC
02 2000 – SITE PREPARATION
02 4100 – DEMOLITION

**DIVISION 3 – CONCRETE**
NOTE: STRUCTURAL SPECIFICATION SECTIONS
PROVIDED BY (FLA) FRANK LAM & ASSOCIATES
03 0130.75 – CONCRETE REPAIR (FLA)
03 1000 – CONCRETE FORMING AND ACCESSORIES
(FLA)
03 2000 – CONCRETE REINFORCING (FLA)
03 3000 – CAST-IN-PLACE CONCRETE (FLA)
03 3900 – CONCRETE CURING (FLA)
03 5216 – LIGHTWEIGHT INSULATING CONCRETE
(FLA)
03 5400 – CAST UNDERLAYMENT (FLA)

**DIVISION 4 – MASONRY**
04 0100 – MAINTENANCE OF MASONRY
04 0511 – MASONRY MORTARING AND GROUTING
04 2000 – UNIT MASONRY
04 2731 – REINFORCED UNIT MASONRY
04 7200 – CAST STONE MASONRY

**DIVISION 5 – METALS**
NOTE: STRUCTURAL SPECIFICATION SECTIONS
PROVIDED BY (FLA) FRANK LAM & ASSOCIATES
05 1200 – STRUCTURAL STEEL FRAMING (FLA)
05 2100 – STEEL JOIST FRAMING (FLA)
05 3100 – STEEL DECKING (FLA)
05 4000 – COLD FORMED METAL FRAMING (FLA)
05 5000 – METAL FABRICATIONS (FLA)
05 5100 – METAL STAIRS
05 5134 – ALUMINUM LADDERS
05 5213 – PIPE AND TUBE RAILING

**DIVISION 6 – WOOD AND PLASTICS**
06 0587 – HIGH PRESSURE DECORATIVE LAMINATES
06 1000 – ROUGH CARPENTRY
06 1054 – WOOD BLOCKING AND CURBING
06 2000 – FINISH CARPENTRY
06 4100 – CUSTOM CABINETS
06 4216 – WOOD VENEER RAISED PANEL WAINSCOT
06 6510 – SOLID SURFACE FABRICATION

**DIVISION 7 – THERMAL AND MOISTURE PROTECTION**
07 1360 – DRAINAGE WATERPROOFING
07 1400 – FLUID-APPLIED WATERPROOFING
07 1900 – WATER REPELLENTS
07 2100 – THERMAL INSULATION
07 2400 – EXTERIOR INSULATION AND FINISH
SYSTEM
07 4113 – METAL ROOF PANELS
07 4616 – FIBER CEMENT SIDING
07 5300 – COAL TAR ELASTOMERIC ROOFING
SYSTEM (ARMKO)
07 6000 – SHEET METAL & MISC. ACCESSORIES FOR
COAL TAR ELASTOMERIC ROOFING SYSTEM
(Armko)
07 6110 – SHEET METAL SOFFIT
07 6400 – THROUGHWALL FLASHING SYSTEM
(ARMKO)
07 7200 – ROOF ACCESSORIES
07 8400 – FIRESTOPPING
07 9005 – JOINT SEALERS & SEALANTS
07 9513 – EXPANSION JOINT COVER ASSEMBLIES

**DIVISION 8 – DOORS AND WINDOWS**
08 1113 – STEEL DOORS AND FRAMES
08 1210 – ALUMINUM CLAD WOOD COMMERCIAL
DOORS
08 1423 – ALUMINUM CLAD WOOD DOORS
08 1433 – STILE AND RAIL WOOD DOORS
08 3100 – ACCESS DOORS AND PANELS

08 3323 – OVERHEAD COILING DOORS
08 4100 – ALUMINUM ENTRANCES AND
STOREFRONTS
08 4410 – GLAZED ALUMINUM CURTAIN WALL
08 5213 – ALUMINUM CLAD WOOD DOUBLE HUNG
WINDOWS
08 7100 – DOOR HARDWARE & HARDWARE
SCHEDULE (Assa/Abloy)
08 8100 – GLASS
08 8300 – MIRRORS

**DIVISION 9 – FINISHES**
09 2116 – GYPSUM BOARD ASSEMBLIES
09 3000 – TILING
09 3001 – TILE EDGE PROTECTION
09 5100 – SUSPENDED ACOUSTICAL CEILINGS
09 5114 – FABRIC FACED ACOUSTICAL CEILINGS
09 5470 – METAL TILE CEILING SYSTEMS
09 5700 – ACOUSTICAL WOOD CEILING SYSTEM
09 6423 – HARDWOOD FLOORING – ADHESIVE
APPLIED
09 6500 – RESILIENT FLOORING (RUBBER)
09 6501 – RESILIENT (RUBBER) FLOOR TILE, BASE
AND STAIR TREADS
09 6800 – CARPETING
09 9000 – PAINTING AND COATING

**DIVISION 10 – SPECIALTIES**
10 1101 – VISUAL DISPLAY BOARDS
10 1424 – PLASTIC SIGNS
10 2113 – PLASTIC TOILET COMPARTMENTS
10 2123 – CUBICLES
10 2601 – WALL AND CORNER GUARDS
10 2813 – TOILET ACCESSORIES
10 4260 – CAST METAL PLAQUES
10 4400 – FIRE EXTINGUISHERS, CABINETS AND
ACCESSORIES
10 5613 – METAL STORAGE SHELVING
10 7500 – FLAGPOLES

**DIVISON 11 – EQUIPMENT**
11 0500 – LIBRARY ARTICLE SURVEILLANCE
SYSTEM
11 5213 – PROJECTION SCREENS

**DIVISION 12 – FURNISHINGS**
12 2113 – HORIZONTAL LOUVER BLINDS
12 4940 – ROLLER SHADES

**DIVISION 13 – SPECIAL CONSTRUCTION – NOT USED**

**DIVISION 14 – CONVEYING SYSTEMS**
14 2100 – ELECTRICAL TRACTION ELEVATORS

**DIVISION 21 – FIRE SUPPRESSION** – SEE NOTE BELOW
**DIVISION 22 – PLUMBING** – SEE NOTE BELOW
**DIVISION 23 – HEATING, VENTILATING AND
AIRCONDITIONING** – SEE NOTE BELOW
**DIVISION 26 – ELECTRICAL** - SEE NOTE BELOW
**DIVISION 27 – COMMUNICATION** – SEE NOTE BELOW
**DIVISION 28 – ELECTRONIC SAFETY AND SECURITY** – SEE
NOTE BELOW

NOTE: Reference Project Manual Volume III for Technical
Specification Index for Mechanical, Electrical & Plumbing
Specifications provided by MEPSE (MEP Solutions Engineering)

**SPECIFICATIONS FOR ASBESTOS ABATEMENT
(ENVIROTEST)**
TABLE OF CONTENTS (ENVIROTEST)
APPENDIX A: DEFINITIONS (ENVIROTEST)
APPENDIX B: APPLICABLE STANDARDS AND GUIDELINES
(ENVIROTEST)
APPENDIX C: ACM SURVEY (ENVIROTEST)

PSJA ISD T-STEM EARLY COLLGE HIGH SCHOOL
(Old Memorial Middle School)
PHASE I – RENOVATIONS & ADDITIONS
PROJECT Numbers 09007 – PSJA ISD CSP #09-10-006
Pharr, Texas

## VOLUME II
## CIVIL SPECIFICATIONS DIVISIONS

TECHNICAL SPECIFICATIONS INDEX

TXR 150000 TPDES General Permit
Section 6 Bedding and Backfill
Section 11 Trench Excavation and Shoring Safety Plan
Section 02000 – Special Project Conditions
Section 02102 – Clearing And Grubbing
Section  02221 – Trench Excavation And Shoring Safety Plan
Section 02224 – Pipe Boring, Drilling And Jacking
Section 02240 – Lime Stabilization
Section 02435 – Reinforced Concrete Drainage Pipe
Section 02556 – Water Transmission Lines and/or Pressure Sewer    Lines
Section 02570 – Sanitary Sewer
Section 02580 – Storm Sewer Appurtenances
Section 02602 – Fiberglass Manholes and Wetwells
Section 02660 – Concrete Curb and Gutter and Valley Gutters
Section 02780 – Flat Wheel Rolling
Section 02910 – Construction Traffic Control
Section 02920 – Trench Protection System
Section 03300 – Cast-In-Place Concrete
Section 03330 – Reinforcing Steel
Section 15100 – Valves and Appurtenances

TXDOT 1993 STANDARD SPECIFICATIONS
Item 433 – Joint Sealants and Fillers

TX DOT 1994 STANDARD SPECIFICATIONS
Item 110 – Excavation
Item 132 – Embankment
Item 160 – Topsoil
Item 164 – Seeding for Erosion Control
Item 168 – Vegetative Watering
Item 247 – Flexible Base
Item 251 – Reworking Base Courses
Item 300 – Asphalts, Oils and Emulsions
Item 301 – Asphalt Anti-Stripping Agents
Item 310 – Prim Coat
Item 340 – Dense-Graded Hot Mix Asphalt (Method)
Item 351 – Flexible Pavement Structure Repair
Item 360 – Concrete Pavement
Item 420 – Concrete Structures
Item 421 – Hydraulic Cement Concrete
Item 423 – Retaining Wall
Item 427 – Surface Finishes for Concrete
Item 432 – Riprap
Item 450 – Railing
Item 465 – Manholes and Inlets
Item 466 – Headwalls and Wingwalls
Item 479 – Adjusting Manholes and Inlets
Item 531 – Sidewalks
Item 666 – Reflectorized Pavement Markers
Item 672 – Raised Pavement Markers
Item 678 – Pavement Surface Preparation for Markings

THESE SPECIFICATIONS ARE INTENDED TO COVER ALL CIVIL WORK RELATED WITH THE PSJA ISD T-STEM EARLY COLLEGE HIGH SCHOOL (OLD MEMORIAL MIDDLE SCHOOL) PHASE I RENOVATIONS AND ADDITIONS PROJECT.  THE CONTRACTOR SHALL REFER TO ELECTRICAL MECHANICAL, PLUMBING AND ARCHITECTURAL SPECIFICATIONS FOR WORK NOT COVERED WITHIN.

PSJA ISD T-STEM EARLY COLLGE HIGH SCHOOL - PHASE I
RENOVATIONS & ADDITIONS
Pharr, Texas

## VOLUME III
## PLUMBING, MECHANICAL, ELECTRICAL, COMMUNICATIONS, AND ELECTRONIC SAFETY AND SECURITY SPECIFICATION DIVISIONS

NOTE: REFERENCE

DIVISION 21 -- FIRE SUPPRESSION
21 1313   FIRE PROTECTION SYSTEM

DIVISION 22 -- PLUMBING
22 0510   PLUMBING GENERAL REQUIREMENTS
22 0515   MATERIALS AND METHODS
22 0523   VALVES
22 0529   HANGERS AND SUPPORTS
22 0553   PLUMBING IDENTIFICATION
22 0713   PLUMBING INSULATION
22 1116   DOMESTIC WATER PIPING
22 1316   SANITARY WASTE AND VENT PIPING
22 1413   STORM DRAINAGE PIPING
22 1429   SUMP PUMPS
22 3300   ELECTRIC WATER HEATERS
22 4210   PLUMBING FIXTURES
22 4250   PLUMBING SPECIALTIES
22 4700   DRINKING FOUNTAINS

DIVISION 23 -- HEATING VENTILATING AND AIR CONDITIONING
23 0510   MECHANICAL GENERAL REQUIREMENTS
23 0515   MATERIALS AND METHODS
23 0523   VALVES
23 0529   HANGERS AND SUPPORTS
23 0548   VIBRATION AND SEISMIC CONTROLS
23 0553   MECHANICAL IDENTIFICATION
23 0593   TESTING, ADJUSTING AND BALANCING FOR HVAC
23 0713   HVAC INSULATION
23 0900   INSTRUMENTATION AND CONTROLS
23 0950   VARIABLE FREQUENCY CONTROLLERS
23 2113   HYDRONIC PIPING
23 2123   HYDRONIC PUMPS
23 2500   HVAC WATER TREATMENT
23 3113   METAL DUCTS
23 3300   DUCT ACCESSORIES
23 3423   POWER VENTILATORS
23 3600   AIR TERMINAL UNITS
23 3713   DIFFUSERS, REGISTERS, AND GRILLES
23 6423   SCROLL WATER CHILLERS
23 7313   MODULAR INDOOR AIR-HANDLING UNITS
23 8127A  DX AIR-HANDLING UNITS
23 8127B  DX CONDENSING UNITS
23 8130   DUCT FREE SPLIT SYSTEMS

DIVISION 26 -- ELECTRICAL
26 0519   LOW-VOLTAGE ELECTRICAL POWER CONDUCTORS AND CABLES
26 0526   GROUNDING AND BONDING FOR ELECTRICAL SYSTEMS
26 0533   RACEWAYS AND BOXES FOR ELECTRICAL SYSTEMS
26 0536   CABLE TRAYS FOR ELECTRICAL SYSTEMS
26 0544   SLEEVES AND SLEEVE SEALS FOR ELECTRICAL RACEWAYS AND CABLING
26 0553   IDENTIFICATION FOR ELECTRICAL SYSTEMS
26 0923   LIGHTING CONROL DEVICES AND CABLE
26 2200   LOW-VOLTAGE TRANSFORMERS
26 2413   SWITCHBOARDS
26 2416   PANELBOARDS
26 2726   WIRING DEVICES
26 2813   FUSES
26 2816   ENCLOSED SWITCHES AND CIRCUIT BREAKERS
26 3213   ENGINE GENERATORS
26 3600   TRANSFER SWITCHES
26 4313   TRANSIENT-VOLTAGE SUPPRESSION FOR LOW-VOLTAGE ELECTRICAL POWER CIRCUITS
26 5100   INTERIOR LIGHTING
26 0573   OVERCURRENT PROTECTIVE DEVICE COORDINATION STUDY
26 5600   EXTERIOR LIGHTING

DIVISION 27 COMMUNICATIONS
27 5173   EDUCATIONAL INTERCOMMUNICATIONS AND PROGRAM SYSTEMS

DIVISION 28 -- ELECTRONIC SAFETY
28 1300   ACCESS CONTROL
28 3111   DIGITAL ADDRESSABLE FIRE-ALARM SYSTEM

SPECIFICATIONS FOR ASBESTOS ABATEMENT (ENVIROTEST)
TABLE OF CONTENTS (ENVIROTEST)
APPENDIX A:  DEFINITIONS (ENVIROTEST)
APPENDIX B:  APPLICABLE STANDARDS AND GUIDELINES (ENVIROTEST)
APPENDIX C:  ACM SURVEY (ENVIROTEST)

END OF TABLE OF CONTENTS

## PLANS

The Plans/Drawings are entitled "PSJA ISD T-STEM EARLY COLLEGE HIGH SCHOOL (Old Memorial Middle School) – PHASE I RENOVATIONS & ADDITIONS, are sealed and dated February 24, 2010, unless a different date is shown or they were added by Addenda.

### LIST OF DRAWINGS

### GENERAL
#### ERO ARCHITECTS: VOLUME I
GI001   Cover Sheet
GI101   Code Analysis
GI201   Accessibility Requirements
GI202   Accessibility Requirements
GI203   Accessibility Requirements

### SURVEY
#### ERO ARCHITECTS: VOLUME I
VS 101   Owner-Provided Site Survey

### DEMOLITION
#### ERO ARCHITECTS: VOLUME I

AD101   Composite Campus Site Demolition Plan
AD102   Enlarged Site Demolition Plan
AD103   Enlarged Site Demolition Plan
AD104   Site Demolition Photos
AD105   Band Hall and Dressing Room Demolition Photos
AD201   Composite Demolition Building Plan
AD202   Demolition Basement Floor Plans
AD203   Composite First Floor Demolition Plan
AD204   Demolition First Floor Plan–Area "A" (Core)
AD205   Demolition First Floor Plan–Area "B" & "C" East & West Wings
AD206   Demolition First Floor Plan–Area "B" & "C" East & West Wings
AD207   Composite Second Floor Demolition Plan
AD208   Demolition Second Floor Plan–Area "A" (Core)
AD209   Demolition Second Floor Plan–Area "B" & "C" East & West Wings
AD210   Composite Demolition Roof Plan
AD211   Demolition Roof Photos
AD301   Demolition Exterior Elevations & Photos – North
AD302   Demolition Exterior Elevations & Photos – East
AD303   Demolition Exterior Elevations & Photos – South
AD304   Demolition Exterior Elevations & Photos – West
AD305   Demolition Exterior Elevations & Photos – Various
AD306   Demolition Building Sections & Photos
AD307   Demolition Building Sections & Photos
AD308   Demolition Building Sections & Photos
AD309   Demolition Building Sections & Photos
AD310   Demolition Building Sections & Photos
AD311   Demolition Building Sections & Photos
AD312   Demolition Building Sections & Photos

### MECHANICAL, ELECTRICAL, PLUMBING - DEMOLITION
#### MEP SOLUTIONS ENGINEERING: VOLUME II
DM101   Demolition Mechanical – Basement Floor Plan
DM102   Demolition Mechanical – First Floor Plan
DM103   Demolition Mechanical – First Floor Plan
DM104   Demolition Mechanical – Second Floor Plan
DE101   Demolition Electrical Lighting – Basement Floor Plan
DE102   Demolition Electrical Lighting – First Floor Plan
DE103   Demolition Electrical Lighting – First Floor Plan
DE104   Demolition Electrical Lighting – Second Floor Plan
DE105   Demolition Electrical Power – Basement Floor Plan
DE106   Demolition Electrical Power – First Floor Plan
DE107   Demolition Electrical Power – First Floor Plan
DE108   Demolition Electrical Power –Second Floor Plan
DP101   Demolition Plumbing – Basement Floor Plan
DP102   Demolition Plumbing – First Floor Plan
DP103   Demolition Plumbing – First Floor Plan
DP104   Demolition Plumbing – Second Floor Plan

### CIVIL
#### PEREZ CONSULTING ENGINEERS: VOLUME II

CE101   Overall Site Plan
CE102   Dimension Control Plan
CE103   Dimension Control Plan
CE104   Grading & Drainage Plan
CE105   Grading & Drainage Plan
CE106   Utility Plan
CE107   Plan & Profile
CE108   Plan & Profile
CE109   Plan & Profile
CE110   Flr Street/U.S. Business 83 Intersection Layout
CE111   Civil Details
CE112   Civil Details
CE113   Civil Details
CE114   Civil Details
CE115   Civil Details
CE116   Civil Details
CE117   Civil Details
CE118   TXDOT Standard Details
CE119   TXDOT Standard Details
CE120   TXDOT Standard Details
CE121   TXDOT Standard Details
CE122   TXDOT Standard Details

### STRUCTURAL
#### FRANK LAM & ASSOCIATES:  VOLUME II
S101   Basement Plan
S102   Foundation Plan
S103   Second Floor Framing Plan
S104   Mezzanine Framing Plan
S105   Roof Framing Plan
S106   Library Plans
S109   Framing Details

### ARCHITECTURAL
#### ERO ARCHITECTS: VOLUME I
AS101   Composite Campus Site Plan
AS102   Enlarged Architectural Site Plan
AS103   Enlarged Architectural Site Plan
AE101   Composite Building Plans
AE102   Basement Floor
AE103   Composite First Floor Plan
AE104   First Floor Area "A" (Core)
AE105   First Floor Area "B" & "C" East & West Wings
AE106   First Floor Area "D" Library
AE107   Composite Second Floor Plan
AE108   Second Floor Plan–Area "A" (Core)
AE109   Second Floor Area "B" & "C" (East & West Wings)
AE110   Composite Reflected Ceiling Plan
AE111   Basement Reflected Floor Plan
AE112   Composite First Floor Reflected Ceiling Plan
AE113   First Floor Area "A" (Core)-Reflected Ceiling Plan
AE114   First Floor Area "B" & "C" East & West Wings-Reflected Ceiling Plan
AE115   First Floor Area "D" Library –Reflected Ceiling Plan
AE116   Composite Second Floor Plan-Reflected Ceiling Plan
AE117   Second Floor Plan–Area "A" (Core)–Reflected Ceiling Plan
AE118   Second Floor Area "B" & "C" (East West Wings)-Reflected Ceiling Plan
AE119   Composite Roof Plan
AE120   Roof Plan – Area "A"
AE121   Roof Plan – Area "B" & "C"
AE122   Roof Plan - Area D
AE201   North and West Exterior Building Elevations
AE202   South and East Exterior Building Elevations
AE203   Interior Elevations and Details
AE204   Interior Elevations and Details
AE205   Interior Elevations and Details
AE301   Building Sections

AE302  Building Sections
AE303  Building Sections
AE304  Building Sections
AE305  Building Sections
AE306  Details
AE307  Details
AE308  Details
AE309  Details
AE310  Details
AE314  Partition Types
AE315  Partition Types
AE401  Enlarged Toilet Room Plans and Elevations
AE402  Enlarged Toilet Room Plans and Elevations
AE403  Enlarged Classroom Plans and Elevations
AE404  Enlarged Classroom Plans and Elevations
AE405  Enlarged Classroom Plans and Elevations
AE406  Enlarged Classroom Plans and Elevations
AE407  Enlarged Plans and Elevations
AE408  Enlarged Plans and Elevations
AE501  Roof Details
AE502  Roof Details
AE503  Roof Details
AE504  Waterproofing Details
AE505  Waterproofing Details
AE506  Waterproofing Details
AE510  Ceiling Details
AE511  Ceiling Details
AE512  Ceiling and Expansion Joint Details
AE601  Door & Frame Schedule
AE602  Elevated Door and Window Types
AE603  Elevated Door and Window Types
AE604  Elevated Door and Window Types
AF101  Finish Schedule

**MECHANICAL, ELECTRICAL, PLUMBING**
**MEP SOLUTIONS ENGEINEERING: VOLUME II**
MS100  M.E.P. Site Plan
ME101  Mechanical – Basement Plan
ME102  Mechanical – First Floor Plan
ME103  Mechanical – First Floor Plan
ME104  Mechanical – Second Floor Plan
ME105  Chilled Water Piping Plan
ME106  Enlarged Central Plant and Mezzanine
ME201  Mechanical Chilled Water Flow Diagram
ME301  Mechanical Control Drawings
ME401  Mechanical Schedules
ME402  Mechanical Schedules

ME403  Mechanical Schedules
ME404  Mechanical Schedules
ME501  Mechanical Details
ME502  Mechanical Details
EL101  Electrical Lighting – Basement Floor Plan
EL102  Electrical Lighting – First Floor Plan
EL103  Electrical Lighting – First Floor Plan
EL104  Electrical Lighting – Second Floor Plan
EP105  Electrical Power – Basement Floor Plan
EP106  Electrical Power – First Floor Plan
EP107  Electrical Power – First Floor Plan
EP108  Electrical Power – Second Floor Plan
EP109  Electrical Lighting and Power Mezzanine- Second Floor
       Plan
EP110  Electrical –Mechanical and Plumbing Equipment Location-
       Basement Floor Plan
EP111  Electrical –Mechanical and Plumbing Equipment Location-
       First Floor Plan
EP112  Electrical –Mechanical and Plumbing Equipment Location-
       First Floor Plan
EP113  Electrical –Mechanical and Plumbing Equipment Location-
       Second Floor Plan
EP201  Electrical Legend
EP202  Electrical Riser Diagram and Schedules
EP205  Electrical-Mechanical and Plumbing Connection Schedule
EP206  Electrical Panel Schedules
EP207  Electrical Panel Schedules
EP208  Electrical Panel Schedules
EP209  Electrical Panel Schedules
EP210  Electrical Panel Schedules
EP301  Electrical Details
EP302  Electrical Details

**PLUMBING**
PL101  Plumbing-Sewer – Basement Floor Plan
PL102  Plumbing Sewer – First Floor Plan
PL103  Plumbing Sewer – First Floor Plan
PL104  Plumbing Sewer – Second Floor Plan
PL105  Plumbing HW/CW – Basement Floor Plan
PL106  Plumbing HW/CW – First Floor Plan
PL107  Plumbing HW/CW – First Floor Plan
PL108  Plumbing HW/CW – First Floor Plan
PL201  Plumbing Roof - Floor  Plan
PL301  Plumbing Details
PL401  Plumbing Schedules

---

**ADDENDA**

There were four (4) Addenda issued for this project and are as follows:

| Addendum No. | Date | Pages |
|---|---|---|
| Addendum No. 1 | March 12, 2010 | Eight (8) pages |
| Addendum No. 2 | March 24, 2010 | One Hundred Seven (107) pages |
| Addendum No. 3 | March 30, 2010 | Twelve (12) pages |
| Addendum No. 4 | April 5, 2010 | Fifty (50) pages |

## AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS

STATE OF TEXAS                              §
COUNTY OF HIDALGO                           §

BEFORE ME the undersigned Notary Public, on this day personally appeared David L. Flores who being by me dully sworn on his oath deposed and said:

1. My name is David L. Flores.  I am of sound mind and capable of making this affidavit, and I am personally acquainted with the facts stated in this affidavit.

2. I am an attorney licensed to practice law in the State of Texas.  I practice with the Law Firm of Flores & Torres, L.L.P. in Hidalgo County, Texas.  I am familiar with the standards for litigation practice in Hidalgo County, Texas and with the usual, customary and reasonable attorney's fees charged for legal representation in business and commercial litigation in Hidalgo County, Texas.

3. In this case our firm performed 12 hours of necessary work in preparing the Motion to Dismiss including the following reasonable and necessary legal services for our client, VCI Builders, Inc.: Research, document review, preparation of our answer and related motions, client conferences and insurance claim services.  If the court conducts an oral hearing on the motion, I anticipate that an additional 4 hours of legal work will be needed to prepare for and participate in the hearing on the motion.

4. In my opinion, the usual, customary and reasonable hourly rate for attorney's services rendered in litigation similar to that involved in this case in Hidalgo County, Texas, by experienced lawyers is $250 per hour.

5. In my opinion, attorney's fees in the amount of $3,000.00 is reasonable in this case for the necessary legal services incurred in the trial court by VCI Builders, Inc., with respect to the challenged cause of action.

DAVID L. FLORES

SUBSCRIBED AND SWORN TO BEFORE ME on this the 11 day of May 2015.

ROSABEL OLIVEIRA
Notary Public, State of Texas
My Commission Expires
August 23, 2015

Notary Public in and for the State of Texas

My Commission expires: Aug 23, 2015

Electronically Filed
5/7/2015 2:40:28 PM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez



**THE HUDGINS LAW FIRM**

A Professional Corporation

24 Greenway Plaza • Suite 2000 • Houston, Texas 77046
Tel 713-623-2550 • Fax 713-623-2793

STEPHANIE WEISS, LEGAL ASSISTANT
EMAIL: SWEISS@HUDGINS-LAW.COM

May 7, 2015

VIA E-FILING

Laura Hinojosa
Hidalgo County District Clerk
100 North Closner, First Floor
Edinburg, Texas 78539

      Re:    Cause No. C-5149-14-H
             *Pharr San Juan Alamo Independent School District v. Texas Descon, L.P.,*
             *Descon 4S, LLC and ERO International, LLP d/b/a ERO Architects*
             In the 389th Judicial District Court, Hidalgo, Texas

Dear Ms. Hinojosa:

      I am requesting that the following citation be issued and served by the Hidalgo County Sheriff's office.

    1.    McAllen Carpet & Interiors, L.P., is a limited partnership which may be served with process through its registered agent, GJ Reyna, at 1001 E. Whitewing Avenue, Suite A, McAllen, Texas 78501.

      Thank you for your attention to this matter and please call at your earliest convenience with any questions or comments.

             Yours very truly,

             Stephanie G. Weiss
             Legal Assistant

/sgw



Electronically Filed
5/7/2015 2:40:28 PM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

May 7, 2015
Page 2

c:    Jesus Ramirez                                          VIA FACSIMILE (956) 502-5007
    Attorney at Law
    700 Veterans Blvd., Suite B
    San Juan, Texas  78589

    David P. Benjamin                             VIA FACSIMILE (210) 881-0668
    Benjamin, Vana, Martinez & Biggs, LLP
    2161 NW Military Highway, Suite 111
    San Antonio, Texas  78213

    Sara Whittington Ma                           VIA FACSIMILE (512) 708 0519
    Allensworth & Porter, LLP
    100 N. Congress Avenue, Suite 100
    Austin, Texas  78701

<div align="center">

**C-5149-14-H**

**389TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

**CITATION**

**STATE OF TEXAS**

</div>

**NOTICE TO DEFENDANT:**  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

**MCALLEN CARPET & INTERIORS, LP**
**BY SERVING REGISTERED AGENT:  GJ REYNA**
**1001 E. WHITEWING AVENUE, SUITE A**
**MCALLEN, TEXAS 78501**

You are hereby commanded to appear by filing a written answer to the **DEFENDANTS' THIRD-PARTY PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Letty Lopez, 389th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 30th day of March, 2015 and a copy of same accompanies this citation.  The file number and style of said suit being C-5149-14-H, **PHARR SAN JUAN ALAMO INDEPENDENT SCHOOL DISTRICT VS. TEXAS DESCON, L.P., DESCON 4S, L.L.C., ERO INTERNATIONAL, L.L.P. D/B/A ERO ARCHITECTS**

Said Petition was filed in said court by ATTORNEY:  SPENCER EDWARDS
24 GREENWAY PLAZA, SUITE 2000 HOUSTON, TEXAS 77046.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 11th day of May, 2015.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

**CLAUDIA I. RODRIGUEZ, DEPUTY CLERK**

**C-5149-14-H**
**OFFICER'S RETURN**

Came to hand on _____ of _____, 201____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
        miles ...................$_____

_____
**DEPUTY**
**COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,**
**CONSTABLE OR CLERK OF THE COURT**
In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 201___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**

Electronically Filed
4/17/2015 9:56:54 AM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

CAUSE NO. C-5149-14-H

| | | |
|---|---|---|
| PHARR SAN JUAN ALAMO | § | IN THE DISTRICT COURT |
| INDEPENDENT SCHOOL DISTRICT | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| vs. | § | 389TH JUDICIAL DISTRICT |
| | § | |
| TEXAS DESCON, L.P.; DESCON 4S, | § | |
| L.L.C. and ERO INTERNATIONAL, | § | |
| L.L.P. d/b/a ERO ARCHITECTS | § | |
| *Defendants* | § | HIDALGO COUNTY, TEXAS |

**SUBPOENA DUCES TECUM**

**THE STATE OF TEXAS**

**TO:** Any Sheriff; Constable; or any Person not less than 18 years old and not a Party:

**ISSUANCE DATE:** April 16, 2015

**YOU ARE COMMANDED** to serve this Subpoena forthwith by delivery to the following person:

       **Witness:**    **Custodian of Records**
                        Raba-Kistner Inc.
       **Address:**    800 E. Hackberry Avenue
                        McAllen, Texas 78501

**GREETINGS,**

**YOU ARE COMMANDED** to appear and testify in the above named proceeding at the following place and time:

| | |
|---|---|
| **Address:** | APEX Document Management |
| | 3217 West Alberta, Edinburg, Texas 78539 |

**Date and Time:** Friday, May 8, 2015 **at 11:00 o'clock A.M.**

**YOU ARE COMMANDED TO BRING** with you the following document(s) and object(s):

Any and all documents and test reports provided to Pharr San Juan Alamo Independent School District in connection with the PSJA ISD T-STEM Early College High School Phase I, Renovations and Additions project, Pharr, Hidalgo County, Texas, specifically relating to water infiltration/moisture content/compressive strength tests on concrete, dating from 2010 to 2011.

Electronically Filed
4/17/2015 9:56:54 AM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

**Subpoena issued on the request of:   Pharr San Juan Alamo Independent School District**

**Jesus Ramirez**
**700 North Veterans Boulevard, Suite B**
**San Juan, Texas  78589**
**Phone: 956/502-5424**
**Fax: 956/502-5007**
**Attorney for Pharr San Juan Alamo I.S.D.**

**Inquiries may be addressed to:**
**The J. Ramirez Law Firm**

This subpoena shall remain in effect until your are relieved by the court. A witness fee will be paid to you upon your appearance by the party requesting this subpoena. Failure to comply with this subpoena will subject you to the judicial powers of a Texas court, including contempt of court and being forcibly compelled to appear.

FAILURE BY ANY PERSON WITHOUT ADEQUATE EXCUSE TO OBEY A SUBPOENA SERVED UPON THAT PERSON MAY BE DEEMED A CONTEMPT OF THE COURT FROM WHICH THE SUBPOENA IS ISSUED OR A DISTRICT COURT IN THE COUNTY IN WHICH THE SUBPOENA IS SERVED, AND MAY BE PUNISHED BY FINE OR CONFINEMENT, OR BOTH.

Texas Rules of Civil Procedure, Rule 176.8 Enforcement of Subpoena.

(a) **Contempt.** Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.

April 16, 2015
**Date**

Jesus Ramirez, Attorney Issuing Subpoena
under Rule 176 of the Texas Rules of Civil Procedure

Electronically Filed
4/17/2015 9:56:54 AM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

## RETURN ON SUBPOENA DUCES TECUM

I certify and return that I received the annexed *subpoena duces tecum* on April 16, 2015, at 10:30 a.m/p.m., and that I executed this *subpoena duces tecum* by delivering a copy to Reba Kistner, at 800 E. Hackberry McAllen Tx. Hidalgo County, Texas, on the 16 day of April, 2015. My fee for the execution of this subpoena is $ 60.00.

Signature

Isidoro Arjona

Electronically Filed
4/17/2015 9:56:54 AM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

CAUSE NO. C-5149-14-H

| | | |
|---|---|---|
| PHARR SAN JUAN ALAMO | § | IN THE DISTRICT COURT |
| INDEPENDENT SCHOOL DISTRICT | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| vs. | § | 389TH JUDICIAL DISTRICT |
| | § | |
| TEXAS DESCON, L.P., DESCON 4S, | § | |
| L.L.C. and ERO INTERNATIONAL, | § | |
| L.L.P. d/b/a ERO ARCHITECTS | § | |
| *Defendants* | § | HIDALGO COUNTY, TEXAS |

## NOTICE OF DEPOSITION ON WRITTEN QUESTIONS OF CUSTODIAN OF RECORDS FOR RABA-KISTNER, INC.

1. Pursuant to Rule 205, T.R.C.P., Movant Pharr San Juan Alamo I.S.D., Plaintiff in the above-captioned action, hereby gives notice of Deposition On Written Questions of the non-party listed below. The subpoena is issued under Rule 176.2(a) to be served on the following:

   **Witness:**     **Custodian of Records**
                    **Raba-Kistner, Inc.**

   **Address:**     **800 East Hackberry Ave.**
                    **McAllen, Texas 78501**

2. The place of deposition is 3217 West Alberta, Edinburg, Texas 78539 on the 8th day of May, 2015, at 11:00 A.M., as listed on the subpoena, unless alternate arrangements are made with the deposition officer, a notary public to be designated. If the witness proves to be uncooperative, Plaintiff may issue additional subpoenas for the witness or his representatives to appear at other locations.

3. A copy of this Notice is being served on the witness in compliance with Rule 205, T.R.C.P. concerning Discovery from Non-Parties.

4. A copy of this Notice is being served on all other attorneys or unrepresented parties of record. Pursuant to Rule 200, all other parties may timely serve cross-questions by sending copies to the undersigned, which will be propounded at the deposition. The direct questions are on the attached pages.

5. The transcript of the deposition upon written questions will be available from the undersigned for all other parties to inspect and/or copy, upon reasonable advanced notice.

Electronically Filed
4/17/2015 9:56:54 AM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

Respectfully Submitted


**THE J. RAMIREZ LAW FIRM**
Attorneys at Law
Ebony Park, Suite B
700 North Veterans Boulevard
San Jun, Texas 78589
Phone: (956) 502-5424
Fax:    (956) 502-5007


By: _____
    JESUS RAMIREZ
    SBN 16501950
    Email: ramirezbook@gmail.com
    ROBERT SCHELL
    SBN 24007992
    Email: rschell@rg-legal.com
ATTORNEYS FOR PHARR SAN JUAN ALAMO
INDEPENDENT SCHOOL DISTRICT

Electronically Filed
4/17/2015 9:56:54 AM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

## CERTIFICATE OF SERVICE

I, JESUS RAMIREZ, certify that on the ___16th___ day of April, 2015, the foregoing NOTICE OF DEPOSITION ON WRITTEN QUESTIONS OF CUSTODIAN OF RECORDS FOR RABA-KISTNER, INC. was served on the following:

*Via Hand Delivery*
Custodian of Records
RABA-KISTNER, INC.
800 East Hackberry Avenue
McAllen, Texas 78501

*Via Certified Mail,*
*Return Receipt Requested No. 7014 1820 0001 6490 3969*
*and Email: mbc@aaplaw.com*
Matthew B. Cano
ALLENSWORTH AND PORTER, L.L.P.
100 Congress Avenue, Suite 700
Austin, Texas 78701

*Via Certified Mail,*
*Return Receipt Requested No. 7014 1820 0001 6490 3976*
*and Email: sedwards@hudgins-law.com*
Spencer Edwards
THE HUDGINS LAW FIRM
A PROFESSIONAL CORPORATION
24 Greenway Plaza, Suite 2000
Houston, Texas 77046

*Via Certified Mail,*
*Return Receipt Requested No. 7014 1820 0001 6490 3983*
*and Email: dbenjamin@benlawsa.com*
David P. Benjamin
BENJAMIN, VANA, MARTINEZ & BIGGS, LLP
2161 NW Military Highway, Suite 111
San Antonio, Texas 78213

_____
JESUS RAMIREZ

Electronically Filed
4/17/2015 9:56:54 AM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

## DIRECT WRITTEN QUESTIONS FOR CUSTODIAN OF RECORDS
## FOR RABA-KISTNER, INC.

1. Please state your full name for the record.

2. What is your connection, title, affiliation, and/or position with RABA-KISTNER, INC., now and in the past?

3. Did you receive a subpoena requesting documents? If yes, give all responsive documents to the Deposition Officer to be marked as "Exhibit 1."

4. Are the documents marked as "Exhibit 1" originals or true and correct copies of originals?

5. Were the documents marked as "Exhibit 1" documents made, generated, produced, or kept in the ordinary course of business?

6. Were the documents marked as "Exhibit 1" made at or near the time of the acts, events, conditions, or opinions to which they refer and were they made by and from information transmitted by a person with knowledge of the activity?

7. Were there any documents responsive to the subpoena duces tecum that you did not produce? If yes, list below any such documents not produced and state the reason for non-production.

Electronically Filed
4/17/2015 9:56:54 AM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

SIGNED this _____ day of _____, 2015.


_____          _____
Affiant's Signature                        Affiant's Address

**C-5149-14-H**

**389TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

ORIGINAL

APR 2 7 2015

**CITATION**

**STATE OF TEXAS**

**NOTICE TO DEFENDANT:**  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

**MCALLEN CARPET & INTERIORS, LP**
**REGISTERED AGENT GJ REYNA**
**1200 E JASMIN AVE**
**MCALLEN TX 78501**

You are hereby commanded to appear by filing a written answer to the **DEFENADANTS THIRD PARTY PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Letty Lopez, 389th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on the on this the 14th day of May, 2014 and a copy of same accompanies this citation.  The file number and style of said suit being C-5149-14-H, **PHARR SAN JUAN ALAMO INDEPENDENT SCHOOL DISTRICT  VS. TEXAS DESCON, L.P., DESCON 4S, L.L.C., ERO INTERNATIONAL, L.L.P. D/B/A ERO ARCHITECTS**

Said Petition was filed in said court by SPENCER LAYNE EDWARDS; 24 GREENWAY PLAZA SUITE 2000  HOUSTON TX 77046-2444;
The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 10th day of April, 2015.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

**PRISCILLA RIVAS, DEPUTY CLERK**

C-5149-14-H
## OFFICER'S RETURN

Came to hand on _10_ of _April_____, 201_5_ at _4:31_ o'clock _p_.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |
|      |      |      |       |

And not executed as to the defendant, _C.T. Royne_____ the diligence used in finding said defendant, being: _No longer at address_____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees: serving ... copy(s) $_____     _Address is now Time Werner Company_
miles ................$_____

_W. Johnson 1525_____
**DEPUTY**
## COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 201___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas
Date of Expiration / SCH Number**

<div align="center">

**C-5149-14-H**

**389TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

**CITATION**

**STATE OF TEXAS**

</div>

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

**MCALLEN CARPET & INTERIORS, LP**
**REGISTERED AGENT GJ REYNA**
**1200 E JASMIN AVE**
**MCALLEN TX  78501**

You are hereby commanded to appear by filing a written answer to the **DEFENADANTS THIRD PARTY PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Letty Lopez, 389th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on the on this the 14th day of May, 2014 and a copy of same accompanies this citation. The file number and style of said suit being C-5149-14-H, **PHARR SAN JUAN ALAMO INDEPENDENT SCHOOL DISTRICT  VS. TEXAS DESCON, L.P., DESCON 4S, L.L.C., ERO INTERNATIONAL, L.L.P. D/B/A ERO ARCHITECTS**

Said Petition was filed in said court by SPENCER LAYNE EDWARDS; 24 GREENWAY PLAZA SUITE 2000  HOUSTON TX  77046-2444;
The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 10th day of April, 2015.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

**PRISCILLA RIVAS, DEPUTY CLERK**

C-5149-14-H
## OFFICER'S RETURN

Came to hand on _____ of _____, 201____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
          miles ...................$_____

_____
**DEPUTY**
### COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT
In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 201___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**

C-5149-14-H

389TH DISTRICT COURT, HIDALGO COUNTY, TEXAS

CITATION

STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

**MCALLEN CARPET & INTERIORS, LP
REGISTERED AGENT GJ REYNA
1200 E JASMIN AVE
MCALLEN TX 78501**

You are hereby commanded to appear by filing a written answer to the **DEFENADANTS THIRD PARTY PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Letty Lopez, 389th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on the on this the 14th day of May, 2014 and a copy of same accompanies this citation. The file number and style of said suit being C-5149-14-H, **PHARR SAN JUAN ALAMO INDEPENDENT SCHOOL DISTRICT VS. TEXAS DESCON, L.P., DESCON 4S, L.L.C., ERO INTERNATIONAL, L.L.P. D/B/A ERO ARCHITECTS**

Said Petition was filed in said court by SPENCER LAYNE EDWARDS; 24 GREENWAY PLAZA SUITE 2000 HOUSTON TX 77046-2444;
The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 10th day of April, 2015.

**LAURA HINOJOSA, DISTRICT CLERK
HIDALGO COUNTY, TEXAS**

**PRISCILLA RIVAS, DEPUTY CLERK**

C-5149-14-H
## OFFICER'S RETURN

Came to hand on _____ of _____, 201____ at _____ o'clock _____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
        miles ...................$_____

_____
**DEPUTY**
## COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 201___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**

C-5149-14-H
**389TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

ORIGINAL

O'CLOCK

**CITATION**

APR 29 2015

**STATE OF TEXAS**

LAURA HINOJOSA, CLERK
District Court, Hidalgo County

**NOTICE TO DEFENDANT:** You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

**CHACHO'S RECYCLING**
**OWNER/ AUTHORIZED REPRESENTATIVE**
**DANIEL JOSH HAMMER**
**3820 S JACKSON RD**
**PHARR TX  78577**

You are hereby commanded to appear by filing a written answer to the **DEFENDANTS' THIRD PARTY PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Letty Lopez, 389th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on the on this the 14th day of May, 2014 and a copy of same accompanies this citation.  The file number and style of said suit being C-5149-14-H, **PHARR SAN JUAN ALAMO INDEPENDENT SCHOOL DISTRICT  VS.  TEXAS DESCON, L.P., DESCON 4S, L.L.C., ERO INTERNATIONAL, L.L.P. D/B/A ERO ARCHITECTS**

Said Petition was filed in said court by; SPENCER LAYNE EDWARDS 24 GREENWAY PLAZA SUITE 2000 HOUSTIN TX 77046

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 10th day of April, 2015.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

**PRISCILLA RIVAS, DEPUTY CLERK**

C-5,149-14-H

**OFFICER'S RETURN**

Came to hand on _16_ of _April_ , 201 _5_ at _12:19_ o'clock _p_ .m. and executed in _Hidalgo_ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant, together with the accompanying copy of the _Defendant's Third Party Petition_ (petition) at the following times and places, to-wit:

_D.o.b. 11-26-1984 TX DL 19124085_

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
| Daniel Josh Harano | 4-28-15 | 11:14 am | 3820 S Jackson Rd Phar, TX 78577 |
| X _Alex Huang_ | | | |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees: serving ... copy(s) $_____
miles ................$_____

_J Vargo 3757_

_Eddie Guerra_
_Sheriff of Hidalgo_
_County Texas_

**DEPUTY**

**COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT**

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 201___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**

C-5149-14-H
### 389TH DISTRICT COURT, HIDALGO COUNTY, TEXAS

### CITATION

### STATE OF TEXAS

**NOTICE TO DEFENDANT:**  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

**CHACHO'S RECYCLING**
**OWNER/ AUTHORIZED REPRESENTATIVE**
**JOSH HAMMER**
**ROUTE 31 BOX 133 H-2**
**PHARR TX  78577**

You are hereby commanded to appear by filing a written answer to the **DEFENDANTS'
THIRD PARTY PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable
Letty Lopez, 389th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on the on this the 14th day of May, 2014 and a copy of same accompanies this citation.  The file number and style of said suit being C-5149-14-H, **PHARR SAN JUAN ALAMO INDEPENDENT SCHOOL DISTRICT  VS.  TEXAS
DESCON, L.P., DESCON 4S, L.L.C., ERO INTERNATIONAL, L.L.P. D/B/A ERO
ARCHITECTS**

Said Petition was filed in said court by SPENCER LAYNE EDWARDS; 24 GREENWAY PLAZA SUITE 2000  HOUSTON TX  77046-2444;

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 10th day of April, 2015.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

**PRISCILLA RIVAS, DEPUTY CLERK**

**C-5149-14-H**
## OFFICER'S RETURN

Came to hand on _____ of _____, 201____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:  serving ... copy(s) $_____
       miles ....................$_____

_____
**DEPUTY**
### COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 201___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**

<div align="center">

**C-5149-14-H**

**389TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

**CITATION**

**STATE OF TEXAS**

</div>

**NOTICE TO DEFENDANT:** You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

**CHACHO'S RECYCLING**
**OWNER/ AUTHORIZED REPRESENTATIVE**
**JOSH HAMMER**
**ROUTE 31 BOX 133 H-2**
**PHARR TX  78577**

You are hereby commanded to appear by filing a written answer to the **DEFENDANTS'
THIRD PARTY PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable
Letty Lopez, 389th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on the on this the 14th day of May, 2014 and a copy of same accompanies this citation.  The file number and style of said suit being C-5149-14-H, **PHARR SAN JUAN ALAMO INDEPENDENT SCHOOL DISTRICT  VS.  TEXAS
DESCON, L.P., DESCON 4S, L.L.C., ERO INTERNATIONAL, L.L.P. D/B/A ERO
ARCHITECTS**

Said Petition was filed in said court by SPENCER LAYNE EDWARDS; 24 GREENWAY PLAZA SUITE 2000  HOUSTON TX  77046-2444;

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 10th day of April, 2015.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

**PRISCILLA RIVAS, DEPUTY CLERK**

**C-5149-14-H**
### OFFICER'S RETURN

Came to hand on _____ of _____, 201____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
            miles ....................$_____


_____
**DEPUTY**
### COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 201___.


_____
**Declarant"**


_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**

2532

F **ILIoRIGINAL**
AT 3:20 O'CLOCK _____ M

APR 17 2015

LAURA HINOJOSA, CLERK
District Courts, Hidalgo County

By _____ Deputy

C-5149-14-H
389TH DISTRICT COURT, HIDALGO COUNTY, TEXAS

CITATION

STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

**VCI BUILDERS, INC.**
**REGISTERED AGENT JOSE LUIS ARREDONDO**
**217 W NOLANA STE 24**
**MCALLEN TX 78504**

You are hereby commanded to appear by filing a written answer to the **DEFENDANTS'** **THIRD PARTY PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Letty Lopez, 389th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on the on this the 14th day of May, 2014 and a copy of same accompanies this citation. The file number and style of said suit being C-5149-14-H, **PHARR SAN JUAN ALAMO INDEPENDENT SCHOOL DISTRICT VS. TEXAS DESCON, L.P., DESCON 4S, L.L.C., ERO INTERNATIONAL, L.L.P. D/B/A ERO ARCHITECTS**

Said Petition was filed in said court by SPENCER LAYNE EDWARDS; 24 GREENWAY PLAZA SUITE 2000 HOUSTON TX 77046-2444;

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 10th day of April, 2015.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

**PRISCILLA RIVAS, DEPUTY CLERK**

C-5149-14-H
## OFFICER'S RETURN

Came to hand on _10_ of _4_, 201_5_ at _4:31_ o'clock _p_.m. and executed in _Hidalgo_ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _To_ _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
| Jose Luis Arredondo | 4-16-15 | 11:23 pm | 217 w. Nolana Mcalla Tx |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Sheriff Eddie Guerra
Fees:  serving ... copy(s) $_____
         miles ....................$_____

Fernando Alvarez 4609
**DEPUTY**

## COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 201___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**

x _____

**C-5149-14-H**
**389TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

**CITATION**

**STATE OF TEXAS**

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

**VCI BUILDERS, INC.**
**REGISTERED AGENT JOSE LUIS ARREDONDO**
**217 W NOLANA STE 24**
**MCALLEN TX 78504**

You are hereby commanded to appear by filing a written answer to the **DEFENDANTS' THIRD PARTY PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Letty Lopez, 389th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on the on this the 14th day of May, 2014 and a copy of same accompanies this citation. The file number and style of said suit being C-5149-14-H, **PHARR SAN JUAN ALAMO INDEPENDENT SCHOOL DISTRICT VS. TEXAS DESCON, L.P., DESCON 4S, L.L.C., ERO INTERNATIONAL, L.L.P. D/B/A ERO ARCHITECTS**

Said Petition was filed in said court by SPENCER LAYNE EDWARDS; 24 GREENWAY PLAZA SUITE 2000 HOUSTON TX 77046-2444;

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 10th day of April, 2015.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

**PRISCILLA RIVAS, DEPUTY CLERK**

C-5149-14-H
## OFFICER'S RETURN

Came to hand on _____ of _____, 201____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
          miles ...................$_____

_____
**DEPUTY**
### COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT
In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My   name   is   _____,   my   date   of   birth   is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 201___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**

C-5149-14-H

389TH DISTRICT COURT, HIDALGO COUNTY, TEXAS

CITATION

STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

**VCI BUILDERS, INC.**
**REGISTERED AGENT JOSE LUIS ARREDONDO**
**217 W NOLANA STE 24**
**MCALLEN TX  78504**

You are hereby commanded to appear by filing a written answer to the **DEFENDANTS' THIRD PARTY PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Letty Lopez, 389th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on the on this the 14th day of May, 2014 and a copy of same accompanies this citation.  The file number and style of said suit being C-5149-14-H, **PHARR SAN JUAN ALAMO INDEPENDENT SCHOOL DISTRICT VS. TEXAS DESCON, L.P., DESCON 4S, L.L.C., ERO INTERNATIONAL, L.L.P. D/B/A ERO ARCHITECTS**

Said Petition was filed in said court by SPENCER LAYNE EDWARDS; 24 GREENWAY PLAZA SUITE 2000  HOUSTON TX  77046-2444;

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 10th day of April, 2015.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

**PRISCILLA RIVAS, DEPUTY CLERK**

### C-5149-14-H
### OFFICER'S RETURN

Came to hand on _____ of _____, 201____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
        miles ...................$_____

_____

**DEPUTY**

### COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 201___.

_____

**Declarant"**

_____

**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**

Electronically Filed
4/6/2015 10:57:37 AM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez



**THE HUDGINS LAW FIRM**

A Professional Corporation

24 Greenway Plaza • Suite 2000 • Houston, Texas 77046
Tel 713-623-2550 • Fax 713-623-2793

STEPHANIE WEISS, LEGAL ASSISTANT
EMAIL: SWEISS@HUDGINS-LAW.COM

April 6, 2015

VIA E-FILING

Laura Hinojosa
Hidalgo County District Clerk
100 North Closner, First Floor
Edinburg, Texas 78539

   Re: Cause No. C-5149-14-H
     *Pharr San Juan Alamo Independent School District v. Texas Descon, L.P.,*
     *Descon 4S, LLC and ERO International, LLP d/b/a ERO Architects*
     In the 389th Judicial District Court, Hidalgo, Texas

Dear Ms. Hinojosa:

   I am requesting that the following citations be issued and served by the Hidalgo County Sherriff's office.

  1. McAllen Carpet & Interiors, L.P., is a limited partnership which may be served with process through its registered agent, GJ Reyna, at 1200 E. Jasmin Avenue, McAllen, Texas 78501.

  2. Chacho's Recycling is an unincorporated business association located in Hidalgo County, Texas. Defendant Chacho's Recycling is being sued in its common or assumed name pursuant to TEX. R. CIV. P. 28. Defendant Chacho's Recycling can be served with process through its owner/authorized representative, Josh Hammer, at Route 31, Box 133 H-2, Pharr, Texas 78577.

  3. VCI Builders, Inc. is a Texas corporation which may be served with process through its registered agent, Jose Luis Arredondo, at 217 W. Nolana, Suite 24, McAllen, Texas 78504.



Electronically Filed
4/6/2015 10:57:37 AM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

April 6, 2015
Page 2

Thank you for your attention to this matter and please call at your earliest convenience with any questions or comments.

Yours very truly,

Stephanie G. Weiss
Legal Assistant

/sgw

c:    Jesus Ramirez                                         VIA FACSIMILE (956) 502-5007
      Attorney at Law
      700 Veterans Blvd., Suite B
      San Juan, Texas  78589

      David P. Benjamin                           VIA FACSIMILE (210) 881-0668
      Benjamin, Vana, Martinez & Biggs, LLP
      2161 NW Military Highway, Suite 111
      San Antonio, Texas  78213

      Sara Whittington Ma                      VIA FACSIMILE (512) 708 0519
      Allensworth & Porter, LLP
      100 N. Congress Avenue, Suite 100
      Austin, Texas  78701

Electronically Filed
3/30/2015 10:36:15 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

CAUSE NO. C-5149-14-H

| | | |
|---|---|---|
| PHARR SAN JUAN ALAMO | § | IN THE DISTRICT COURT |
| INDEPENDENT SCHOOL DISTRICT | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | 389TH JUDICIAL DISTRICT |
| | § | |
| TEXAS DESCON, L.P., DESCON 4S, | § | |
| L.L.C. and ERO INTERNATIONAL, L.L.P. | § | |
| D/BA ERO ARCHITECTS | § | |
| *Plaintiff* | § | HIDALGO COUNTY, TEXAS |

## **DEFENDANTS' THIRD-PARTY PETITION**

COME NOW Defendants, Texas Descon, L.P. and Descon 4S, L.L.C. ("Defendants"), in the above-styled and numbered cause, and files this Third-Party Petition in accordance with Texas Rule of Civil Procedure 38 and would respectfully show unto the Court the following:

    1.    Defendants file this Third-Party Petition against the following Third-Party Defendants:

    a.    McAllen Carpet & Interiors, L.P., is a limited partnership which may be served with process through its registered agent, GJ Reyna, at 1200 E. Jasmin Avenue, McAllen, Texas 78501, or anywhere else he may be found.

    b.    Chacho's Recycling is an unincorporated business association located in Hidalgo County, Texas. Defendant Chacho's Recycling is being sued in its common or assumed name pursuant to TEX. R. CIV. P. 28. Defendant Chacho's Recycling can be served with process through its owner/authorized representative, Josh Hammer, at Route 31, Box 133 H-2, Pharr, Texas 78577, or anywhere else he may be found.

Electronically Filed
3/30/2015 10:36:15 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

c.     VCI Builders, Inc. is a Texas corporation which may be served with process through its registered agent, Jose Luis Arredondo, at 217 W. Nolana, Suite 24, McAllen, Texas 78504, or anywhere else he may be found.

2.     Venue is proper in Hidalgo County, Texas pursuant to Sections 15.002 and 15.062 of the Texas Civil Practice and Remedies Code.

3.     Although Defendants are unaware of what damages it will incur, if any. However, for purposes of pleading under Rule 47 of the Texas Rules of Civil Procedure, Defendants seeks monetary relief over $200,000 but not more than $1,000,000. Damages sought are within the jurisdictional limits of the Court.

4.     Plaintiff, Pharr San Juan Alamo Independent School District ("PSJA"), filed suit against Defendants alleging breach of contract, negligence, negligent misrepresentation, and gross negligence against Defendants in connection with Defendants' work on PSJA's Memorial Middle School campus (the "Project"). PSJA alleges that Defendants' caused damage during the demolition phase and improperly installed flooring.

5.     Defendants contracted with McAllen Carpet & Interiors, L.P. to provide flooring of the existing structures at the Project site.

6.     Defendants deny and continue to deny PSJA's allegations related to the flooring. However, in the unlikely event Defendants are found held liable for and of PSJA's alleged damages, Defendants contend that such damages were proximately caused by McAllen Carpet & Interiors, L.P.

7.     Further, Defendants contracted with Chacho's Recycling and VCI Builders, Inc. to provide demolition of the existing structures at the Project site.

Electronically Filed
3/30/2015 10:36:15 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

8.      Defendants deny and continue to deny PSJA's allegations related to the demolition. However, in the unlikely event Defendants are found held liable for and of PSJA's alleged damages, Defendants contend that such damages were proximately caused by

9.      Defendants incorporates by reference each of the factual allegations recited in the preceding paragraphs. There are valid, enforceable contracts between Defendants and the Third Party Defendants. In the unlikely event that Defendants are found to be liable to PSJA, Defendants assert that Third Party Defendants materially breached the contracts with Defendants by their acts and omissions, resulting in damages.

10.      In the unlikely event that Defendants are found to be liable to PSJA, Defendants assert that the Third Party Defendants are liable to it for contribution for any damages owed or paid by Defendants to PSJA. Specifically, Defendants assert that it has not caused damages to PSJA, but if judgment is rendered that any damages were proximately caused by Defendants, then Defendants asserts that such damages were caused by the acts and omissions of the Third Party Defendants. Therefore, Defendants request that any damages awarded against it be reimbursed by the Third Party Defendants in this action in accordance with Chapter 33 of the Texas Civil Practice and Remedies Code.

11.      Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendants request that Third Party Defendants disclose, within 50 days of service of this request, the information and material described in Rule 194.2(a)-(l).

WHEREFORE, PREMISES CONSIDERED, Defendants Texas Descon, L.P. and Descon 4S, L.L.C. request judgment and relief from the Third Party Defendants, McAllen Carpet & Interiors, L.P., Chacho's Recycling and VCI Builders, Inc. for the above causes of action and for such other relief to which Defendants may be justly entitled in law and in equity.

Electronically Filed
3/30/2015 10:36:15 PM
Hidalgo County District Clerks
Reviewed By: Priscilla Rivas

Respectfully submitted,

**THE HUDGINS LAW FIRM
A PROFESSIONAL CORPORATION**

By:    /s/ Spencer Edwards
       Spencer Edwards
       State Bar Number 90001513
       sedwards@hudgins-law.com
       24 Greenway Plaza, Suite 2000
       Houston, Texas 77046
       Telephone (713) 623-2550
       Facsimile  (713) 623-2793

       **ATTORNEY FOR DEFENDANTS TEXAS
       DESCON, LP AND DESCON, 4S, L.L.C.**

## CERTIFICATE OF SERVICE

I certify that the foregoing ***Defendants' Third Party Petition*** was served on the following counsel:

Jesus Ramirez
Attorney at Law
700 Veterans Blvd., Suite B
San Juan, Texas  78589

David P. Benjamin
Benjamin, Vana, Martinez & Biggs, LLP
2161 NW Military Highway, Suite 111
San Antonio, Texas  78213

Sara Whittington May
Allensworth & Porter, LLP
100 N. Congress Avenue, Suite 100
Austin, Texas  78701

via e-filing on the 30th of March, 2015 and via facsimile on the 31st day of March 2015.

       /s/ Spencer Edwards
       Spencer Edwards

4

Electronically Filed
3/10/2015 2:38:17 PM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

CAUSE NO. C-5149-14-H

| | | |
|---|---|---|
| PHARR SAN JUAN ALAMO | § | IN THE DISTRICT COURT OF |
| INDEPENDENT SCHOOL DISTRICT | § | |
| | § | |
| | § | HIDALGO COUNTY, TEXAS |
| VS. | § | |
| | § | |
| TEXAS DESCON, LP, DESCON 4S, LLC | § | |
| AND ERO INTERNATIONAL, LLP D/B/A | § | |
| ERO ARCHITECTS | § | 389TH JUDICIAL DISTRICT |

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

On this date, came on for consideration, Defendants' Motion to Substitute Counsel. After

due consideration, the Court is of the opinion that it should be GRANTED. It is, therefore,

ORDERED that Spencer Edwards of The Hudgins Law Firm, A Professional

Corporation, 24 Greenway Plaza, Suite 2000, Houston, Texas 77046, is hereby designated as

attorney in charge for Defendants Texas Descon, LP and Descon 4S, LLC as set forth in TEX. R.

CIV. P. 8.

SIGNED this _____12_____ day of _____MARCH_____, 2015.

_____
JUDGE PRESIDING

c:   Jesus Ramirez
     Attorney at Law
     700 Veterans Blvd., Suite B
     San Juan, Texas  78589
     ramirezbook@gmail.com

     Sara Whittington May
     Allensworth & Porter, LLP
     100 N. Congress Avenue, Suite 100
     Austin, Texas  78701
     swm@aaplaw.com

     Spencer Edwards
     The Hudgins Law Firm
     24 Greenway Plaza, Suite 2000
     Houston, Texas  77046
     sedwards@hudgins-law.com

     David P. Benjamin
     Benjamin, Vana, Martinez & Briggs, LLP
     2161 NW Military Highway, Suite 111
     San Antonio, Texas  78213
     dbenjamin@benlawsa.com

     Stephanie L. O'Rourke
     Cokinos, Bosien & Young
     10999 West IH-10, Suite 800
     San Antonio, Texas  78230
     sorourke@cbylaw.com

Electronically Filed
3/10/2015 2:38:17 PM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

CAUSE NO. C-5149-14-H

| | | |
|---|---|---|
| PHARR SAN JUAN ALAMO | § | IN THE DISTRICT COURT OF |
| INDEPENDENT SCHOOL DISTRICT | § | |
| | § | |
| | § | HIDALGO COUNTY, TEXAS |
| VS. | § | |
| | § | |
| TEXAS DESCON, LP, DESCON 4S, LLC | § | |
| AND ERO INTERNATIONAL, LLP D/B/A | § | |
| ERO ARCHITECTS | § | 389TH JUDICIAL DISTRICT |

## <u>MOTION TO SUBSTITUTE COUNSEL FOR</u>
## <u>DEFENFDANTS TEXAS DESCON, LP AND DESCON 4S, LLC</u>

COME NOW Defendants Texas Descon, LP and Descon 4S, LLC and move the Court to substitute Spencer Edwards of The Hudgins Law Firm, A Professional Corporation, 24 Greenway Plaza, Suite 2000, Houston, Texas 77046, as their attorney of record in lieu of Stephanie L. O'Rourke, Cokinos, Bosien & Young, 10999 West IH-10, Suite 800, San Antonio, Texas 78230, counsel of record for Defendants Texas Descon, LP and Descon 4S, LLC. This Motion is not sought for delay and no parties will be prejudiced by this substitution.

Respectfully submitted,

**COKINOS, BOSIEN & YOUNG**

By:     /s/ Stephanie L. O'Rourke
        Stephanie L. O'Rourke
        State Bar Number 15310800
        sorourke@cbylaw.com
        10999 West IH-10, Suite 800
        San Antonio, Texas 78230
        Telephone (210) 293-8700
        Facsimile  (210) 293-8733

**WITHDRAWING ATTORNEY FOR
DEFENDANTS TEXAS DESCON, LP AND
DESCON 4S, LLC**

Electronically Filed
3/10/2015 2:38:17 PM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

THE HUDGINS LAW FIRM
A PROFESSIONAL CORPORATION

By:     /s/ Spencer Edwards
Spencer Edwards
State Bar Number 90001513
scdwards@hudgins-law.com
24 Greenway Plaza, Suite 2000
Houston, Texas 77046
Telephone (713) 623-2550
Facsimile  (713) 623-2793

SUBSTITUTING ATTORNEY FOR
DEFENDANTS TEXAS DESCON, LP AND
DESCON 4S, LLC

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel for Plaintiff, Defendant ERO International, LLP d/b/a ERO Architects, Third Party Defendant Frank Lam & Associates, Inc., and Third Party Defendant Frank S. Lam, P.E., and the foregoing parties are unopposed to the relief sought by way of this motion.

/s/ Spencer Edwards
Spencer Edwards

Electronically Filed
3/10/2015 2:38:17 PM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

## CERTIFICATE OF SERVICE

I certify that the foregoing *Motion to Substitute Counsel for Defendants Texas Descon, LP and Descon 4S, LLC* was served on the following counsel:

Jesus Ramirez
Attorney at Law
700 Veterans Blvd., Suite B
San Juan, Texas  78589

David P. Benjamin
Benjamin, Vana, Martinez & Biggs, LLP
2161 NW Military Highway, Suite 111
San Antonio, Texas  78213

Sara Whittington May
Allensworth & Porter, LLP
100 N. Congress Avenue, Suite 100
Austin, Texas  78701

Stephanie L. O'Rourke
Cokinos, Bosien & Young
10999 West IH-10, Suite 800
San Antonio, Texas  78230

via facsimile on the 10th day of March 2015.


/s/ Spencer Edwards
Spencer Edwards

Electronically Filed
2/26/2015 1:30:51 PM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

CAUSE NO.  C-5149-14-H

| | | |
|---|---|---|
| PHARR SAN JUAN ALAMO | § | IN THE DISTRICT COURT |
| INDEPENDENT SCHOOL DISTRICT | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | HIDALGO COUNTY, TEXAS |
| TEXAS DESCON, L.P., DESCON 4S, | § | |
| L.L.C. and ERO INTERNATIONAL, | § | |
| L.L.P. d/b/a ERO ARCHITECTS | § | |
| *Defendants* | § | 389th JUDICIAL DISTRICT |

---

**PLAINTIFF, PHARR SAN JUAN ALAMO INDEPENDENT SCHOOL DISTRICT'S
CERTIFICATE OF WRITTEN DISCOVERY**

---

I certify that on the __26th__ day of February, 2015, I served the following discovery instruments on opposing counsel of record by via certified mail, return receipt requested, pursuant to the Texas Rules of Civil Procedure:

1.  Plaintiff's Responses to Request for Disclosure from Defendant Frank Lam & Associates, Inc.'s Request for Disclosure;

2.  Plaintiff's Second Supplemental Responses to Request for Disclosure from Defendant ERO International, LLP d/b/a ERO Architects;

3.  Plaintiff's Second Supplemental Responses to Request for Disclosure from Defendant Texas Descon, LP; and

4.  Plaintiff's Second Supplemental Responses to Request for Disclosure from Defendant Descon 4S, LLC.

Electronically Filed
2/26/2015 1:30:51 PM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

Respectfully submitted,

**THE J. RAMIREZ LAW FIRM**
Attorneys at Law
Ebony Park, Suite B
700 North Veterans Boulevard
San Juan, Texas  78589
Phone: (956) 502-5424
Fax:    (956) 502-5007

By:_____
     JESUS RAMIREZ
     SBN 16501950
     ROBERT SCHELL
     SBN 24007992

ATTORNEYS FOR DEFENDANT
PHARR SAN JUAN ALAMO
INDEPENDENT SCHOOL DISTRICT

Electronically Filed
2/26/2015 1:30:51 PM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

## CERTIFICATE OF SERVICE

I, JESUS RAMIREZ, certify that on the ___26th___ day of February, 2015, a true and correct copy of the foregoing **PLAINTIFF PHARR SAN JUAN ALAMO INDEPENDENT SCHOOL DISTRICT'S CERTIFICATE OF WRITTEN DISCOVERY** was served via certified U.S. Mail, return receipt requested on the following counsel of record:

*Via Certified Mail,*
*Return Receipt Requested No. 7014 1820 0001 6490 3372*
*and Email: mbc@aaplaw.com*
Matthew B. Cano
ALLENSWORTH AND PORTER, L.L.P.
100 Congress Avenue, Suite 700
Austin, Texas 78701

*Via Certified Mail,*
*Return Receipt Requested No. 7014 1820 0001 6490 3389*
*and Email: sedwards@hudgins-law.com*
Spencer Edwards
THE HUDGINS LAW FIRM
A PROFESSIONAL CORPORATION
24 Greenway Plaza, Suite 2000
Houston, Texas 77046

*Via Certified Mail,*
*Return Receipt Requested No. 7014 1820 0001 6490 3396*
*and Email: sorourke@cbylaw.com*
Stephanie O'Rourke
COKINOS, BOSIEN & YOUNG
10999 IH-10 West, Suite 800
San Antonio, Texas 78230

*Via Certified Mail,*
*Return Receipt Requested No. 7014 1820 0001 6490 3402*
*and Email: dbenjamin@benlawsa.com*
David P. Benjamin
BENJAMIN, VANA, MARTINEZ & BIGGS, LLP
2161 NW Military Highway, Suite 111
San Antonio, Texas 78213

JESUS RAMIREZ

Electronically Filed
2/13/2015 4:07:37 PM
Hidalgo County District Clerks
Reviewed By: Yesica Garza

<div align="center">

**CAUSE NO. C-5149-14-H**

</div>

| | | |
|---|---|---|
| **PHARR SAN JUAN ALAMO** | § | **IN THE DISTRICT COURT** |
| **INDEPENDENT SCHOOL DISTRICT** | § | |
| *Plaintiff* | § | |
| | § | |
| **vs.** | § | **389th JUDICIAL DISTRICT** |
| | § | |
| **TEXAS DESCON, L.P., DESCON 4S,** | § | |
| **L.L.C. AND ERO INTERNATIONAL,** | § | |
| **LLP D/B/A ERO ARCHITECTS** | § | |
| *Defendants* | § | **HIDALGO COUNTY, TEXAS** |

<div align="center">

**<u>ORIGINAL ANSWER OF FRANK LAM & ASSOCIATES, INC.
AND FRANK S. LAM, P.E.</u>**

</div>

Third-Party Defendants Frank Lam & Associates, Inc. and Frank S. Lam, P.E.

(collectively "Lam") file this their original answer to ERO International, L.L.P. d/b/a

ERO Architects' ("ERO") Third-Party Petition and would show this Honorable Court the

following:

<div align="center">

**I. GENERAL DENIAL**

</div>

1.      Third-Party Defendants Frank Lam & Associates, Inc. and Frank S. Lam,

P.E. generally deny the allegations made by Third-Party Plaintiff ERO in its Third-Party

Petition.

<div align="center">

**II. VERIFIED DENIAL**

</div>

2.      Frank S. Lam, P.E., specifically denies that he entered into any contractual

relationship with Third-Party Plaintiff ERO. To the contrary, Third-Party Plaintiff ERO

entered into a contract with Frank Lam & Associates, Inc., to perform design services

with regard to the Project. As such, Frank S. Lam, P.E. denies that he is liable in the

Electronically Filed
2/13/2015 4:07:37 PM
Hidalgo County District Clerks
Reviewed By: Yesica Garza

capacity in which he has been sued, as set forth in his Affidavit, which is attached hereto and incorporated as Exhibit 1.

### III. AFFIRMATIVE DEFENSES

3.    Third-Party Plaintiff ERO's contribution claim is barred by the Economic Loss Rule.

4.    Third-Party Defendants Lam further state that the acts or omissions of parties not under the control of Frank Lam & Associates, Inc. may have caused, or contributed to cause, the damages alleged by Third-Party Plaintiff.  Any submission of this case to the jury should include a submission for comparative fault under Chapters 32 and 33 of the Texas Civil Practice and Remedies Code.

### II. SPECIAL EXCEPTIONS

5.    Lam specially excepts to the use of the term "Engineers" throughout Third-Party Plaintiff's petition.  As an example, Third-Party Plaintiff alleges in Paragraph V, section (a) that "Engineers materially breached the contract with ERO."  The contracts between ERO and Frank Lam & Associates, Inc. do not create any contractual agreement on behalf of Frank S. Lam, P.E., individually.  Third-Party Plaintiff should be required to replead, as the constant use of the term "Engineers" without identifying which one, or both, of the third-party defendants is alleged to have committed an act, is vague and fails to give Lam fair notice of which allegations are alleged to have been committed by each.

WHEREFORE, PREMISES CONSIDERED, Third-Party Defendants Frank Lam & Associates, Inc. and Frank S. Lam, P.E. pray that upon final hearing of this cause that

Electronically Filed
2/13/2015 4:07:37 PM
Hidalgo County District Clerks
Reviewed By: Yesica Garza

Third-Party Plaintiff ERO takes nothing and that it recover its costs, and such other and

further relief to which it may be entitled.

Respectfully submitted,

**ALLENSWORTH AND PORTER, L.L.P.**
100 Congress Avenue, Suite 700
Austin, Texas  78701
(512) 708-1250  Telephone
(512) 708-0519  Facsimile

By: _____
      Matthew B. Cano
      State Bar No. 03757050
      mbc@aaplaw.com
      S.W. "Whitney" May
      State Bar No. 24074668
      swm@aaplaw.com

**ATTORNEYS FOR THIRD-PARTY**
**DEFENDANTS FRANK S. LAM, P.E. AND**
**FRANK LAM & ASSOCIATES, INC.**

Electronically Filed
2/13/2015 4:07:37 PM
Hidalgo County District Clerks
Reviewed By: Yesica Garza

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via e-mail on the 13th day of February 2015, to the following:

Jesus Ramirez
Robert Schell
The J. Ramirez Law Firm
Attorneys at Law
Ebony Park, Suite B
700 North Veterans Boulevard
San Juan, Texas 78589
ramirezbook@gmail.com
robert_schell@hotmail.com

Brian D. Metcalf
Stephanie O'Rourke
Cokinos, Bosien & Young
10999 IH 10 West, Suite 800
San Antonio, Texas 78230
bmetcalf@cbylaw.com
sorourke@cbylaw.com

David P. Benjamin
Christopher D. McMillan
2161 NW Military Highway, Suite 111
San Antonio, Texas 78213
dbenjamin@benlawsa.com
cmcmillan@benlawsa.com

S.W. "Whitney" May

Electronically Filed
2/13/2015 4:07:37 PM
Hidalgo County District Clerks
Reviewed By: Yesica Garza

CAUSE NO. C-5149-14-H

| | | |
|---|---|---|
| PHARR SAN JUAN ALAMO | § | IN THE DISTRICT COURT |
| INDEPENDENT SCHOOL DISTRICT | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | 389th JUDICIAL DISTRICT |
| | § | |
| TEXAS DESCON, L.P., DESCON 4S, | § | |
| L.L.C. AND ERO INTERNATIONAL, | § | |
| LLP D/B/A ERO ARCHITECTS | § | |
| *Defendants* | § | HIDALGO COUNTY, TEXAS |

<u>**AFFIDAVIT OF FRANK S. LAM, P.E.**</u>

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF TRAVIS** | § |

Before me, the undersigned notary, on this day personally appeared Frank Lam, a person whose identity is known to me. After I administered an oath to him and upon his oath he said:

1. "My name is Frank S. Lam, P.E. I am the President and Director of Frank Lam & Associates, Inc. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. "ERO International, LLP d/b/a ERO Architects has improperly sued me in my individual capacity. I am not liable in the capacity in which I have been sued. All of the design services provided to ERO International, LLP d/b/a ERO Architects were performed by Frank Lam & Associates, Inc. under the contracts between Frank Lam & Associates, Inc. and ERO International, LLP

Affidavit of Frank S. Lam, P.E.                                                                    Page 1

Electronically Filed
2/13/2015 4:07:37 PM
Hidalgo County District Clerks
Reviewed By: Yesica Garza

d/b/a ERO Architects.  ERO International, LLP d/b/a ERO Architects issued all of its payments for services performed under the contracts to Frank Lam & Associates, Inc.  Additionally, all of my interactions and communications with ERO International, LLP d/b/a ERO Architects were in my capacity as a President and Director of Frank Lam & Associates, Inc., and not in my individual capacity."

FURTHER AFFIANT SAYETH NOT.

FRANK LAM & ASSOCIATES, INC.



By: _____

Frank S. Lam, P.E., President and Director

SUBSCRIBED AND SWORN TO BEFORE ME by Frank S. Lam on the 12th day of February 2015, to certify which witness my hand and official seal.

_____

Notary Public, State of Texas

My Commission Expires:

MILLIE SIU YU CHU
My Commission Expires
March 9, 2015

Affidavit of Frank S. Lam, P.E.

Page 2

Electronically Filed
2/5/2015 11:48:58 AM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

CAUSE NO. C-5149-14-H

| | | |
|---|---|---|
| PHARR SAN JUAN ALAMO | § | IN THE DISTRICT COURT |
| INDEPENDENT SCHOOL DISTRICT | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | HIDALGO COUNTY, TEXAS |
| TEXAS DESCON, L.P., DESCON 4S, | § | |
| L.L.C. and ERO INTERNATIONAL, | § | |
| L.L.P. d/b/a ERO ARCHITECTS | § | |
| *Defendants* | § | 389TH JUDICIAL DISTRICT |

## AGREED DOCKET CONTROL AND SCHEDULING ORDER

**BE IT REMEMBERED** that on the 23rd day of September, 2014, a Docket Control Conference was held in the above entitled and numbered cause. Appearances were made by counsel of record and/or their designated representatives.

The following was ordered by the Court as per agreement of the parties' Attorneys of Record:

A. The case is set for jury selection and trial on **October 19, 2015 at 9:00 a.m.**

B. The case is set for Announcements and Final Pre-Trial on **October 15, 2015 at 9: 00 a.m.**

C. The deadline to file Motions in Limine is **October 15, 2015 at 8:30 a.m.**

D. The deadline to file any Daubert/Robinson motion, challenge or objection is **October 15, 2015 at 8:30 a.m.**

E. The deadline to amend pleadings without leave of the court is **October 12, 2015.**

F. A Joint Final Pretrial Order approved as to form by all parties must be filed by **October 1, 2015.**

G. Mediation shall be conducted no later than **September 18, 2015.**

H. The deadline for completion of all discovery, including supplementation, is **September 18, 2015.**

1

Electronically Filed
2/5/2015 11:48:58 AM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

I.    Deadline for designation of experts and Rule 192.4(f) information for parties seeking affirmative relief other than contribution claims or third party claims is June 19, 2015.

J.    Deadline for designation of experts and Rule 192.4(f) information for all other parties is July 17, 2015.

K.    The deadline for joinder of additional parties without leave of the court is March 13, 2015. All other deadlines are pursuant to the Texas Rules of Civil Procedure.

L.    The parties may amend deadlines by agreement, except trial date, which may only be passed by a joint continuance motion of all parties and approved by Order of the Court. At the commencement of trial, the parties must submit to the court coordinator their respective proposed charge of the court on computer disc formatted in WordPerfect or Microsoft Word. Each side shall serve their requested special issues and live pleadings at the time of Final Pretrial or immediately prior to commencement of trial.

Signed this _____5_____ day of ___February___, 2015.

_____
Presiding Judge

2

Electronically Filed
2/5/2015 11:48:58 AM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

Approved:

_____

Jesus Ramirez
**THE J. RAMIREZ LAW FIRM**
Attorneys at Law
Ebony Park, Suite B
700 North Veterans Boulevard
San Juan, Texas 78589
Counsel for Plaintiff Pharr San Juan Alamo I.S.D.

_____

David P. Benjamin
**BENJAMIN, VANA, MARTINEZ & BIGGS, LLP**
2161 NW Military Highway, Suite 111
San Antonio, Texas 78213
Counsel for ERO International, LLP d/b/a ERO Architects

_____

Stephanie O'Rourke
**COKINOS, BOSIEN & YOUNG**
10999 IH-10 West, Suite 800
San Antonio, Texas 78230
Counsel for Texas Descon, L.P. and Descon 4S, L.L.C.

The clerk will notify all parties of record.

cc:  David P. Benjamin, BENJAMIN, VANA, MARTINEZ & BIGGS, LLP, 2161 NW Military Highway, Suite 111,
San Antonio, Texas 78213, Email: dbenjamin@benlawsa.com

Stephanie O'Rourke, COKINOS, BOSIEN & YOUNG, 10999 IH-10 West, San Antonio, Texas 78230,
Email: sorourke@cbylaw.com

Jesus Ramirez, THE J. RAMIREZ LAW FIRM, Ebony Park, Suite B, 700 North Veterans Boulevard, San Juan, Texas 78589,
Email: ramirezbook@gmail.com

3

Electronically Filed
2/3/2015 11:46:44 AM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

**C-5149-14-H**

**389TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

**CITATION**

**STATE OF TEXAS**

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

**FRANK LAM & ASSOCIATES, INC**
**BY SERVING REGISTERED AGENT:  FRANK LAM**
**508 W. 16TH ST**
**AUSTIN TX  78701**
**OR WHEREVER ELSE HE MAY BE FOUND**

You are hereby commanded to appear by filing a written answer to the **ERO INTERNATIONAL, LLP D/B/A/ ERO ARCHITECTS' THIRD-PARTY PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Letty Lopez, 389th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on the on this the 14th day of May, 2014 and a copy of same accompanies this citation. The file number and style of said suit being C-5149-14-H, **PHARR SAN JUAN ALAMO INDEPENDENT SCHOOL DISTRICT VS. TEXAS DESCON, L.P., DESCON 4S, L.L.C., ERO INTERNATIONAL, L.L.P. D/B/A ERO ARCHITECTS**

Said Petition was filed in said court by:  DAVID BENJAMIN
2161 NW Military Highway, Suite 111 SAN ANTONIO TEXAS 78213

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 22nd day of January, 2015.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

**YESICA GARZA, DEPUTY CLERK**

Electronically Filed
2/3/2015 11:46:44 AM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

C-5149-14-H
## OFFICER'S RETURN

Came to hand on _____ of _____, 201____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
        miles ...................$_____

_____
**DEPUTY**
## COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 201___.

AFFIDAVIT
ATTACHED

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**

Electronically Filed
2/3/2015 11:46:44 AM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

CAUSE NO. C-5149-14-H

STYLE: Pharr San Juan Alamo Independent School District  V.  Texas Descon, L.P.,
Descon 4S, L.L.C., Ero International, L.L.P. D/B/A Ero Architects

COURT: 389th District Court of Hidalgo County, Texas

**AFFIDAVIT**

Came to my hand: 1 / 23 / 2015 at 12:00 o'clock P.M.

**X  Citation and Ero International, LLP d/b/a Ero Architects' Third-Party Petition**

Executed by me on: 1 / 26 / 2015 at 1:50 o'clock P.M.

Executed at 508 West 16th Street, Austin, Texas 78701, within the county of Travis, by
delivering to Frank Lam & Associates, Inc., by serving registered agent Frank Lam in
person, a true copy of the above specified civil process having first endorsed on such
copy the date of delivery.

I am over the age of 18; and I am not a party to nor interested in the outcome of the above
styled and numbered suit.

Authorized Person: _____

Printed Name: Chris Dathe
SCH#: 6008   Expiration: 11-30-2015
Magee Litigation Support
20770 US 281 North, #108-177
San Antonio, TX 78258
(830) 980-2500

State of Texas }

**VERIFICATION**

Before me, a notary public, on this day personally appeared the above name person, known to me to be the
person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared
that the statements/ facts therein contained are within his/her personal knowledge to be true and correct.
Given under my hand and seal of office on this the 27th day of January, 2015.



ANTHONY FOULOIS
My Commission Expires
October 15, 2017

_____
Notary Public Signature

Electronically Filed
2/3/2015 11:44:20 AM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

C-5149-14-H

## 389TH DISTRICT COURT, HIDALGO COUNTY, TEXAS

### CITATION

### STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

**FRANK S. LAM, P.E**
**508 W. 16TH ST**
**AUSTIN TX 78701**
**OR WHEREVER ELSE HE MAY BE FOUND**

You are hereby commanded to appear by filing a written answer to the **ERO INTERNATIONAL, LLP D/B/A/ ERO ARCHITECTS' THIRD-PARTY PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Letty Lopez, 389th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on the on this the 14th day of May, 2014 and a copy of same accompanies this citation. The file number and style of said suit being C-5149-14-H, **PHARR SAN JUAN ALAMO INDEPENDENT SCHOOL DISTRICT VS. TEXAS DESCON, L.P., DESCON 4S, L.L.C., ERO INTERNATIONAL, L.L.P. D/B/A ERO ARCHITECTS**

Said Petition was filed in said court by: DAVID BENJAMIN
2161 NW Military Highway, Suite 111 SAN ANTONIO TEXAS 78213

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 22nd day of January, 2015.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

**YESICA GARZA, DEPUTY CLERK**

Electronically Filed
2/3/2015 11:44:20 AM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

## C-5149-14-H
## OFFICER'S RETURN

Came to hand on _____ of _____, 201____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|---|---|---|---|
|  |  |  |  |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
        miles ....................$_____

_____
**DEPUTY**
### COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,
### CONSTABLE OR CLERK OF THE COURT
In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 201___.

_____
**Declarant"**

AFFIDAVIT
ATTACHED

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**

Electronically Filed
2/3/2015 11:44:20 AM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

CAUSE NO.  C-5149-14-H

STYLE:  Pharr San Juan Alamo Independent School District  V.  Texas Descon, L.P.,
Descon 4S, L.L.C., Ero International, L.L.P. D/B/A Ero Architects

COURT: 389th District Court of Hidalgo County, Texas

## AFFIDAVIT

Came to my hand: 1 / 23 / 2015 at 12:00 o'clock P.M.

**X  Citation and Ero International, LLP d/b/a Ero Architects' Third-Party Petition**

Executed by me on: 1 / 26 / 2015 at 1:50 o'clock P.M.

Executed at 508 West 16th Street, Austin, Texas 78701, within the county of Travis, by
delivering to Frank Lam in person, a true copy of the above specified civil process having
first endorsed on such copy the date of delivery.

I am over the age of 18; and I am not a party to nor interested in the outcome of the above
styled and numbered suit.

Authorized Person: _____

Printed Name: _Chris Dathe_____

SCH#: _6008_  Expiration: _11-30-2015_

Magee Litigation Support
20770 US 281 North, #108-177
San Antonio, TX 78258
(830) 980-2500

State of Texas }

## VERIFICATION

Before me, a notary public, on this day personally appeared the above name person, known to me to be the
person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared
that the statements/ facts therein contained are within his/her personal knowledge to be true and correct.
Given under my hand and seal of office on this the 27th day of January, 2015.

ANTHONY FOULOIS
My Commission Expires
October 15, 2017

_____
Notary Public Signature

Electronically Filed
1/14/2015 3:34:59 PM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

CAUSE NO. C-5149-14-H

| | | |
|---|---|---|
| PHARR SAN JUAN ALAMO | § | IN THE DISTRICT COURT |
| INDEPENDENT SCHOOL DISTRICT | § | |
|     *Plaintiff* | § | |
| | § | |
| VS. | § | 389TH JUDICIAL DISTRICT |
| | § | |
| TEXAS DESCON, L.P., DESCON 4S, | § | |
| L.L.C. and ERO INTERNATIONAL, L.L.P. | § | |
| D/BA ERO ARCHITECTS | § | |
|     *Plaintiff* | § | HIDALGO COUNTY, TEXAS |

## ERO INTERNATIONAL, LLP D/B/A/ ERO ARCHITECTS' THIRD-PARTY PETITION

## TO THE HONORABLE COURT:

**NOW COMES** Defendant, ERO International, L.L.P. d/b/a ERO Architects ("ERO"), Defendant in the above-styled and numbered cause, and files this Third-Party Petition in accordance with Texas Rule of Civil Procedure 38 and would respectfully show unto the Court the following:

### I.

1.    ERO files this Third-Party Petition against the following Third-Party Defendants:

    a.    Frank Lam & Associates, Inc., a Texas for-profit corporation, which may be served with process through its registered agent, Frank Lam, 508 W. 16th St., Austin, Texas 78701 or wherever else he may be found; and

    b.    Frank S. Lam, P.E., a licensed professional engineer in the State of Texas who may be served at 508 W. 16th St., Austin, Texas 78701 or wherever else he may be found.

### II.

2.    Venue is proper in Hidalgo County, Texas pursuant to Sections 15.002 and 15.062 of the Texas Civil Practice and Remedies Code.

Electronically Filed
1/14/2015 3:34:59 PM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

## III.

3.      Although ERO is unaware of what damages it will incur, if any.  However, for purposes of pleading under Rule 47 of the Texas Rules of Civil Procedure, ERO seeks monetary relief over $200,000 but not more than $1,000,000.  Damages sought are within the jurisdictional limits of the Court.

## IV.

4.      Plaintiff, Pharr San Juan Alamo Independent School District ("PSJA"), filed suit against ERO alleging breach of contract, negligence, negligent misrepresentation, and gross negligence against ERO in connection with ERO's work on PSJA's Memorial Middle School campus (the "Project").  PSJA alleges that ERO's acts and/or omissions resulted in the "toppling of large portions of the west wall and second story floor of the mail classroom building, the moisture infiltration to the basement floor and the additional cost of completion of the textbook storage facility and band hall."

5.      Specifically, PSJA alleges ERO failed to undertake a more thorough investigation of the structural integrity and conditions of the facilities; failed to advise PSJA during the design phases of the Project of ERO's alleged lack of sufficient information to design and specify the Project; failed to adequately inspect and test the structures; failed to require and review a submittal for proper demolition means and methods; and failed to design improvements/additions to the existing structures which would have been appropriate and feasible.

6.      ERO contracted with Frank Lam & Associates, Inc. and Frank S. Lam, P.E. (hereinafter referred to together as the "Engineers") to provide a structural engineering report including an evaluation of the existing structures at the Project site, determine issues related to the renovations

Electronically Filed
1/14/2015 3:34:59 PM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

of the existing buildings, and provide recommendations for the structural systems for the Project's renovations, additions and new construction.

7.      ERO denies and continues to deny PSJA's allegations.  However, in the unlikely event ERO is found held liable for and of PSJA's alleged damages, ERO contends that such damages were proximately caused by the Engineers.

## V.

a.      **Breach of Contract**.  ERO incorporates by reference each of the factual allegations recited in the preceding paragraphs.  There is a valid, enforceable contract between ERO and the Engineers.  In the unlikely event that ERO is found to be liable to PSJA, ERO asserts the Engineers materially breached the contract with ERO by its acts and omissions, resulting in damages.

b.      **Contribution**.  In the unlikely event that ERO is found to be liable to PSJA, ERO asserts that the Engineers are liable to it for contribution for any damages owed or paid by ERO to PSJA.  Specifically, ERO asserts that it has not caused damages to PSJA, but if judgment is rendered that any damages were proximately caused by ERO, then ERO asserts that such damages were caused by the acts and omissions of the Engineers.  Therefore, ERO requests that any damages awarded against it be reimbursed by the Engineers in this action in accordance with Chapter 33 of the Texas Civil Practice and Remedies Code.

## VI.

6.      Pursuant to Rule 194 of the Texas Rules of Civil Procedure, ERO requests that the Engineers disclose, within 50 days of service of this request, the information and material described in Rule 194.2(a)-(l).

Electronically Filed
1/14/2015 3:34:59 PM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

**WHEREFORE, PREMISES CONSIDERED,** ERO requests judgment and relief from the Engineers for the above causes of action and for such other relief to which ERO may be justly entitled in law and in equity.

Respectfully submitted,

**BENJAMIN, VANA, MARTINEZ & BIGGS, LLP**

By: /s/ Christopher McMillan
     **David P. Benjamin**
     State Bar No. 02134375
     **Christopher D. McMillan**
     State Bar No. 24085467

2161 NW Military Highway, Suite 111
San Antonio, TX  78213
Telephone:  (210) 881-0667
Facsimile:  (210) 881-0668
E-Mail: dbenjamin@benlawsa.com
E-Mail: cmcmillan@benlawsa.com
**COUNSEL FOR DEFENDANT,**
**ERO INTERNATIONAL, L.L.P.**
**D/B/A ERO ARCHITECTS**

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that a true, full and correct copy of the above and foregoing has, this 14th day of January 2015, been delivered per the Texas Rules of Civil Procedure to:

Jesus Ramirez
Robert Schell
The J. Ramirez Law Firm
Attorneys at Law
Ebony Park, Suite B
700 North Veterans Boulevard
San Juan, Texas 78589

Brian D. Metcalf
Cokinos, Bosien & Young
1099 IH 10 West, Suite 800
San Antonio, Texas 78230

/s/ Christopher McMillan
David P. Benjamin/Christopher D. McMillan

441-050
Page 4

Electronically Filed
11/17/2014 12:03:41 PM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

CAUSE NO.  C-5149-14-H

| | | |
|---|---|---|
| PHARR SAN JUAN ALAMO | § | IN THE DISTRICT COURT |
| INDEPENDENT SCHOOL DISTRICT | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | HIDALGO COUNTY, TEXAS |
| TEXAS DESCON, L.P., DESCON 4S, | § | |
| L.L.C. and ERO INTERNATIONAL, | § | |
| L.L.P. d/b/a ERO ARCHITECTS | § | |
| *Defendants* | § | 389th JUDICIAL DISTRICT |

## PLAINTIFF PHARR SAN JUAN ALAMO INDEPENDENT SCHOOL DISTRICT'S CERTIFICATE OF WRITTEN DISCOVERY

I certify that on the __17th__ day of November, 2014, I served the following discovery instruments on opposing counsel of record by via certified mail, return receipt requested, pursuant to the Texas Rules of Civil Procedure:

1. **PLAINTIFF'S FIRST SUPPLEMENTAL RESPONSES TO REQUEST FOR DISCLOSURE FROM DEFENDANT TEXAS DESCON, L.P.;**

2. **PLAINTIFF'S FIRST SUPPLEMENTAL RESPONSES TO REQUEST FOR DISCLOSURE FROM DEFENDANT DESCON 4S, LLC;**

3. **PLAINTIFF'S FIRST SUPPLEMENTAL RESPONSES TO REQUEST FOR DISCLOSURE FROM DEFENDANT ERO INTERNATIONAL, LLP, d/b/a ERO ARCHITECTS; and**

4. **PLAINTIFF'S FIRST SUPPLEMENTAL RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION TO PLAINTIFF.**

Electronically Filed
11/17/2014 12:03:41 PM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

Respectfully submitted,

**THE J. RAMIREZ LAW FIRM**
Attorneys at Law
Ebony Park, Suite B
700 North Veterans Boulevard
San Juan, Texas  78589
Phone: (956) 502-5424
Fax:    (956) 502-5007

By: _____
    JESUS RAMIREZ
    SBN 16501950
    ROBERT SCHELL
    SBN 24007992

ATTORNEYS FOR PLAINTIFF
PHARR SAN JUAN ALAMO
INDEPENDENT SCHOOL DISTRICT

Electronically Filed
11/17/2014 12:03:41 PM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

## CERTIFICATE OF SERVICE

I, JESUS RAMIREZ, certify that on the ___17th___ day of November, 2014, a true and correct copy of the foregoing **PLAINTIFF PHARR SAN JUAN ALAMO INDEPENDENT SCHOOL DISTRICT'S WRITTEN CERTIFICATE OF DISCOVERY** was served via certified U.S. Mail, return receipt requested and via Email on the following counsel of record:

**Via Certified Mail,**
**Return Receipt Requested No. 7014 1820 0001 6490 3013**
**and Email: sorourke@cbylaw.com**
Stephanie O'Rourke
COKINOS, BOSIEN & YOUNG
10999 IH-10 West, Suite 800
San Antonio, Texas 78230

*Via Certified Mail,*
*Return Receipt Requested No. 7014 1820 0001 6490 3020*
*and Email: dbenjamin@benlawsa.com*
David P. Benjamin
BENJAMIN, VANA, MARTINEZ & BIGGS, LLP
2161 NW Military Highway, Suite 111
San Antonio, Texas 78213

_____
JESUS RAMIREZ

Electronically Filed
10/20/2014 2:34:07 PM
Hidalgo County District Clerks
Reviewed By: Yesica Garza

CAUSE NO. C-5149-14-H

| | | |
|---|---|---|
| PHARR SAN JUAN ALAMO | § | IN THE DISTRICT COURT |
| INDEPENDENT SCHOOL DISTRICT | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | HIDALGO COUNTY, TEXAS |
| TEXAS DESCON, L.P., DESCON 4S, | § | |
| L.L.C. and ERO INTERNATIONAL, | § | |
| L.L.P. d/b/a ERO ARCHITECTS | § | |
| *Defendants* | § | 389th JUDICIAL DISTRICT |

## PLAINTIFF PHARR SAN JUAN ALAMO INDEPENDENT SCHOOL DISTRICT'S CERTIFICATE OF WRITTEN DISCOVERY

I certify that on the 20th day of October, 2014, I served the following discovery instruments on opposing counsel of record by via certified mail, return receipt requested, pursuant to the Texas Rules of Civil Procedure:

**PLAINTIFF PHARR SAN JUAN ALAMO INDEPENDENT SCHOOL DISTRICT'S COMBINED FIRST SET OF INTERROGATORIES, FIRST REQUEST FOR PRODUCTION AND FIRST REQUESTS FOR ADMISSION TO DEFENDANT ERO INTERNATIONAL, L.L.P. D/B/A ERO ARCHITECTS**

Respectfully submitted,

**THE J. RAMIREZ LAW FIRM**
Attorneys at Law
Ebony Park, Suite B
700 North Veterans Boulevard
San Juan, Texas 78589
Phone: (956) 502-5424
Fax:   (956) 502-5007

By: _____
JESUS RAMIREZ
SBN 16501950
ROBERT SCHELL
SBN 24007992

ATTORNEYS FOR PLAINTIFF
PHARR SAN JUAN ALAMO
INDEPENDENT SCHOOL DISTRICT

Electronically Filed
10/20/2014 2:34:07 PM
Hidalgo County District Clerks
Reviewed By: Yesica Garza

## CERTIFICATE OF SERVICE

I, ROBERT SCHELL, certify that on the 20th day of October, 2014, a true and correct copy of the foregoing Plaintiff Pharr San Juan Alamo Independent School District's Written Certificate of Discovery was served via certified U.S. Mail, return receipt requested and via Email on the following counsel of record:

*Via Certified Mail,*
*Return Receipt Requested No. 7014 1820 0001 6490 2603*
*and Email: dbenjamin@benlawsa.com*
David P. Benjamin
BENJAMIN, VANA, MARTINEZ & BIGGS, LLP
2161 NW Military Highway, Suite 111
San Antonio, Texas 78213

*Via Certified Mail,*
*Return Receipt Requested No. 7014 1820 0001 6490 2610*
*and Email: sorourke@cbylaw.com*
Stephanie O'Rourke
COKINOS, BOSIEN & YOUNG
10999 IH-10 West, Suite 800
San Antonio, Texas 78230

ROBERT SCHELL

Electronically Filed
9/23/2014 4:40:50 PM
Hidalgo County District Clerks
Reviewed By: Claudia Rodriguez

CAUSE NO. **C-5149-14-H**

| | | |
|---|---|---|
| PHARR - SAN JUAN - ALAMO | § | IN THE DISTRICT COURT |
| INDEPENDENT SCHOOL DISTRICT | § | |
| | § | |
| VS. | § | 389TH JUDICIAL DISTRICT COURT |
| | § | |
| TEXAS DESCON, L.P., DESCON 4S, L.L.C. | § | HIDALGO COUNTY, TEXAS |
| AND ERO INTERNATIONAL, L.L.P. | | |
| DBA ERO ARCHITECTS | | |

### DOCKET CONTROL ORDER

BE IT REMEMBERED that on this <u>**23rd**</u> day of <u>**September**</u>, <u>**2014**</u> a Docket Control Conference was held in the above entitled and numbered cause.  Appearances were made by <u>Atty Jesus Ramirez; Atty Stephanie O'Rourke</u> and <u>Atty David P. Benjamin</u>.

The following was ordered by the Court:

A.   Final Pre-Trial Conference is set for the <u>**15th**</u> day of <u>**October, 2015,**</u> at <u>**9:00**</u> **a.m.**

*ALL MOTIONS IN LIMINE SHALL BE FILED AND HEARD AT FINAL PRE-TRIAL*
*EACH SIDE SHALL SUBMIT THEIR REQUESTED SPECIAL ISSUES AS WELL AS A COPY OF THEIR LIVE PLEADINGS ON FINAL PRE-TRIAL DATE OR IMMEDIATELY PRIOR TO TRIAL*

B.   The deadline for completion of all discovery including supplementation are pursuant to the Texas Rules Of Civil Procedure.

C.   The deadline for supplemental and amended pleading are pursuant to the Texas Rules Of Civil Procedure.

D.   The deadline for joinder of additional parties are pursuant to the Texas Rules Of Civil Procedure.

E.   Mediation is hereby ordered to be conducted no later than thirty days before trial date. **This is Mandatory.**

F.   Joint Pre-Trial Order approved as to form by all attorneys shall be filed 14 days before the final pretrial conference scheduled by the court.  The Joint Pretrial Order shall contain the information set out in Appendix A. **See Attached Order.**

G.   The case is set for Trial on the <u>**19th**</u> day of <u>**October, 2015**</u> at <u>**9:00**</u> **a.m.**

H.   The case is estimated to last <u>**One (1)**</u> week.