C-5149-14-H

**Photograph 19**
Concrete header supported by load-bearing masonry at north window in west wall at second floor of main building.



C-5149-14-H



C-5149-14-H





### BRUCE L. MORRIS, M.C.E., P.E.
### PRINCIPAL CONSULTANT

Mr. Morris is a 1969 graduate of Rice University with twenty-five years experience in research and development of response of structures and equipment to dynamic, blast-induced loadings. Analysis of existing structures to dynamic loadings and design of structures to resist explosive loadings. Design and analysis of structures to resist ballistic penetration.

Mr. Morris' areas of expertise include: evaluation of the response of various structural types - reinforced concrete, steel frame, reinforced and non-reinforced masonry, and wood-frame to dynamic, blast-induced loadings; design of reinforced concrete structures to resist the effects of accidental explosions; design, conduct, and evaluation of tests to simulate explosive and other dynamic events; and evaluation of the ability of materials to resist ballistic penetration. He has written computer codes to simulate the response of vehicles and vehicle components to explosive loadings from landmine detonations and has verified the accuracy of those simulations through comparison to experimental data. He has evaluated the effects of process plant explosions on surrounding structures and has served as a principle author for the revision of the U.S. Army Engineering Design Handbook *Armor and Its Applications*.

Since joining Rimkus Consulting Group, Inc., Mr. Morris has been involved in the evaluation of damage to residential and commercial structures and their foundations, evaluation of the effects of internal explosions in residential and commercial structures, and in the evaluation of damage produced by vibrations from construction-related equipment and from external explosions. Mr. Morris has also evaluated the effects of sonic booms on structures and has evaluated weather effects on roofs of commercial structures. Mr. Morris has also provided expert testimony in his areas of expertise.

## EDUCATION AND PROFESSIONAL ASSOCIATIONS

M.C.E. - Master of Civil Engineering - Rice University
B.A. - Civil Engineering - Rice University
P.E. - Registered Professional Engineer – Texas and Florida

## EMPLOYMENT HISTORY

| | |
|---|---|
| 1994 - Present | Rimkus Consulting Group, Inc. |
| 1980 - 1994 | Southwest Research Institute |
| 1975 - 1980 | Defense Intelligence Agency; Arlington, Virginia |
| 1969 - 1975 | U.S. Army Mobility Equipment Research and Development Center; Fort Belvoir, Virginia |



**C-5149-14-H**
**Frank Lam & Associates, Inc.**
**Consulting Engineers**

Registration No: F-2545

**Report**

Date:   October 18, 2010

To:     Mr. Eli Ochoa, P. E.
        ERO Architects

Re:     Structural Investigation of
        Partial Collapse of the Main Building
        PJSA ISD T-Stem Early College High School
        714 E. U.S. Highway 83, Pharr, Texas
        FLA 2010.47

**Introduction:**
At your request, we performed two field trips to the above referenced project. The first one was performed on 9-22-2010 and the second one was performed on 10-8-2010. The purpose of the field trips was to observe the condition of the partially collapsed building and to gather data for an engineering report. The second field trip also involved a meeting with the representatives from the School, ERO Architects, and the Contractor. At the meeting, Frank Lam & Associates was requested by the School to prepare an engineering report to document the findings of the observation and investigation.

**Documents reviewed:**
Demolition Drawings and Notes prepared by ERO Architects dated 2-24-10.

**Descriptions of original structures:**
The school buildings are consisted of the Main Building in the middle, the East and West Wings, and the East and West Links which are connected to the Main Building and the two Wings. The Main Building has a basement, first floor near ground level, and second floor and is constructed of reinforced concrete slab and beams and columns and exterior load bearing masonry walls. The two wings and the links have a first floor at ground level and a second floor and are constructed of reinforced concrete slab and beams and columns. See plans on attached drawings SD1 to SD3. The area that the collapse occurred is at the west side of the Main Building. The concrete slab and beams at the second floor and the roof are partially supported by masonry columns at the building corners and at the entrance corridor and partially supported by exterior load bearing masonry wall which is constructed of brick veneer and clay tiles. There are two large openings in the masonry wall and the concrete beams would act as headers across the openings. The opening at the south side was later filled with unreinforced concrete masonry units. The later addition of the Wings and the Links attached to the Main Building without an expansion joint. The Links are supported by cast in place concrete

*608 W.16th St, Austin, TX 78701      phone:(512)476-2717      fax:(512)476-2714   franklam@franklaminc.com*

C-5149-14-H

columns and beams poured against and plastered around the existing masonry columns. The masonry columns are part of the load bearing walls supporting the floor and roof of the Main Building. See wall section on attached drawing SD4.

Portion of the proposed demolition involves the removal of the Link structure between the Wings and the Main Building. These include the concrete slab of the second floor and the roof, concrete columns against the Wing and the Main Building, and the two levels of tie beams between the columns. The limit of demolition stops at the face of the exterior walls of the Main Building and the Wings.

**Site Observation:**

West Side of Main Building:

The West Link structure was almost completely demolished except the concrete columns and tie beams attached to the Main Building. See Photos 18, 19, and 20. In general, the masonry walls of the Main Building appear to be in satisfactory condition except at the two hollow masonry columns located at the stair. The masonry columns are sitting on top of concrete columns which are terminated near the floor level. Structural cracks are observed above the concrete columns. See Photos 21 and 22. These cracks and the hollow masonry columns must be addressed prior to future work on the building.

East side of Main Building:

The East Link structure was completely demolished with the exception of some rebar spanning between the buildings. During the demolition of the link, an approximately 12 ft by 60 ft long section of the west side of Main Building was also damaged and collapsed. See plans on drawings SD2 and SD3 and Photos 1 to 17. The collapsed members include the concrete beams and slab at the second floor and roof, load bearing clay tile and brick veneer walls, exterior masonry columns, and concrete masonry unit infill at the wall opening. Part of the second floor and roof slab is still hanging by the rebar and the two wing walls at the north and south of the building are still remaining but have suffered severe damages and separation. The floor and roof beams had rotated and pulled out from the masonry walls, leaving a pocket in the walls. See Photos 2, 11, and 17. It appears that the collapse stops at the first interior beam along Grid 15. See plans on drawing SD2 and SD3.

**Probable cause of collapse and sequence of events:**

It is evident that the collapse of the second floor and roof slab and beams are result of structural failure of the columns and load bearing walls. The initial cause of failure of the vertical members is not as apparent and could be a combination of several factors. The sequence of events starts with the north concrete column supporting the East Link structure being forced to displace outward during the process of demolition. The lack of expansion joint between this concrete column and the masonry column supporting the Main Building allowed the two columns to bond together. The outward movement of the concrete column creates a lateral force on the masonry column. The hollow and unreinforced masonry column is subjected to axial and lateral force and does not take long to buckle and collapse. With the collapse of the first masonry column, the adjacent clay tile and brick wall panel starts to fail and move outward because there is no connection between the wall and the slab. As a result of the failure of the columns and

508 W. 16th St, Austin, TX 78701     phone:(512)476-2717     fax:(512)476-2714     franklam@franklaminc.com

C-5149-14-H

wall, the slab and concrete beams above are loosing support and start to deflect and rotate. At the same time, the weight of the slab and wall above starts to shift to the other masonry column and overloads the column and wall panel. When the beams loose the center supports, the slab starts to deflect downward under its own weight and suffers both shear and flexural failures. When the second floor beam and slab fails the load bearing wall supporting the roof structure starts to fall, causing failure in the roof slab similar to the floor slab. The structure finally reaches equilibrium when the slab collapsed and detached from the end walls and the beam pulls out from the masonry pockets.

The origin of the force that starts the failure of the north masonry column is related to the demolition means and methods. It could be excessive force from the high impact chipping hammer working on the concrete frame. As mentioned previously, the collapse of the structure is probably due to a combination of several factors: Contractor's means and methods during the demolition and lack of protection of the existing structure, issues related to the original design and construction, and pre-existing conditions. The building was designed primarily as concrete frame structure except clay tile wall was designed as load bearing wall to support the concrete slab and beams at the exterior of the building. Individual columns supporting the exterior concrete beams are made of clay tiles or bricks, forming a box shape vertical structure. There is no concrete or reinforcing inside the columns and there is no connection between the concrete beams and the clay tile columns other than a beam pocket. As a result of the lack of retrain at the top of the column any significant lateral force acting on the column will destabilize the column. The construction method of the concrete columns supporting the Links also contributes to the failure of the building. The new concrete columns were cast against the existing masonry walls and columns without expansion joint and the columns were plastered together and creating a bond between them. This condition does not allow the columns to move independently and allows force transfer between them; and as a result, impact from the chipping hammer hitting the concrete column in the Link could have created distress in the masonry column in the Main Building. Another factor that contributes to the collapse of the structure is the pre-existing conditions of the clay tile walls and masonry columns. Pre-existing conditions include cracks and spallings in the clay tiles and masonry which would have weakened the structure and reduced the load carrying capacity.

In conclusion, it is our opinion that the collapse of the structure is caused by demolition means and methods, and to a lesser degree the pre-existing conditions and the design and construction of the original buildings.

### Recommendations for repair:
East of the Main Building:
We recommend that the partially collapsed slab be removed to the face of the beams at the first interior grid line 15. See plan on drawing SD2. The remaining clay tile and masonry walls at the north and south of the building shall be removed to the west of grid 15. New steel structure shall be installed to replace the collapsed slab. Install concrete masonry unit (CMU) wall to the inside of existing wall along grid line A and grid line H and between grid lines 13 and 15 and turn the corners to the masonry columns at B-13

*508 W.18th St, Austin, TX 78701*     *phone:(512)476-2717*     *fax:(512)476-2714*     *franklam@franklaminc.com*

C-5149-14-H

and G-13.

West of the Main Building:
Prior to further demolition, the existing load bearing walls shall be strengthened.  We recommend the installation of CMU walls similar to the east side.  CMU walls shall be installed along the exterior wall at grid line 5 and turn the corners to grid line 8 along grids A and H.  The wall shall terminate at masonry columns B-8 and G-8.



Frank S. Lam, P. E.
Frank Lam & Associates, Inc.

Attachments:  Drawings SD1 to SD4 in 11x17
                      Photos sheets A1 to A6.

508 W. 16th St, Austin, TX 78701        phone:(512)476-2717        fax:(512)476-2714        franklam@franklaminc.com

C-5149-14-H

ATTACHMENT B- DRAWINGS



SD1

C-5149-14-H



C-5149-14-H

SD3

ATTACHMENT B- DRAWINGS



ROOF PARTIAL
DEMOLITION PLAN
SCALE 1/16" = 1'-0"

PLAN
NORTH

C-5149-14-H

SD4

ATTACHMENT B- DRAWINGS



WALL SECTION @ MAIN BLDG &
LINKS-ORIGINAL CONDITION
SCALE: 3/16" = 1'-0"

C-5149-14-H

**ATTACHMENT A- PHOTOS**



1 - COLLAPSED SLAB AND REMAINING SOUTH WALL



2 - BEAM POCKET AT SOUTH WALL



3 - COLLAPSED SLAB AND REMAINING NORTH WALL



4 - COLLAPSED SLAB AND REMAINING NORTH WALL-FACING EAST

C-5149-14-H

A2

## ATTACHMENT A- PHOTOS



6 - COLLAPSED EAST LINK AND EAST WING



8 - VOLVO EL60 BACKHOE LOADER WITH HIGH IMPACT CHIPPING HAMMER



5 - COLLAPSED STRUCTURE AT EAST LINK SHOWING REMAINING REBAR



7 - BACKHOE LOADER NEAR NORTHEAST CORNER

C-5149-14-H

A3

## ATTACHMENT A- PHOTOS



10 - PARTIALLY COLLAPSED COLUMN AT EAST LINK GRIDS D&11



12 - COLLAPSED 2ND FLOOR SLAB & EAST WING SLAB



9 - HIGH IMPACT CHIPPING HAMMER



11 - COLLAPSED ROOF SLAB AT N/E CORNER

C-5149-14-H

A4

## ATTACHMENT A- PHOTOS



14 - COLLAPSED ROOF SLAB LOOKING FROM INSIDE OF BLDG



16 - PARTIALLY COLLAPSED COLUMN AT EAST LINK GRIDS D4I7

MASONRY COLUMN

CONCRETE COLUMN



13 - COLLAPSED 2ND FLOOR SLAB AT S/E CORNER

S. WALL



15 - COLLAPSED ROOF SLAB LOOKING FROM INSIDE OF BLDG

COLLAPSED SLAB

COLLAPSED SLAB

C-5149-14-H

A5

**ATTACHMENT A- PHOTOS**



18 - DEMOLISHED CONCRETE FRAME AT WEST LINK & WEST OF MAIN BLDG



20 - CONCRETE/MASONRY COLUMN AT WEST OF MAIN BLDG SHOWING CRACKS



17 - BOTTOM OF COLLAPSED 2ND FL SLAB SHOWING DE-BONDING OF REBAR



19 - DEMOLISHED CONCRETE FRAME AT WEST LINK & WEST OF MAIN BLDG



C-5149-14-H

A6

## ATTACHMENT A- PHOTOS



[22] - CRACKED MASONRY/CONCRETE COLUMN AT WEST OF MAIN BLDG



[21] - CRACKED MASONRY COLUMN AT WEST OF MAIN BLDG



C-5149-14-H

Office of the Superintendent of Schools
Board Meeting of January 17, 2011

December 8, 2010

Office of Support Services
Rene Campos, Assistant Superintendent

**SUBJECT:   CHANGE ORDER #1 – (T-STEM) EARLY COLLEGE HIGH SCHOOL**

Mr. Eli Ochoa, Architect with ERO Architects recommends approval of change order #1
for Early College High School for an increase of $522,726.00. The change order is as
follows:

$8,087,000.00   Original Contract
                Change Order #1-To remove and built East and West
 $522,726.00   side walls at the Early College High School.
$8,609,726.00   New contract amount

It is recommended that the Board of Trustees approve Change Order #1 for T-STEM
Early College High School for an increase of $522,726.00.

**THIS ITEM DOES NOT ESTABLISH, MODIFY, OR DELETE BOARD POLICY OR
ADMINISTRATIVE PROCEDURE.**

**RECOMMENDED:** That the Board of Education approve Change Order #1 for (T-
STEM) Early College High School for an increase of $522,726.00,
effective January 18, 2011.



C-5149-14-H

 **AIA**® Document G701™ – 2001

## Change Order

| PROJECT (Name and address): | CHANGE ORDER NUMBER: 001R | OWNER: ☒ |
|---|---|---|
| Pharr-San Juan-Alamo Independent School District - Early College High School | DATE: January 17, 2011 | ARCHITECT: ☒ |
| | | CONTRACTOR: ☒ |
| | | FIELD: ☐ |
| TO CONTRACTOR (Name and address): | ARCHITECT'S PROJECT NUMBER: 09007 | OTHER: ☐ |
| Texas Descon, L.P., by Descon 4S, L.L.C. It's General Partner P.O. Box 3547 McAllen, Texas 78502-3547 | CONTRACT DATE: May 4, 2010 CONTRACT FOR: General Construction | |

**THE CONTRACT IS CHANGED AS FOLLOWS:**
*(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives)*
Change Order issued to change Scope of Work as indicated in Phase 1 Renovations and Additions to Early College High School letter sent in by Texas Descon on December 21, 2010.

Total Amount $522,726.00

| | | |
|---|---|---|
| The original Contract Sum was | $ | 8,087,000.00 |
| The net change by previously authorized Change Orders | $ | 0.00 |
| The Contract Sum prior to this Change Order was | $ | 8,087,000.00 |
| The Contract Sum will be increased by this Change Order in the amount of | $ | 522,726.00 |
| The new Contract Sum including this Change Order will be | $ | 8,609,726.00 |

The Contract Time will be increased by thirty (30) days.
The date of Substantial Completion as of the date of this Change Order therefore is June 27, 2011.

**NOTE:** This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price which have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive..

**NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.**

| ERO Architects | Texas Descon, L.P. by Descon 4S, L.L.C. | Pharr-San Juan-Alamo Independent School District |
|---|---|---|
| **ARCHITECT** (Firm name) | **CONTRACTOR** (Firm name) | **OWNER** (Firm name) |
| 300 S. 8th Street McAllen, Texas 78501 | P.O. Box 3547 McAllen, Texas 78503-3547 | P.O. Box 769 Pharr, Texas 78577 |
| **ADDRESS** | **ADDRESS** | **ADDRESS** |
| **BY** (Signature) | **BY** (Signature) Michael O Smith | **BY** (Signature) Rene Caupo |
| Eli R. Ochoa, P.E., AIA | | |
| (Typed name) | (Typed name) 1/17/2011 | (Typed name) 1/20/11 |
| January 17, 2011 | | |
| **DATE** | **DATE** | **DATE** |

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 11:46:42 on 01/17/2011 under Order No.9334346119_1 which expires on 09/10/2011, and is not for resale.
User Notes: (1382105933)

1

C-5149-14-H



December 21, 2010

Mr. Eli R. Ochoa
ERO Architects
300 S. 8th St.
McAllen, Texas 78501

Re:   PSJA ISD T Stem Early College High School (Old Memorial Middle School) Phase I
      Renovations and Addtions

As per our last meeting with your Design Team and PSJA ISD's Dr. King and Mr. Campos it was discussed that the Scope of Work should be redone to show more specifics and detail in the cost. The following Scopes were defined and itemized to show all the cost to fix the existing structure. We have estimated the reconstruction of the structure base on standard and typical construction but the Architect and Engineer will have to verify and design the final drawings to be able to finalize the final cost of construction.

Please review the following Scope and let us know if any further information is needed:

SCOPE 1, Clean up of Collapsed area:                                        **By General Contractor**
   a. Clean up all debris and haul off
   b. Saw cut existing concrete floor & roof at the edge of the existing concrete beam.
   c. Provide new Structural steel joist and concrete for 2nd floor and roof.       $ 143,683.00

SCOPE 2, Rebuild Collapsed East side walls:
   a. Remove exist. Brick and structural clay unit walls
   b. Rebuild new walls with 12", 8" CMU units & Brick                             $ 351,769.00

SCOPE 3, Remove & Rebuild Existing West & East side walls:
   a. Remove exist. Brick and structural clay units walls
   b. Rebuild new walls with 12", 8" CMU units & Brick

CREDIT, Change Gypsum Board Wall to CMU wall                                      $ -20,246.00

Total approximate price                                                           $ 475,206.00
Insurance, Overhead and Bond  10%                                                 $  47,520.00
Grand Total                                                                       $ 522,726.00

Thank you for the opportunity to provide our services and we look forward in working with you.

Respectfully submitted,
TEXAS DESCON, L.P.
By DESCON 49, L.L.C.

Michael D. Smith
President

Phone (956) 682.1225 • Fax (956) 682.7369 • P.O. Box 3547 • McAllen, Texas 78502
www.texasdescon.com • info@texasdescon.com



C-5149-14-H

SCOPE 1

NEW STEEL JOIST &
NEW 3" CONCRETE FLOOR

NORTH SIDE

EAST SIDE

SOUTH SIDE

WEST SIDE

**TEXAS DESCON L.P.**

**McALLEN TEXAS**

**C-5149-14-H**
PROJECT

PSJA ISD T STEM EARLY COLLEGE

| DESCRIPTION | QUANTITY | UNIT | UNIT COST L | UNIT COST M | UNIT COST S | LABOR | MATERIAL | SUB |
|---|---|---|---|---|---|---|---|---|
| **SCOPE 1:** | | | | | | | | |
| COLLAPSED WALL MATERIAL REMOVAL | | | | | | | | |
| Clean up debris - Labor | | | | | | | | |
| 10M x 8H x 10D | 800 | HR | 15 | | | 12,000 | | |
| Saw cut large concrete pieces | | | | | | | | |
| 12x 8x = 96 lf x 6 = 576 Lf x 2 | 1152 | LF | | | 1 25 | | | 1,440 |
| Miscellaneous Tools | 1 | LS | | 3500 | | | 3,500 | |
| Haul off debris material | 40 | LDS | | | 280 | | | 11,200 |
| Debris Loading | | | | | | | | |
| 1M x 8H x 10D - Labor loading trucks | 80 | HR | 15 | | | 1,200 | | |
| Equipment | | | | | | | | |
| Boom Lift | 2 | WKS | | | 2800 | | | 5,600 |
| Backhoe | 2 | WKS | | | 750 | | | 1,500 |
| Crane Rental | 24 | HR | | | 450 | | | 10,800 |
| **SCOPE 1 A** | | | | | | | | |
| Concrete for floors / Roof | | | | | | | | |
| 1410 SF x .25T  / 27 | 27 | CY | | 70 | | | 1,890 | |
| Labor for concrete | 1410 | SF | | | 2 | | | 2,820 |
| Reinforcing Material | 1 | TON | 425 | 280 | | | 425 | 280 |
| Miscellaneous Material | 1 | LS | 250 | | | | 250 | |
| Concrete Pump | 2 | TRIPS | | 1800 | | | | 3,600 |
| Steel Joist for 2nd Floor & Roof | 1410 | SF | | 16 | 4 | | 22,560 | 5,640 |
| Metal Deck | 1410 | SF | | 2 5 | 1 | | 3,525 | 1,410 |
| **TOTAL** | | | | | | 13,200 | 32,150 | 44,290 |

Sheet No.

Item:

69,640



SCOPE 2

REMOVE EXIST BRICK WALLS

NEW CMU WALLS

SCOPE 2A

SCOPE 2B

NORTH SIDE

EAST SIDE

SOUTH SIDE

WEST SIDE

C-5149-14-H

C-5149-14-H

**TEXAS DESCON L.P.**　　　　PROJECT :　　　　PSJA ISD T STEM EARLY COLLEGE

**McALLEN TEXAS**

| DESCRIPTION | QUANTITY | UNIT | UNIT COST L | M | S | LABOR | MATERIAL | SUB |
|---|---|---|---|---|---|---|---|---|
| **SCOPE 2 :** | | | | | | | | |
| Pipe Shoring Scaffolding Rental | | | | | | | | |
| 705 SF / Floor = 2115 SF | 2 | MO | 3250 | | 13850 | 6,500 | | 27,700 |
| **SCOPE 2 A - BRICK REMOVAL** | | | | | | | | |
| Existing Brick removal & salvage | | | | | | | | |
| 24 LF x 42 H x 7.5 = 7,560 Bricks | 1008 | SF | | | 8 | | | 8,064 |
| Existing Structural Clay Brick removal | | | | | | | | |
| Demo Structural clay brick | 1008 | SF | | | 1 | | | 1,008 |
| Equip for Brick & Clay Unit Walls Removal | | | | | | | | |
| Boom Lift | 2 | WKS | | | 1400 | | | 2,800 |
| Backhoe | 2 | WKS | | | 375 | | | 750 |
| Scaffolding Exterior & Interior | 1 | LS | | | 1250 | | | 1,250 |
| Haul off debris material | | | | | | | | |
| Truck loads | 25 | EA | | | 280 | | | 7,000 |
| Equipment Loader | 25 | EA | | | 100 | | | 2,500 |
| **SCOPE 2 B - WALL REBUILD** | | | | | | | | |
| CMU Walls - Reinforced | | | | | | | | |
| 8" CMU x 120 LF x 37 H = 4,440 SF | 5000 | EA | | | 6 5 | | | 32,500 |
| 12" CMU x 120 LF x 10 H = 1,200 SF | 1350 | EA | | | 7 5 | | | 10,125 |
| CMU Concrete Reinforcement | 24 | CY | | 72 | | | 1,728 | |
| CMU Steel Reinforcement | 1 | LS | | | 4500 | | | 4,500 |
| Core holes in Conc floor for CMU Reinf. | | | | | | | | |
| 120 LF / 2 = 60 Cores / floor x 3 | 180 | EA | | 15 | 50 | | 2,700 | 9,000 |
| Prepare Base of Brick @ Exterior Wainscot | 120 | LF | 15 | 10 | 20 | 1,800 | 1,200 | 2,400 |
| Prepare Base of Wall @ Interior for CMU | 120 | LF | 5 | 8 | | 600 | 960 | |
| Brick Installation | | | | | | | | |
| 24 LF x 42 H x 7.5 = 8000 Bricks | 8 | EA | | | 600 | | | 4,800 |
| Brick Accessories | 1 | LS | | | 750 | | | 750 |
| Cleaning of brick | 1 | LS | | | 1000 | | | 1,000 |
| Steel Concrete lintels | 400 | LF | 2 | 5 | | 800 | 2,000 | |
| Damp proofing exterior walls | | | | | | | | |
| Damp proofing 24 LF x 42 H | 1008 | SF | 0.75 | 1.5 | | 756 | 1,512 | |
| Base & Sill Flashing 24 LF | 24 | LF | 2 | 3 | | 48 | 72 | |
| Rigid Insulation | 1008 | SF | 0.25 | 1 | | 252 | 1,008 | |
| Rough Carpentry | | | | | | | | |
| Rough Carpentry @ Windows & Coping | 520 | LF | 1 | 1.5 | | 520 | 780 | |
| Builders Hardware | 1 | LS | | 750 | | | 750 | |
| Equipment For Brick & CMU Walls | | | | | | | | |
| Boom Lift | 2 | WKS | | | 1400 | | | 2,800 |
| Backhoe | 2 | WKS | | | 375 | | | 750 |
| **TOTAL** | | | | | | 11,276 | 12,710 | 119,697 |

Sheet No. _____　　　　Item: _____

143,683



SCOPE 3

C-5149-14-H

REMOVE EXIST BRICK WALLS

NEW CMU WALLS

SCOPE 3 A

SCOPE 3 B

NORTH SIDE

EAST SIDE

SOUTH SIDE

WEST SIDE

C-5149-14-H

**TEXAS DESCON L.P.**

PROJECT .          PSJA ISD T STEM EARLY COLLEGE

**McALLEN TEXAS**

| DESCRIPTION | QUANTITY | UNIT | UNIT COST L | UNIT COST M | UNIT COST S | LABOR | MATERIAL | SUB. |
|---|---|---|---|---|---|---|---|---|
| **SCOPE 3 :** | | | | | | | | |
| Pipe Shoring Scaffolding Rental | | | | | | | | |
| 1410 SF / Floor = 2115 SF | 2 | MO | 3250 | | 13850 | 6,500 | | 27,700 |
| | | | | | | | | |
| **SCOPE 3 A - BRICK REMOVAL - EAST** | | | | | | | | |
| Existing Brick removal & salvage | | | | | | | | |
| 40 LF x 42 H x 7.5 = 12,600 Bricks | 1680 | SF | | | 8 | | | 13,440 |
| Existing Structural Clay Brick removal | | | | | | | | |
| Demo Structural clay brick | 1680 | SF | | | 2 | | | 3,360 |
| Equip for Brick & Clay Unit Walls Removal | | | | | | | | |
| Boom Lift | 2 | WKS | | | 1400 | | | 2,800 |
| Backhoe | 2 | WKS | | | 375 | | | 750 |
| Scaffolding Exterior & Interior | 1 | LS | | | 1250 | | | 1,250 |
| Haul off debris material | | | | | | | | |
| Truck loads | 10 | EA | | | 280 | | | 2,800 |
| Equipment Loader | 10 | EA | | | 100 | | | 1,000 |
| | | | | | | | | |
| **SCOPE 3 A - BRICK REMOVAL - WEST** | | | | | | | | |
| Existing Brick removal & salvage | | | | | | | | |
| 140 LF x 42 H x 7.5 = 44,100 Bricks | 5880 | SF | | | 8 | | | 47,040 |
| Existing Structural Clay Brick removal | | | | | | | | |
| Demo Structural clay brick | 5880 | SF | | | 1 | | | 5,880 |
| Equip for Brick & Clay Unit Walls Removal | | | | | | | | |
| Boom Lift | 2 | WKS | | | 1400 | | | 2,800 |
| Backhoe | 2 | WKS | | | 375 | | | 750 |
| Scaffolding Exterior & Interior | 1 | LS | | | 1250 | | | 1,250 |
| Haul off debris material | | | | | | | | |
| Truck loads | 10 | EA | | | 280 | | | 2,800 |
| Equipment Loader | 10 | EA | | | 100 | | | 1,000 |
| | | | | | | | | |
| **TOTAL** | | | | | | 6,500 | | 114,620 |

Sheet No. _____          Item: _____

121,120

C-5149-14-H

**TEXAS DESCON L.P.**                    PROJECT              PSJA ISD T STEM EARLY COLLEGE

**McALLEN TEXAS**

| DESCRIPTION | QUANTITY | UNIT | UNIT COST L | UNIT COST M | UNIT COST S | LABOR | MATERIAL | SUB |
|---|---|---|---|---|---|---|---|---|
| **SCOPE 3 B - WALL REBUILD - EAST / WEST** | | | | | | | | |
| CMU Walls - Reinforced | | | | | | | | |
| 8" CMU x 230 LF x 37 H = 8,510 SF | 9600 | EA | | | 6.5 | | | 62,400 |
| 12" CMU x 230 LF x 10 H = 2,300 SF | 2600 | EA | | | 7.5 | | | 19,500 |
| CMU Concrete Reinforcement | 42 | CY | | 72 | | | 3,024 | |
| CMU Steel Reinforcement | 1 | LS | | 7500 | | | | 7,500 |
| Core holes in Conc floor for CMU Reinf. | | | | | | | | |
| 230 LF / 2 = 115 Cores / floor x 3 | 345 | EA | | 15 | 50 | | 5,175 | 17,250 |
| Prepare Base of Brick @ Exterior Wainscot | 230 | LF | 15 | 10 | 20 | 3,450 | 2,300 | 4,600 |
| Prepare Base of Wall @ Interior for CMU | 230 | LF | 5 | 8 | | 1,150 | 1,840 | |
| Brick Installation | | | | | | | | |
| 180 LF x 42 H x 7.5 = 56,700 Bricks | 57 | EA | | | 600 | | | 34,200 |
| Brick Accessories | 1 | LS | | | 6800 | | | 6,800 |
| Cleaning of brick | 1 | LS | | | 4000 | | | 4,000 |
| Steel Concrete lintels | 1600 | LF | 2 | 5 | | 3,200 | 8,000 | |
| Damp proofing exterior walls | | | | | | | | |
| Damp proofing 230 LF x 42 H | 9660 | SF | 0.75 | 1.5 | | 7,245 | 14,490 | |
| Base & Sill Flashing 230 LF | 230 | LF | 2 | 3 | | 460 | 690 | |
| Rigid Insulation | 9660 | SF | 0.25 | 1 | | 2,415 | 9,660 | |
| Rough Carpentry | | | | | | | | |
| Rough Carpentry @ Windows & Coping | 2080 | LF | 1 | 1.5 | | 2,080 | 3,120 | |
| Builders Hardware | 1 | LS | | 2550 | | | 2,550 | |
| Equipment For Brick & CMU Walls | | | | | | | | |
| Boom Lift | 2 | WKS | | | 1400 | | | 2,800 |
| Backhoe | 2 | WKS | | | 375 | | | 750 |
| **TOTAL** | | | | | | 20,000 | 50,849 | 159,800 |

Sheet No. _____          Item: _____

230,649

**TEXAS DESCON L.P.**
**McALLEN TEXAS**

C-5149-14-H
PROJECT :

PSJA ISD T STEM EARLY COLLEGE

| DESCRIPTION | QUANTITY | UNIT | UNIT COST L | UNIT COST M | UNIT COST S | LABOR | MATERIAL | SUB |
|---|---|---|---|---|---|---|---|---|
| CREDIT FOR GYP. BD. WALLS | | | | | | | | |
| **BASEMENT** | | | | | | | | |
| Wall type - 7,    55 L.F. x 9' | 495 | SF | | | -3 | | | (1,485) |
| 4" Metal Stud wall w/ two layers 5/8" | | | | | | | | |
| type x High Impact GWB on one side | | | | | | | | |
| | | | | | | | | |
| Wall type - 8,    177 L.F. X 9' | 1593 | SF | | | -3 15 | | | (5,018) |
| 2 1/2" Metal Stud wall w/ one layer 5/8" | | | | | | | | |
| type x High impact GWB on one side w/ | | | | | | | | |
| 1" air space w/ 2" Rigid Insulation Board | | | | | | | | |
| | | | | | | | | |
| Wall type - 10,    23 L.F. X 9' | 207 | SF | | | -3.25 | | | (673) |
| 4" Metal stud wall w/ one layer 5/8" | | | | | | | | |
| type x High Impact GWB on one side w/ | | | | | | | | |
| 1" air space w/ 2" Rigid Insulation Board | | | | | | | | |
| | | | | | | | | |
| **FIRST FLOOR** | | | | | | | | |
| Wall type - 5,    134 L.F. X 9' | 1206 | SF | | | -3.25 | | | (3,920) |
| 4" Metal stud wall w/ one layer 5/8" | | | | | | | | |
| type x High Impact GWB on one side w/ | | | | | | | | |
| 1" air space w/ 2" Rigid Ins. Bd. On Exist Wall | | | | | | | | |
| | | | | | | | | |
| Wall type - 7,    55 L.F. X 9' | 495 | SF | | | -3 | | | (1,485) |
| 4" Metal Stud wall w/ two layers 5/8" | | | | | | | | |
| type x High Impact GWB on one side | | | | | | | | |
| | | | | | | | | |
| Wall type - 10,    38 L.F. X 9' | 342 | SF | | | -3 25 | | | (1,112) |
| 4" Metal stud wall w/ one layer 5/8" | | | | | | | | |
| type x High Impact GWB on one side w/ | | | | | | | | |
| 1" air space w/ 2" Rigid Insulation Board | | | | | | | | |
| | | | | | | | | |
| **SECOND FLOOR** | | | | | | | | |
| Wall type - 5,    156 L.F. X 9' | 1404 | SF | | | -3 25 | | | (4,563) |
| 4" Metal stud wall w/ one layer 5/8" | | | | | | | | |
| type x High Impact GWB on one side w/ | | | | | | | | |
| 1" air space w/ 2" Rigid Ins. Bd. On Exist Wall | | | | | | | | |
| | | | | | | | | |
| Wall type - 7,    12 L.F. X 9' | 108 | SF | | | -3 | | | (324) |
| 4" Metal Stud wall w/ two layers 5/8" | | | | | | | | |
| type x High Impact GWB on one side | | | | | | | | |
| | | | | | | | | |
| Wall type - 10,    57 L.F. X 9' | 513 | SF | | | -3 25 | | | (1,667) |
| 4" Metal stud wall w/ one layer 5/8" | | | | | | | | |
| type x High Impact GWB on one side w/ | | | | | | | | |
| 1" air space w/ 2" Rigid Insulation Board | | | | | | | | |
| **TOTAL** | | | | | | | | (20,246) |

Sheet No. _____     Item: _____

C-5149-14-H



C-5149-14-H



C-5149-14-H

Bradford Russell, AIA, P.E.
Architect / Structural Engineer / LEED AP

Director of Architecture / Engineering
**BR Architects, Inc. - Architects & Structural Engineers**

2007 N. Collins Blvd., Suite 507
Richardson, Texas 75080

Direct (972) 235-9308
Fax (972) 235-9388

C-5149-14-H

## PROPERTY CONDITION REPORT
## Memorial Middle School
Pharr-San Juan-Alamo Independent School District
714 E. U.S. Highway 83
Pharr, Texas 78577
**Terracon Project No. 92088503**

Prepared For:
Prepared For:
**ERO International, LLP**
4401 Westgate Boulevard, Suite 330
Austin, Texas 78745



Prepared By:



February 22, 2008

C-5149-14-H

February 22, 2008

**Terracon**
Consulting Engineers & Scientists
11555 Clay Road
Houston, Texas 77043
T: (713) 690-8989
F: (713) 690-8787
www.terracon.com

Mr. Jesus V. Delgado, AIA
ERO International, LLP
4401 Westgate Boulevard, Suite 330
Austin, Texas  78745
Phone: (512) 358-0100
Fax:    (512) 358-0103
Email:  jdelgado@erointernational.com

Re:   **PROPERTY CONDITION ASSESSMENT**
      Memorial Middle School
      714 E. U.S. Highway 83
      Pharr-San Juan-Alamo Independent School District
      Pharr, Texas  78577
      Terracon Project No. 92088503

Mr. Delgado,

Terracon is pleased to provide this Property Condition Assessment of the subject improvements.  This work was performed in general accordance with the authorized scope of services as identified in the scope section of this Report.

We appreciate the opportunity to provide professional engineering services to you.  If you have any questions concerning this Report, or if we can assist you in any other matter, please call our office at the above referenced phone number.

Sincerely,

**Terracon**

William (Bill) Stice, R.E.F.P.
Project Manager
Facilities Services

David Tyner, E.I.T.
Staff Mechanical Engineer
Facilities Services

Gerald F. A. Lowe, P.E
Project Manager
Facilities Services

Jeffrey A. Miller, P.E., C.B.C.P.
Senior Mechanical Engineer
Facilities Services

Attached:        Property Condition Assessment
Distribution:    3 copies to addressee

Property Condition Assessment-Terracon Project Number 52088503 C-5149-14-H                    **Terracon**
Memorial Middle School – Pharr, Texas
February 22, 2008

## TABLE OF CONTENTS

Page

I.   EXECUTIVE SUMMARY .......................................................................................................1
     A.   General Property Identification Summary ....................................................................1
     B.   Estimated Recommended Expenditures........................................................................1
     C.   Estimated Repair Cost Table ....................................................................................2-4
     D.   General Description.......................................................................................................5
     E.   Recent Significant Capital Improvements ....................................................................7
     F.   General Physical Condition...........................................................................................7
     G.   Furniture, Fixtures and Equipment...............................................................................7
     H.   Follow-up Recommendations........................................................................................7
     J.   Purpose .........................................................................................................................7
     K.   Scope .............................................................................................................................8
     L.   Personnel Interviewed...................................................................................................8
     M.   Documentation...............................................................................................................8
II.  Property Description and Description                                                              9
     A.   Site Improvements ........................................................................................................9
     B.   Building Exterior ..........................................................................................................11
     C.   Roof..............................................................................................................................13
     D.   Interiors........................................................................................................................15
     E.   Mechanical, Electrical and Plumbing Systems...........................................................19
     F.   Fire Protection and Life Safety Systems ....................................................................24
     G.   Compliance with Code and Regulations .....................................................................25
     H.   ADA..............................................................................................................................27
III. Report Qualifications                                                                           31
     A.   Limitations ...................................................................................................................31
     B.   Condition Evaluation Definitions ................................................................................31
     C.   Reliance.......................................................................................................................32
     D.   Assessment Team........................................................................................................33
     E.   Advisory Notes ............................................................................................................33

Appendix A – Exhibits (FEMA Flood Plain Determination)
Appendix B – Photographic Documentation

Property Condition Report-Terracon
Memorial Middle School
Terracon Project #            92086503
February 22, 2008

C-5149-14-H

Terracon

## I.  EXECUTIVE SUMMARY

### A.  General Property Identification Summary

| Item | Description |
|---|---|
| Property Name | Memorial Middle School |
| Property Address | 714 E. Highway U. S. 83, Pharr, Texas |
| Type of Facility | School |
| Site Area (Acres) | Approx. 9.5-acres |
| Total Parking Spaces | 83 |
| Number of Buildings | 7 |
| Number of Stories | 1 & 3 |
| Building(s) Area (SF) | 85,202 |
| Year(s) Constructed | 1918, 1976, 1986 |
| Year(s) Renovated | 1976, 1986 |
| Genl. Const. | The buildings have wood framing or steel framing; masonry bearing walls, face brick veneer, or CMU infill; metal frame windows, wood and metal doors; composition shingle, BUR, or modified bitumen roof systems, and DX HVAC systems. |
| Date of Site Visit | January 7, 2008 |
| Survey Conducted By | G. F. A. Lowe, P.E., S.E.; D. Tyner, E.I.T.; W. Stice, R.E.F.P. |

### B.  Estimated Required Expenditures

#### Estimated Repair Cost Summary

| | Total Cost |
|---|---|
| Time Period for Repair | 0 to 1 YR |
| Total Estimated Repair Costs | $4,668,600 |

#### Capital Expenditure & Reserve Summary

| | Total Cost |
|---|---|
| Evaluation Term | 5 |
| Building(s) Area | 85,202 |
| Total Capital Expenditure | N/A |
| Total Inflated Capital Expenditure | N/A |
| Inflation Factor | N/A |
| Total Capital Reserve (per SF per Year) | N/A |
| Total Inflated Capital Reserve (per SF per Year) | N/A |