## C-5149-14-H

**Property Condition Report-Terracon Project Number 92088503**
**Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas**
**Photos, Date Taken: January 7, 2008**

**Terracon**



**Photo #1**   View of north elevation of Main Building, ca. 1918.



**Photo #2**   View of north elevation of Main Building.



**Photo #3**   View of east elevation of Main Building.



**Photo #4**   View of auditorium wing of Main Building and Classroom Annex II.



**Photo #5**   West elevation of Main Building.



**Photo #6**   View of added west wing at juncture with original Main Building.  Note broken and barricaded windows.

C-5149-14-H

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008

Terracon



**Photo #7**    View of added stairwell on Main Building



**Photo #8**    East elevation of Classroom Annex II



**Photo #9**    West elevation of Classroom Annex II



**Photo #10**   East elevation of Cafeteria Building and
typical covered walkway.



**Photo #11**   North and west elevations of Cafeteria
Building



**Photo #12**   East elevation of Classroom Annex I and
typical covered walkway.

C-5149-14-H

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008

Terracon



Photo #13   South elevation of Classroom Annex I.



Photo #14   North elevation of east end of Stambaugh
Building.



Photo #15   North elevation of west end of
Stambaugh Building (Old Band Hall).



Photo #16   North elevation of Stambaugh Building
showing Teachers Lounge area.



Photo #17   East elevation of Stambaugh Building.



Photo #18   West elevation of Stambaugh Building
(Old Band Hall)

## C-5149-14-H

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008


Terracon



**Photo #19**   East and north elevations of Textbook
Department Building.



**Photo #20**   South elevation of Textbook Department
Building.



**Photo #21**   West elevation of Textbook Department
Building.



**Photo #22**   East and north elevations of Gymnasium
and Field Locker Room building.



**Photo #23**   View of north parking area at Main
Building.



**Photo #24**   View of east parking area at Main
Building.

C-5149-14-H

**Property Condition Report-Terracon Project Number 92088503**
**Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas**
**Photos, Date Taken: January 7, 2008**

 Terracon



**Photo #25**   View of east parking area on north side of
Textbook Department building.



**Photo #26**   View of east lot on east side of Textbook
Department building.



**Photo #27**   Handicapped marked and signed parking
spaces.



**Photo #28**   Unsigned handicapped parking space.



**Photo #29**   Typical deteriorated asphalt pavement.



**Photo #30**   Typical deteriorated asphalt pavement.

### C-5149-14-H

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008

**Terracon**



Photo #31   Main Building signage.



Photo #32   Elevated walkway failure at entrance to
Main Building auditorium.



Photo #33   Elevated walkway failure at entrance to
Main Building auditorium.



Photo #34   Elevated walkway failure shown in Photo
#33.  Note barricaded door.



Photo #35   Masonry stair-step diagonal cracking on
Main Building.  Note deteriorated wood
trim.



Photo #36   Masonry vertical cracking on Stambaugh
Building, old band hall wing.

## C-5149-14-H

**Property Condition Report-Terracon Project Number 92088503**
**Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas**
**Photos, Date Taken: January 7, 2008**

Terracon



**Photo #37**   Typical aged and deteriorated mortar on Main Building.



**Photo #38**   Typical aged, deteriorated, and patched mortar on Main Building.



**Photo #39**   Typical deteriorated pre-cast architectural concrete on Main Building. Note exposed and corroded reinforcing steel.



**Photo #40**   Typical deteriorated pre-cast architectural concrete on Main Building.



**Photo #41**   Typical improperly sealed wall penetration and roof debris.



**Photo #42**   Deteriorated roof eave and open wall penetration.

C-5149-14-H

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008

Terracon





**Photo #43**   Typical masonry staining.  Note old band
hall crawl space vent with no pest screen.



**Photo #44**   Typical masonry staining from downspout
on Textbook Department building.



**Photo #45**   Typical damaged downspout on Main
Building.



**Photo #46**   Typical damaged downspout on Main
Building. Note moisture staining.



**Photo #47**   Typical deteriorated wood trim.



**Photo #48**   Typical unsupported conduit and
improperly flashed and deteriorated
vents.

C-5149-14-H

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008


Terracon



Photo #49   Typical damaged metal cap flashing.
Note no metal cap flashing on parapet
wall in background.



Photo #50   Typical damaged HVAC equipment
supports. Note exposed and deteriorated
bitumen roofing.



Photo #51   Typical improperly flashed parapet on
Gymnasium roof.



Photo #52   Flashing at scupper on Textbook
Department building. Note separation of
plies.



Photo #53   Deteriorated parapet wall and downspout
on Textbook Department building upper
roof. Note missing splash block.



Photo #54   Typical debris on roof and unsupported
piping.

C-5149-14-H

Terracon

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008



Photo #55   Area of ponding on Stambaugh Building roof. Note tree on edge of roof requiring trimming.



Photo #56   Broken condensate drain discharging condensate onto roof.



Photo #57   Roof damage to Stambaugh Building, old band hall roof damage. Note wood shingle under metal panels.



Photo #58   Missing roof drain screen on Stambaugh Building.



Photo #59   Typical damaged and deteriorated HVAC equipment screen.



Photo #60   Typical improperly constructed pitch pan.

## C-5149-14-H

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008

Terracon



Photo #61   Deteriorated fascia and roof at Field
Locker Room building.



Photo #62   Deteriorated roof of Field Locker Room
building.



Photo #63   View of deteriorated roof at Field Locker
Room building.



Photo #64   View of deteriorated canopy at
Stambaugh Building, old band hall.



Photo #65   Cafeteria



Photo #66   Cafeteria

C-5149-14-H

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008


Terracon



Photo #67   Gymnasium



Photo #68   Classroom Annex I



Photo #69   Classroom under renovation in
Classroom Annex I



Photo #70   Stambaugh Building - student cooking lab



Photo #71   Stambaugh building - Boys restroom
used as store room.



Photo #72   Teacher workroom

C-5149-14-H

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008

Terracon



**Photo #73**  Textbook Department building signage



**Photo #74**  Typical ceiling of Textbook Department
building



**Photo #75**  Typical storage area of Textbook
Department building



**Photo #76**  Corridors of Textbook Department
building



**Photo #77**  Corridors of Textbook Department
building



**Photo #78**  Flooring at Gymnasium

**C-5149-14-H**

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008

Terracon



Photo #79   Tectum ceiling indicates roof leak at Gymnasium.



Photo #80   Dressing Room building locker areas.



Photo #81   Field Locker Room exterior.



Photo #82   Field Locker Room building interior.



Photo #83   Fieldhouse Locker Room.



Photo #84   Fieldhouse Locker Room.

C-5149-14-H

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008

Terracon



**Photo #85**   Field Locker Room building shower.



**Photo #86**   Field Locker Room building interiors.



**Photo #87**   Cafeteria serving area flooring.



**Photo #88**   Cafeteria serving area ceiling.



**Photo #89**   Cafeteria serving area ceiling.



**Photo #90**   Cafeteria serving area walls.

C-5149-14-H

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008


Terracon



Photo #91   Cafeteria kitchen area flooring.



Photo #92   Cafeteria kitchen staff restroom.



Photo #93   Typical floor surfaces in Main Building.



Photo #94   Typical floor surfaces in Main Building.



Photo #95   Existing classroom floors in Main
Building.



Photo #96   Existing classroom floors in Main
Building.

C-5149-14-H

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008

Terracon



**Photo #97**   Typical floor surfaces in Main Building.



**Photo #98**   Typical transition between classrooms in Main Building.



**Photo #99**   Stairwell to first floor in Main Building.



**Photo #100** Existing stairwells in Main Building.



**Photo #101** Existing library of Main Building.



**Photo #102** Existing library of Main Building.

C-5149-14-H

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008

Terracon



**Photo #103** Existing classroom of Main Building.



**Photo #104** Existing classroom of Main Building.



**Photo #105** Existing classroom of Main Building.



**Photo #106** Existing classrooms of Main Building.



**Photo #107** Existing classrooms of Main Building.



**Photo #108** Existing administration area of Main Building.

## C-5149-14-H

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008

Terracon



**Photo #109** Existing administration of Main Building.



**Photo #110** Existing administration of Main Building.



**Photo #111** Existing wall surfaces of Main Building.



**Photo #112** Existing wall surfaces of Main Building.



**Photo #113** Existing wall surfaces of Main Building.



**Photo #114** Existing walls of Main Building.

C-5149-14-H

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008

Terracon



Photo #115 Exterior exit doors of Main Building.



Photo #116 Existing student lockers of Main Building.



Photo #117 Typical student restroom of Main Building.



Photo #118 Flooded below grade area below auditorium stage area of Main Building.



Photo #119 AHU modified with DX coil installed in library of the Main Building



Photo #120 Automatrix building automation system installed in the Main Building

C-5149-14-H

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008

 Terracon



**Photo #121** Electrical switch gear in the Main Building



**Photo #122** Pad mounted transformers adjacent to the Main Building



**Photo #123** Chilled/hot water and boiler water pumps in mechanical room adjacent to the Cafeteria Building



**Photo #124** Natural gas-fired boiler providing hot water to AHUs in the Main Building



**Photo #125** Reciprocating chillers installed in 2001 at Main Building



**Photo #126** Natural gas-fired unit heater in classroom of the Classroom Annex II Building

C-5149-14-H

**Property Condition Report-Terracon Project Number 92088503**
**Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas**
**Photos, Date Taken: January 7, 2008**


Terracon



**Photo #127** Condensing units installed in 1985 on the
Textbook Department Building



**Photo #128** Condensing units installed in 1990 on the
Textbook Department Building



**Photo #129** Copper, PVC, and cast iron piping in the
Textbook Department Building



**Photo #130** Suspended AHUs in the Gymnasium
Building



**Photo #131** Typical pull station in offices of the
Gymnasium Building



**Photo #132** Typical RTU installed in 1981 on the
Staumbaugh Building

C-5149-14-H

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008

Terracon



**Photo #133** Typical ABS waste and vent piping observed in the Main Building



**Photo #134** Typical deteriorated AHU in the Main Building



**Photo #135** Typical corroded return air grilles of AHUs in the Main Building



**Photo #136** Typical corroded casing of AHUs in the Main Building



**Photo #137** Accumulated debris on coil of AHU in the Main Building



**Photo #138** Evidence of birds roosting over AHUs in the Main Building

C-5149-14-H

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008

Terracon



**Photo #139** Debris built up in condensate drain pan of
AHU in the Main Building



**Photo #140** Corroded piping couplers at chilled/hot
water piping and boiler water pump



**Photo #141** Typical ceiling fan with bent fan blades



**Photo #142** Vandalized condensing units serving the
Main Building



**Photo #143** Vandalized condensing coil fins at water
chiller



**Photo #144** Damaged chilled/hot water/boiler water
piping at the Main Building

C-5149-14-H

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008


Terracon



**Photo #145** Damaged chilled/hot water piping at the
mechanical room of Main Building.



**Photo #146** Abandoned dishwasher exhaust hood in
kitchen of the Cafeteria Building.



**Photo #147** Corroded water heater serving the
Cafeteria Building



**Photo #148** Abandoned RTUs on the Textbook
Department Building



**Photo #149** Damaged exit light in the Stambaugh
Building



**Photo #150** Deteriorated emergency battery pack in
the Stambaugh Building

C-5149-14-H

Property Condition Report-Terracon Project Number 92088503
Memorial Middle School, Pharr-San Juan-Alamo ISD, Pharr, Texas
Photos, Date Taken: January 7, 2008

Terracon



**Photo #151**  Vandalized condensing units on the
Gymnasium Building

C-5149-14-H

## Asbestos Procedures

### AHERA
### (Asbestos Hazard Emergency Response Act) US EPA 40 CFR 763, Subparts E, F)

Signed into law in 1986, AHERA was enacted to protect school children from exposure to asbestos fibers. AHERA required that school districts identify, quantify and locate all asbestos containing building materials, both friable and non-friable. Although AHERA is specifically applicable to schools, the asbestos inspection/sampling protocols and management practices established under AHERA have become the recognized standard of care. The training requirements established under AHERA have been extended to other structures (commercial and public buildings) by subsequent regulations.

Under AHERA, an asbestos containing material (ACM) is considered any material or product containing greater than 1% asbestos. An asbestos containing building material (ACBM) is defined as any ACM found in or on interior structural members or other parts of the building. ACBM is grouped into one of three categories: surfacing material, thermal system installation and miscellaneous ACM. Each category of materials may be classified as friable or non-friable. Friable ACM is defined as ACM which, when dry, may be crumbled, pulverized or reduced to powder by hand pressure.

### AHERA Inspection/Sampling Protocols

AHERA dictates specific inspection and sampling protocols and requires schools to maintain management plans and to perform re-inspections of ACBM. As indicated, the inspection and sampling protocols outlined in the AHERA regulation are the industry standard of care. A summary of AHERA sampling protocols is as follows:

- Inspection must be performed by an accredited building inspector.
- Visually inspect the building interior and identify locations of all suspect ACBM.
- Identify all homogenous areas of friable suspect ACBM and all homogenous areas of non-friable suspect ACBM.
- Touch all suspected ACBM to determine whether they are friable.

### Surfacing materials

Collect, in a statistically random manner, at least 3 bulk samples from each homogenous area of 1000 ft2 or less, at least 5 bulk samples from each homogenous area that is >1000 ft2 but less than 5000 ft2, at least 7 bulk samples of each homogenous area greater than 5000 ft2.

### Thermal System Insulation

Collect, in a randomly distributed manner, at least three bulk samples from each homogeneous area of TSI; collect at least one bulk sample from each homogeneous area of patched TSI if the patched section is less than 6 linear or square feet; collect bulk samples from each insulated mechanical system where cement or plaster is used on tees, elbows, etc. "in a manner sufficient to determine whether the material is ACM."

1

C-5149-14-H

**Miscellaneous and Non-Friable ACBM**
Collect bulk samples in a manner sufficient to determine whether the material is ACM. Analysis of bulk samples must be performed by an accredited laboratory

**AHERA Training Requirements**
AHERA establishes various levels of training for personnel engaged in asbestos-related activities, and a Model Accreditation Program (MAP) that outlines minimum instructor and training curriculum guidelines for each level. The five levels of AHERA accreditation are as follows:

**Worker**
Four day course required for personnel who will engage in asbestos removal activities (abatement worker training).

**Building Inspector**
Three day course which covers techniques for inspecting ACM in buildings. Building inspectors may collect samples and report the condition of ACM and the results of sample analyses. They may not write management plans, design abatement projects or conduct removal activities.

**Management Planner**
Two day course following the three day Building Inspector prerequisite. Instructs personnel in hazard assessment and development of asbestos management plans to control asbestos in place.

**Contractor/Supervisor**
Five day course for personnel who will contract to perform and/or supervise abatement projects; also required in order to serve as "competent person" on an asbestos abatement project.

**Project Designer**
Three day course required for personnel who design asbestos response actions or abatement projects (plans and specifications for asbestos removal projects). Prerequisite: None, however Contractor/Supv. or Inspector/Management Planner encouraged.

**Awareness Training**
A TWO HOUR training requirement for custodial and maintenance personnel who work in buildings containing ACBM. Awareness training is required whether these personnel disturb the materials or not. Personnel who *may* disturb ACBM during the course of their duties require an additional, site-specific 14 hours of asbestos awareness training.

Annual half day or full day refresher courses are required for each asbestos discipline. Many states require licensure/registration in addition to the appropriate level of AHERA training.

C-5149-14-H

**NESHAP (National Emissions Standards for Hazardous Air Pollutants) EPA 40 CFR 61**

In general, the asbestos NESHAP is a *waste disposal standard* that addresses four basic points:

- Fugitive asbestos emissions from work sites
- Removal of asbestos *before* performing demolition and renovation
- Notification requirements prior to asbestos removal
- Standards for disposal of asbestos containing waste materials in landfills

The EPA's asbestos NESHAP establishes a NO VISIBLE EMISSIONS standard for releases of asbestos fibers to the environment and requires that regulated ACM (RACM) be removed prior to demolition or renovation activities.

The asbestos NESHAP requires 10 day advance notification for planned removal of more than 160 linear or 260 square feet of asbestos.

**NESHAP ACM Categories**

**RACM (Regulated Asbestos Containing Material)** is defined as any friable asbestos, any Category 1 non-friable material that will or has been subjected to sanding, cutting, or abrading and any Category II non-friable ACM that has a high probability of becoming friable during demolition or renovation.

**Category I Non-friable ACM** is any packings, gaskets, flooring, roofing materials, mastics etc. that contain more than 1% asbestos. Category I non-friable ACM typically consists of products where asbestos fibers are bound by a tarry or adhesive substance.

**Category II Non-friable ACM** is everything else that contains >1% asbestos, i.e., transite.

Only RACM need be removed from a building prior to demolition or renovation.

**OSHA Asbestos Standards
(29 CFR 1910.1001; 29 CFR 1926.1101)**

The OSHA asbestos Standard for the Construction Industry (29 CFR 1926.1101) is the primary standard governing asbestos-related building activities.

The OSHA asbestos standard is a *worker protection* standard.

All OSHA standards establish a permissible exposure limit (PEL) of 0.1 fibers/cc of air.

3

C-5149-14-H

*Under the construction industry asbestos standard, building owners and long-term lessees are considered "statutory employers" with responsibilities for protecting workers, even if they are not their own employees.*

The standard *presumes* that all sprayed-on/troweled-on surfacing materials, thermal system insulation and resilient floor tiles installed prior to 1981 are asbestos containing (PACM) until sampled and proven otherwise.

Warning labels are required on or near known ACM or PACM.

Building owners are required to maintain information regarding the presence of ACM or PACM and to transmit the information to potentially exposed employees and subsequent building owners.

Inspections undertaken to rebut the OSHA presumption that materials are asbestos containing must be done by an AHERA accredited Building Inspector in accordance with AHERA inspection and sampling protocols.

OSHA 29 CFR 1926.1101 also outlines training requirements and work procedures for various classes of asbestos work, including removal of floor tiles, roofing materials, janitorial work, limited and large scale removal projects.

**ASHARA (Asbestos School Hazard Reauthorization Act)**
EPA regulation that reauthorized AHERA; expanded and upgraded the AHERA Model Accreditation Program (MAP), and extended the requirement for AHERA accredited Building Inspectors from schools to all commercial and public buildings. Commercial and public buildings are defined as all buildings other than schools and apartment buildings of fewer than 10 units. Single-family homes are also excluded from the definition.

**Why do building owners/managers perform asbestos inspections?**

**School Inspections**
Schools (Kindergarten through Grade 12) are required by federal AHERA regulations to perform detailed, AHERA-prescribed inspections, to maintain management plans, and to perform re-inspections every 3 years.

**Property Transfers**
Asbestos inspections are frequently requested during property transfer negotiations for various reasons including:

- Attempts to negotiate purchase price based on the potential costs of asbestos removal or regulatory compliance.

- Planned demolition/renovation as dictated by NESHAP requirements.

- To rebut the OSHA presumption that surfacing, TSI and floor tile are asbestos containing.

- To comply with OSHA communication of hazard requirements to future tenants/workers.

- A desire to identify and remove asbestos prior to purchasing a building.

4

C-5149-14-H

**Non-Property Transfers**

Asbestos inspections are also requested by clients who are not planning purchase or sale of facilities. Among the reasons building owners request inspections are similar to the above.

To rebut the OSHA presumption that surfacing, TSI and floor tile in a commercial or public building are asbestos containing.

To meet the OSHA 29 CFR 1926.1101 communication of hazards provisions. A building owner's employees, lessee's employees and contract employees such as telephone and computer installers, plumbers, etc. have the right to know if they will be exposed to ACM when they perform work in a facility.

Because demolition/renovations are planned (NESHAP requirements).

Because they want to locate and abate all ACM to avoid future administrative and personnel responsibilities and financial liabilities.

It is important to understand a client's needs for an asbestos inspection. A "limited" survey with an arbitrarily imposed maximum number or 10 samples, for instance, will probably not be sufficient for NESHAP requirements, will most probably not sufficiently rebut the OSHA ACM presumptions and may not comply with AHERA inspection protocols, the industry standard of care.

If a client specifically requests a cheap, limited survey and restricts the number of samples to be collected and analyzed, caveats must be included in both the proposal and report to indicate the limited utility of the survey results, especially where renovation, demolition or abatement are planned. Limited surveys will most probably *not* be adequate to determine abatement costs.

**What are the requirements for personnel who conduct asbestos inspections?**
Personnel who perform asbestos inspections must receive AHERA Building Inspector training and must meet any additional state training, licensing or certification requirements. Recently certified inspectors should consult a more experienced inspector prior to initiating asbestos inspection activities. Building Inspectors are limited to conducting visual assessment and bulk sample collection and may comment on the presence and condition of ACM. Building Inspectors are not typically qualified to conduct training, estimate abatement costs or to write management plans. Such activities are prohibited by some state or local regulations in the absence of additional training or licensing.

**What are the requirements for personnel who write asbestos management plans (O&M)?**
Personnel who write O&M plans must have received the five day EPA Inspector/Management Planner training course, and where required, must possess the applicable state license or certification. Only those personnel who have had previous experience in writing management plans and who possess appropriate document models should are permitted to author O&M plans.

5

C-5149-14-H

**What are the requirements for personnel who conduct abatement supervision or air monitoring?**

An independent third party supervisor is typically employed by building owners to oversee asbestos abatement activities and monitor compliance with contract terms and project plans and specifications. Such personnel must have completed the EPA Contractor/Supervisor training course and possess applicable state licenses or certifications. Air monitoring technicians must be experienced in air monitoring and calibration procedures. Many states require personnel conducting asbestos air monitoring to possess a separate certification and to complete an air monitoring course provided by or patterned upon the NIOSH 582 air monitoring course. No Terracon employee should be permitted to conduct asbestos air monitoring unless they possess the applicable state certification and have completed the NIOSH 582 training training course.

**What is a project designer?**

A project designer is one who writes plans and specifications for asbestos abatement projects. Personnel who write plans and specifications must have completed the EPA Project Design course and must possess the appropriate state certification/license. Some states have relatively stringent standards for Project Designers, requiring a P.E., AIA, CIH or documented construction/HVAC experience and specific educational criteria. Only those personnel who have the appropriate training and licensing, extensive prior experience and working document models should be permitted to attempt asbestos abatement plans and specifications.

**Do personnel involved in asbestos-related activities require medical examinations?**

Under the OSHA asbestos standards, the employer has an obligation to ensure that employees are protected against exposure to asbestos fibers in excess of 0.1 fibers per cubic centimeter of air (0.1f/cc). Personnel engaged in asbestos-related activities (including building inspections) must be trained, medically cleared and fit-tested for respiratory protection. Therefore, enrollment in a medical surveillance program in compliance with the OSHA asbestos and respiratory protection standards is mandatory. No Terracon employee is permitted to engage in an asbestos related activity unless they are enrolled in the Terracon medical surveillance program and have been medically cleared for respirator use by a physician. Each employee must also be issued appropriate respiratory protection, receive training in its use and limitations, and successfully pass a fit-test utilizing the respirator(s) issued.

**Budgetary Costs for Consulting, Sampling, and Possible Abatement**

For the purpose of estimating the impact of environmental consulting related to sampling and the possible abatement of ACBM at the subject sites by qualified contractors, Terracon interviewed and was advised by the school district maintenance personnel of the extent and types of potential ACBM at the subject sites. Terracon's personnel involved in property condition assessment activities at the subject sites were not licensed and did not perform environmental sampling related to potential ACBM at the subject sites. From our interviews and verbal information provided, Terracon developed budgetary cost estimates for projected environmental consulting for sampling, development of possible abatement scopes of work, and monitoring and for abatement scopes of work by qualified contractors using typical industry costs. Actual proposals for

C-5149-14-H

environmental consulting and possible abatement by qualified firms would need to be obtained to further define these scopes of work, scope, and costs for the subject sites.

7



C-5149-14-H

**Structural Report for Memorial Middle School**
Pharr - San Juan - Alamo Independent School District

The Memorial Middle School is comprised of the following individual buildings:
1. Main Building
2. Cafeteria Building
3. Classroom Annex I Building
4. Classroom Annex II Building
5. Gymnasium Building
6. Dressing Room Building
7. Field Locker Room Building
8. Stambaugh Building
9. Textbook Department Building

The buildings vary in structural type and are identified in Terracon's report under TAB 2.

There are no significant signs of structural distress on any of the buildings' foundations. There are some noted perimeter wall cracks on the Main Building and the old band hall wing of the Stambaugh Building. These cracks are most likely caused by minor differential settlement of the foundations and can be readily repaired by underpinning the perimeter foundation beams with cast-in-place concrete drilled piers.

Surface corrosion of the steel framing and or metal roof decking is existent on either side of the original corridor connection the Main Building to the auditorium. There are large areas, two to three square feet in size, of deteriorated metal roof decking of the Field Locker Room Building.

While the buildings are in generally in good condition, isolated areas of damage due to water infiltration are evident throughout the buildings.

Eli R. Ochoa, PE, AIA
03.28.08



C-5149-14-H

## Structural Report for Memorial Middle School
Pharr - San Juan - Alamo Independent School District

The Memorial Middle School is comprised of the following individual buildings:
1. Main Building
2. Cafeteria Building
3. Classroom Annex I Building
4. Classroom Annex II Building
5. Gymnasium Building
6. Dressing Room Building
7. Field Locker Room Building
8. Stambaugh Building
9. Textbook Department Building

The buildings vary in structural type and are identified in Terracon's report under TAB 2.

There are no significant signs of structural distress on any of the buildings' foundations.  There are some noted perimeter wall cracks on the Main Building and the old band hall wing of the Stambaugh Building.  These cracks are most likely caused by minor differential settlement of the foundations and can be readily repaired by underpinning the perimeter foundation beams with cast-in-place concrete drilled piers.

Surface corrosion of the steel framing and or metal roof decking is existent on either side of the original corridor connection the Main Building to the auditorium.  There are large areas, two to three square feet in size, of deteriorated metal roof decking of the Field Locker Room Building.

While the buildings are in generally in good condition, isolated areas of damage due to water infiltration are evident throughout the buildings.

Eli R. Ochoa, PE, AIA
03.28.08

STATE OF TEXAS
ELI RENE OCHOA
60251
PROFESSIONAL ENGINEER