# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| PHARR SAN JUAN ALAMO, INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Case No. 15-CV-00465 |
| TEXAS DESCON, L.P., DESCON 4S, L.L.C., ERO INTERNATIONAL, L.L.P. D/B/A ERO ARCHITECTS, FRANK LAM & ASSOCIATES, INC., AND GREAT NORTHERN INSURANCE COMPANY | § § § § § § § | |
| Defendants. | § | |

## LIST OF COUNSEL

**COUNSEL FOR PLAINTIFF**
**PHARR SAN JUAN ALAMO**
**INDEPENDENT SCHOOL DISTRICT:**
**JESUS RAMIREZ**
Texas State Bar No. 16501950
Email: ramirezbook@gmail.com
**ROBERT SCHELL**
Texas State Bar No. 24007992
Email: robert_schell@hotmail.com
The J. Ramirez Law Firm
Ebony Park, Suite B
700 North Veterans Boulevard
San Juan, TX 78589
Phone: (956) 502-5424
Fax: (956) 502-5007

**COUNSEL FOR DEFENDANT GREAT**
**NORTHERN INSURANCE COMPANY:**
**JENNIFER G. MARTIN**
Texas State Bar No. 00794233
Southern District Bar No. 20770
jmartin@schellcooley.com
**SCHELL COOLEY LLP**
15455 Dallas Parkway, Suite 550
Addison, Texas  75001
Phone: (214) 665-2000
Fax: (214) 754-0060

**COUNSEL FOR DEFENDANTS TEXAS DESCON, L.P AND DESCON 4S, L.L.C.:**
**SPENCER LAYNE EDWARDS**
Texas State Bar No.90001513
sedwards@hudgins-law.com
The Hudgins Law Firm
A Professional Corporation
24 Greenway Plaza, Suite 2000
Houston, Texas 77046
Phone: (713) 623-2550
Fax: (713) 623-2793

**COUNSEL FOR ERO INTERNATIONAL, L.L.P. D/B/A ERO ARCHITECTS:**
**DAVID BENJAMIN**
Texas State Bar No. 02134375
dbenjamin@benlawsa.com
Benjamin, Vana, Martinez & Biggs, LLP
2161 NW Military Highway, Suite 111
San Antonio, Texas 78213
Phone: (210) 881-0667
Fax: (210) 881-0668

**COUNSEL FOR FRANK LAM & ASSOCIATES, INC.**
**MATTHEW B. CANO**
Texas State Bar No. 03757050
mbc@aaplaw.com
S.W. "Whitney" May
Texas State Bar No. 24074668
swm@aaplaw.com
Allensworth And Porter, L.L.P.
100 Congress Avenue, Suite 700
Austin, Texas 78701
Phone: (512) 708-1250
Fax: (512) 708-0519

Respectfully submitted,

**/s/ Jennifer G. Martin**
**JENNIFER G. MARTIN**
Texas State Bar No. 00794233
S.D. Tex. Bar No. 20770
**SCHELL COOLEY LLP**
15455 Dallas Parkway, Suite 550
Addison, Texas 75001
(214) 665-2000
(214) 754-0060 – Fax

**ATTORNEYS FOR GREAT NORTHERN INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record in accordance with the Federal Rules of Civil Procedure, on this the **6**[th] day of **November, 2015.**

Jesus Ramirez
Email: ramirezbook@gmail.com
Robert Schell
Email: robert_schell@hotmail.com
The J. Ramirez Law Firm
Attorneys at Law
Ebony Park, Suite B
700 North Veterans Boulevard
San Juan, Texas 78589

Spencer Edwards
Email: sedwards@hudgins-law.com
The Hudgins Law Firm
A Professional Corporation
24 Greenway Plaza, Suite 2000
Houston, Texas 77046

David P. Benjamin
Email: dbenjamin@benlawsa.com
Benjamin, Vana, Martinez & Biggs, LLP
2161 NW Military Highway, Suite 111
San Antonio, Texas 78213

Matthew B. Cano
Email: mbc@aaplaw.com
S.W. "Whitney" May
Email: swm@aaplaw.com
Allensworth and Porter, L.L.P.
100 Congress Avenue, Suite 700
Austin, Texas 78701

              **/s/Jennifer G. Martin**
              **JENNIFER G. MARTIN**