UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| PHARR SAN JUAN ALAMO, INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Case No. 15-CV-00465 |
| TEXAS DESCON, L.P., DESCON 4S, L.L.C., ERO INTERNATIONAL, L.L.P. D/B/A ERO ARCHITECTS, FRANK LAM & ASSOCIATES, INC., AND GREAT NORTHERN INSURANCE COMPANY | § § § § § § § | |
| Defendants. | § | |

## CERTIFICATE OF NOTICE OF REMOVAL

The undersigned, attorney of record for Defendant Great Northern Insurance Company certifies that on November 6, 2015, a copy of the Notice of Removal of this action was filed with the clerk of the 389th Judicial District Court of Hidalgo County, Texas, and that written notice of filing of the Notice of Removal was delivered to the Plaintiff, Pharr San Juan Alamo Independent School District by and through its respective attorneys of record. A copy of the Notice of Removal was attached to the notice of filing. Removal of this action is effective as of that date, pursuant to 28 U.S.C. § 1446.

Respectfully submitted,

**s/ Jennifer G. Martin**
**JENNIFER G. MARTIN**, Attorney-in-Charge
  Texas State Bar No. 00794233
  S.D. Tex. Bar No.   20770

**SCHELL COOLEY LLP**
15455 Dallas Parkway, Suite 550
Addison, Texas  75001
(214) 665-2000
(214) 754-0060 – Fax
Email: jmartin@schellcooley.com
Email: crigler@schellcooley.com

**ATTORNEYS FOR GREAT NORTHERN INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record in accordance with the Federal Rules of Civil Procedure, on this the **6**[th] day of **November, 2015.**

Jesus Ramirez
Email: ramirezbook@gmail.com
Robert Schell
Email: robert_schell@hotmail.com
The J. Ramirez Law Firm
Attorneys at Law
Ebony Park, Suite B
700 North Veterans Boulevard
San Juan, Texas 78589

Spencer Edwards
Email: sedwards@hudgins-law.com
The Hudgins Law Firm
A Professional Corporation
24 Greenway Plaza, Suite 2000
Houston, Texas 77046

David P. Benjamin
Email: dbenjamin@benlawsa.com
Benjamin, Vana, Martinez & Biggs, LLP
2161 NW Military Highway, Suite 111
San Antonio, Texas 78213

Matthew B. Cano
Email: mbc@aaplaw.com
S.W. "Whitney" May
Email: swm@aaplaw.com
Allensworth and Porter, L.L.P.
100 Congress Avenue, Suite 700
Austin, Texas 78701

                                    **/s/Jennifer G. Martin**
                                    **JENNIFER G. MARTIN**