UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| PHARR SAN JUAN ALAMO, INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Case No. 15-CV-00465 |
| TEXAS DESCON, L.P., DESCON 4S, L.L.C., ERO INTERNATIONAL, L.L.P. D/B/A ERO ARCHITECTS, FRANK LAM & ASSOCIATES, INC., AND GREAT NORTHERN INSURANCE COMPANY | § § § § § § § | |
| Defendants. | § | |

### STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Great Northern Insurance Company makes the following disclosures:

1. Is the corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes  X      No ____

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

> Great Northern Insurance Company is a wholly owned subsidiary of Federal Insurance Company which, in turn, is a wholly owned subsidiary of The Chubb Corporation, a publicly traded company on the New York Stock Exchange.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

Yes  X   No ___

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

> Great Northern Insurance Company is a wholly owned subsidiary of Federal Insurance Company which, in turn, is a wholly owned subsidiary of The Chubb Corporation, a publicly traded company on the New York Stock Exchange.

Respectfully submitted,

**s/ Jennifer G. Martin**
**JENNIFER G. MARTIN**, Attorney-in-Charge
 Texas State Bar No. 00794233
 S.D. Tex. Bar No.   20770

**SCHELL COOLEY LLP**
15455 Dallas Parkway, Suite 550
Addison, Texas  75001
(214) 665-2000
(214) 754-0060 – Fax
jmartin@schellcooley.com - Email
crigler@schellcooley.com - Email

**ATTORNEYS FOR GREAT NORTHERN INSURANCE COMPANY**

# CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record in accordance with the Federal Rules of Civil Procedure, on this the **6**[th] day of **November, 2015.**

Jesus Ramirez
Email: ramirezbook@gmail.com
Robert Schell
Email: robert_schell@hotmail.com
The J. Ramirez Law Firm
Attorneys at Law
Ebony Park, Suite B
700 North Veterans Boulevard
San Juan, Texas 78589

Spencer Edwards
Email: sedwards@hudgins-law.com
The Hudgins Law Firm
A Professional Corporation
24 Greenway Plaza, Suite 2000
Houston, Texas 77046

David P. Benjamin
Email: dbenjamin@benlawsa.com
Benjamin, Vana, Martinez & Biggs, LLP
2161 NW Military Highway, Suite 111
San Antonio, Texas 78213

Matthew B. Cano
Email: mbc@aaplaw.com
S.W. "Whitney" May
Email: swm@aaplaw.com
Allensworth and Porter, L.L.P.
100 Congress Avenue, Suite 700
Austin, Texas 78701

               **s/Jennifer G. Martin**
               **JENNIFER G. MARTIN**