United States District Court
Southern District of Texas
**ENTERED**
August 03, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| PHARR SAN JUAN ALAMO, INDEPENDENT SCHOOL DISTRICT *Plaintiff* | § § § § § | |
| vs. | § § | Civil Case No. 7:15-cv-00465 |
| TEXAS DESCON, L.P., DESCON 4S, L.L.C. and ERO INTERNATIONAL, L.L.P. d/b/a ERO ARCHITECTS, FRANK LAM & ASSOCIATES, INC. AND GREAT NORTHERN INSURANCE COMPANY *Defendants* | § § § § § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Pharr San Juan Alamo Independent School District; Defendants Texas Descon, L.P. and Descon 4s, L.L.C., Great Northern Insurance Company and ERO International, LLP d/b/a ERO Architects; and Third Party Defendants Frank Lam & Associates and Frank S. Lam, P.E.; and McAllen Carpet & Interiors, L.P., through their ~~respective~~ (filing of an Agreed Motion to Dismiss with prejudice and then) counsel's signature to this Agreed Order announced to the Court that all matters in controversy between the parties have been settled and resolved and requested entry of this Agreed Order of Dismissal With Prejudice dismissing all claims and causes of action between the parties that were asserted or could have been asserted in this lawsuit with prejudice to refiling.

It is therefore **ORDERED** that all claims and causes of action asserted by any party against another party in the above-referenced caused number are dismissed with prejudice.

SIGNED this the 3rd day of August 2016 at McAllen, Texas.

_____
Hon. Chief U.S. District Judge Ricardo H. Hinojosa

AGREED AS TO SUBSTANCE AND FORM BY:


**Jesus Ramirez**
State Bar No.: 16501950
**Robert Schell**
State Bar No.: 24007992
The J. Ramirez Law Firm
Ebony Park, Suite B
700 North Veterans Boulevard
San Juan, Texas 78589
ramirezbook@gmail.com
Robert_schell@hotmail.com
*Counsel for Plaintiff*


   /s/ Christopher McMillan
**Christopher D. McMillan**
State Bar No. 24085467
**David P. Benjamin**
State Bar No. 02134375
Benjamin, Vana, Martinez & Biggs, LLP
2161 NW Military Highway, Suite 111
San Antonio, TX 78213
cmcmillan@benlawsa.com
dbenjamin@benlawsa.com
*Counsel for ERO International, LLP d/b/a ERO Architects*


**Spencer Edwards**
State Bar No. 90001513
The Hudgins Law Firm Professional Corporation
24 Greenway Plaza, Suite 2000
Houston, Texas 77046
sedwards@hudgins-law.com
*Counsel for Texas Descon, LP and Descon, 4S, LLC*

_____/s/ Matthew B. Cano, by permission_____
**Matthew B. Cano**
State Bar No. 03757050
**S.W. "Whitney" May**
State Bar No. 24074668
Allensworth and Porter, LLP
100 Congress Ave., Suite 700
Austin, Texas 78701
mbc@aaplaw.com
swm@aaplaw.com
*Counsel for Third-Party Defendants Frank S. Lam, P.E and*
*Frank Lam & Associates, Inc.*


_____
**James P. Davis**
State Bar No. 24028275
**David W. Medack**
State Bar No. 13892950
Heard & Medack, P.C.
9494 Southwest Freeway, Suite 700
Houston, Texas 77074
jdavis@heardmedackpc.com
dmedack@heardmedackpc.com
*Counsel for Third-Party Defendant McAllen Carpet & Interiors, L.P.*


_____/s/ Jennifer G. Martin, by permission_____
**Jennifer G. Martin**
Texas State Bar No. 00794233
S.D. Tex. Bar No. 2077
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
Jennifer.martin@wilsonelser.com
*Counsel for Defendant Great Norther Insurance Company*

AGREED AS TO SUBSTANCE AND FORM BY:

_____
**Jesus Ramirez**
State Bar No.: 16501950
**Robert Schell**
State Bar No.: 24007992
The J. Ramirez Law Firm
Ebony Park, Suite B
700 North Veterans Boulevard
San Juan, Texas 78589
ramirezbook@gmail.com
Robert_schell@hotmail.com
*Counsel for Plaintiff*


_____
**Christopher D. McMillan**
State Bar No. 24085467
**David P. Benjamin**
State Bar No. 02134375
Benjamin, Vana, Martinez & Biggs, LLP
2161 NW Military Highway, Suite 111
San Antonio, TX 78213
cmcmillan@benlawsa.com
dbenjamin@benlawsa.com
*Counsel for ERO International, LLP d/b/a ERO Architects*


_____
**Spencer Edwards**
State Bar No. 90001513
The Hudgins Law Firm Professional Corporation
24 Greenway Plaza, Suite 2000
Houston, Texas 77046
sedwards@hudgins-law.com
*Counsel for Texas Descon, LP and Descon, 4S, LLC*

**Matthew B. Cano**
State Bar No. 03757050
**S.W. "Whitney" May**
State Bar No. 24074668
Allensworth and Porter, LLP
100 Congress Ave., Suite 700
Austin, Texas 78701
mbc@aaplaw.com
swm@aaplaw.com
*Counsel for Third-Party Defendants Frank S. Lam, P.E and Frank Lam & Associates, Inc.*

/s/ James R. Davis

James R. Davis
State Bar No. 24028275
**David W. Medack**
State Bar No. 13892950
Heard & Medack, P.C.
9494 Southwest Freeway, Suite 700
Houston, Texas 77074
jdavis@heardmedackpc.com
dmedack@heardmedackpc.com
*Counsel for Third-Party Defendant McAllen Carpet & Interiors, L.P.*

**Jennifer G. Martin**
Texas State Bar No. 00794233
S.D. Tex. Bar No. 2077
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
Jennifer.martin@wilsonelser.com
*Counsel for Defendant Great Norther Insurance Company*

AGREED AS TO SUBSTANCE AND FORM BY:

_____
**Jesus Ramirez**
State Bar No.: 16501950
**Robert Schell**
State Bar No.: 24007992
The J. Ramirez Law Firm
Ebony Park, Suite B
700 North Veterans Boulevard
San Juan, Texas 78589
ramirezbook@gmail.com
Robert_schell@hotmail.com
*Counsel for Plaintiff*


_____
**Christopher D. McMillan**
State Bar No. 24085467
**David P. Benjamin**
State Bar No. 02134375
Benjamin, Vana, Martinez & Biggs, LLP
2161 NW Military Highway, Suite 111
San Antonio, TX 78213
cmcmillan@benlawsa.com
dbenjamin@benlawsa.com
*Counsel for ERO International, LLP d/b/a ERO Architects*

_____
**Spencer Edwards**
State Bar No. 90001513
The Hudgins Law Firm Professional Corporation
24 Greenway Plaza, Suite 2000
Houston, Texas 77046
sedwards@hudgins-law.com
*Counsel for Texas Descon, LP and Descon, 4S, LLC*